FILED

2019 Jul-26  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
10/31/2016 3:05 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>61...<br><br>Date of Filing:   Judge Code:<br>10/31/2016 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
### CLAYTON GARDNER v. LG ELECTRONICS, INC. ET AL

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other   **First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ INITIAL FILING   **A** ☐ APPEAL FROM DISTRICT COURT   **O** ☐ OTHER

**R** ☐ REMANDED   **T** ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

BRO211   10/31/2016 3:05:06 PM   /s/ JONATHAN LYN BROGDON
_____   Date _____   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
07/31/2016 3:05 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:_____ |
| | ) |
| LG ELECTRONICS U.S.A., INC., | ) |
| VAPOR'S SOURCE, CC'S TOBACCO | ) |
| and PACKAGE, and FICTITIOUS | ) |
| DEFENDANTS A THROUGH C, | ) |
| | ) |
| Defendants. | ) |

---

## COMPLAINT

---

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and for his Complaint against the Defendants, LG Electronics, U.S.A., Inc., Vapor's Source and CC's Tobacco and Package states as follows:

### **PARTIES**

1.      Clayton Gardner (hereinafter "Gardner") is an individual over the age of 19 years and a resident of the City of Pell City, County of St. Clair, Alabama.

2.      LG Electronics, U.S.A., Inc., (hereinafter "LG Electronics") is a foreign corporation authorized to do business in the State of Alabama.

3.      Vapor's Source (hereinafter "Vaper's Source"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Trussville, County of Jefferson, Alabama.

4.      CC's Tobacco and Package (hereinafter "CC's"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Talladega, County of Talladega, Alabama.

5.      Fictitious Defendants A through C are those persons or entities whose responsibility it was to ensure a safe design and/or manufacturing of the Vaporesso Tarot – 200w vape device and/or the battery used in the Vaporesso Tarot – 200w vape device. The identities of Fictitious Defendants A through C is not known at this time, but will be substituted once known.

## FACTS

6.      In or about June 16, 2016, Gardner purchased a Vaporesso Tarot vapor device from CC's in Talladega, Alabama.

7.      In or about November 2015, Gardner purchased a 200w battery from Vapor's Source in Trussville, Alabama for the Vaporesso vape device.

8.      In or about July 6, 2016, Gardner was at the Holiday Inn in Talladega, Alabama for a job interview.

9.      Gardner stepped outside and used his Vaporesso Tarot – 200w vape device, placing it in the front pocket of his pants after using it.

10.      Approximately 15 minutes later the Vaporesso Tarot – 200w caught fire while still in the front pocket of Gardner's pants.

11.      Gardner suffered first and second degree burns over his legs, pelvis and abdomen.

## COUNT I

### Negligence

12.      Plaintiff hereby adopts and incorporates paragraphs 1 through 11 above as if fully set forth herein.

13.      Defendants owed a duty to Gardner to manufacture a safe product.

14.     Defendants breached the duty to Gardner by negligently failing to manufacture the battery and/or the Vaporesso Tarot – 200w in a safe manner.

15.     Gardner was injured as a result of Defendants' negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendants in an amount to be determined at trial, including compensatory damages and mental anguish damages.

## COUNT II

### Wantonness

16.     Plaintiff hereby adopts and incorporates paragraphs 1 through 15 above as if fully set forth herein.

17.     Defendants owed a duty to Gardner to manufacture a safe product.

18.     Defendants breached a duty to Gardner by wantonly failing to manufacture the Vaporesso Tarot – 200w in a safe manner.

19.     Gardner was injured as a result of Defendants' wantonness.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

## COUNT III

### Alabama Extended Manufactures Liability

20.     Plaintiff hereby adopts and incorporates paragraphs 1 through 19 above as if fully set forth herein.

21.     The Defendants, acting together or independently, were negligent in their design, construction, assembly, manufacture, marketing and/or sale of the vape machine and/or the battery inside the machine.

22.     Plaintiff suffered serious physical injuries while using the device for its intended use as a result of the Defendant's negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

Respectfully submitted on this the 31st day of October, 2016.


*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)
Attorney for Plaintiff


**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717


*/s/Joey Stevens*
JOEY STEVENS (STE138)


**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL TO THE FOLLOWING ADDRESS:

**LG Electronics, Inc.**
**c/o W.S. Yang**
**201 James Record Road**
**Huntsville, Alabama 35806**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**Vapor's Source**
**7268 Gadsden Highway**
**Suite 104**
**Trussville, Alabama 35173**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**CC's Tobacco and Package**
**8045 Stemley Bridge Road**
**Talladega, Alabama 35160**



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 10/31/2016 3:05:15 PM

Notice Date:      10/31/2016 3:05:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC.
     C/O W.S. YANG
     201 JAMES RECORD ROAD
     HUNTSVILLE, AL, 35806

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 10/31/2016 3:05:15 PM

Notice Date:      10/31/2016 3:05:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  VAPOR'S SOURCE
7268 GADSDEN HIGHWAY
SUITE 104
TRUSSVILLE, AL, 35173

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 10/31/2016 3:05:15 PM

Notice Date:    10/31/2016 3:05:15 PM

Service by sheriff in 01 - JEFFERSON - BIRMINGHAM County

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 10/31/2016 3:05:15 PM

Notice Date:     10/31/2016 3:05:15 PM

Service by sheriff in 61 - TALLADEGA - TALLADEGA County

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>61-CV-2016-900361.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY
### CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

LG ELECTRONICS, INC., C/O W.S. YANG 201 JAMES RECORD ROAD, HUNTSVILLE, AL 35806

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JONATHAN LYN BROGDON

WHOSE ADDRESS IS 2101 1st Avenue North, Pell City, AL 35125

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   CLAYTON GARDNER

pursuant to the Alabama Rules of the Civil Procedure

Date   10/31/2016 3:05:15 PM   /s/ BRIAN YORK _____

Clerk/Register

P O BOX 6137

TALLADEGA, AL 35160

☑ Certified Mail is hereby requested   /s/ JONATHAN LYN BROGDON _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

| _____ | _____ | _____ |
|---|---|---|
| Date | Server's Signature | Address of Server |
| _____ | _____ | _____ |
| Type of Server | Server's Printed Name | Phone Number of Server |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>61-CV-2016-900361.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY
### CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

VAPOR'S SOURCE, 7268 GADSDEN HIGHWAY SUITE 104, TRUSSVILLE, AL 35173

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JONATHAN LYN BROGDON

WHOSE ADDRESS IS 2101 1st Avenue North, Pell City, AL 35125

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
   pursuant to the Alabama Rules of the Civil Procedure

Date   10/31/2016 3:05:15 PM      /s/ BRIAN YORK _____

                                  Clerk/Register
                                  P O BOX 6137
                                  TALLADEGA, AL 35160

☐ Certified Mail is hereby requested      _____
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                        (Date)

_____          _____          _____
Date                             Server's Signature                Address of Server

_____          _____          _____
Type of Server                   Server's Printed Name             _____
                                                                   Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>61-CV-2016-900361.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TALLADEGA COUNTY

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

CC'S TOBACCO & PACKAGE, 8045 STEMLEY BRIDGE ROAD, TALLADEGA, AL 35160

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JONATHAN LYN BROGDON

WHOSE ADDRESS IS 2101 1st Avenue North, Pell City, AL 35125

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure

Date   10/31/2016 3:05:15 PM      /s/ BRIAN YORK

Clerk/Register

P O BOX 6137

TALLADEGA, AL 35160

☐ Certified Mail is hereby requested      _____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____          _____          _____
Date                              Server's Signature                 Address of Server

_____          _____          _____
Type of Server                    Server's Printed Name

_____
Phone Number of Server



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

61-CV-2016-900361.00

To:  CLERK TALLADEGA
     clerk.talladega@alacourt.gov

TOTAL POSTAGE PAID: $6.68

Parties to be served by Certified Mail - Return Receipt Requested

LG ELECTRONICS, INC.                                    Postage: $6.68
C/O W.S. YANG
201 JAMES RECORD ROAD
HUNTSVILLE, AL 35806

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>61-CV-2016-900361.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TALLADEGA COUNTY
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL    2016 NOV -8  PM 7:40

NOTICE TO     CC'S TOBACCO & PACKAGE, 8045 STEMLEY BRIDGE ROAD, TALLADEGA, AL 35160     BRIAN Y--K
CIRCUIT CLERK

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JONATHAN LYN BROGDON

WHOSE ADDRESS IS  2101 1st Avenue North, Pell City, AL 35125

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure

Date   10/31/2016 3:05:15 PM     /s/ BRIAN YORK

Clerk/Register

P O BOX 6137

TALLADEGA, AL 35160

☐ Certified Mail is hereby requested     _____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☑ I certify that I personally delivered a copy of the Summons and Complaint to  x _____

_____ in  Talladega _____ County, Alabama on  11·02-16
(Date)

_____     _____     _____
Date     Server's Signature     Address of Server

D.S.     _____     _____
Type of Server     Server's Printed Name

_____
Phone Number of Server

61-CV-2016-900361.00
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

C001 - CLAYTON GARDNER     v.   D003 - CC'S TOBACCO & PACKAGE
Plaintiff     Defendant



SERVICE RETURN



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was served on 11/2/2016

**D003 CC'S TOBACCO & PACKAGE**
**Corresponding To**
AUTHORIZED SERVICE

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was served on 11/2/2016

**D003 CC'S TOBACCO & PACKAGE**
**Corresponding To**
AUTHORIZED SERVICE

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV-16-900361

LG Electronics Inc.
c/o WS Yang
201 James Record Rd
Huntsville, AL 35806



9590 9402 2135 6132 9986 70

2. Article Number *(Transfer from service label)*

7014 2870 0000 4426 1914

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☑ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

James Walenske    11-7-16

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ____ ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was not served on 11/7/2016

D001 LG ELECTRONICS, INC.
Corresponding To
OTHER
ONLY THE AGENT FOR SERVICE CAN ACCEPT SERVICE FOR AN LLC OR AN INC.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To: STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was not served on 11/7/2016

D001 LG ELECTRONICS, INC.
Corresponding To
OTHER
ONLY THE AGENT FOR SERVICE CAN ACCEPT SERVICE FOR AN LLC OR AN INC.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
6/8/2016 3:26 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER,                    )
                                    )
    Plaintiff,                 )
                                    )
v.                                  )          Civil Action No.:_____
                                    )
LG ELECTRONICS U.S.A., INC.,        )
VAPOR'S SOURCE, CC'S TOBACCO        )
and PACKAGE, and FICTITIOUS         )
DEFENDANTS A THROUGH C,             )
                                    )
    Defendants.                )

---

## COMPLAINT

---

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and for his Complaint against the Defendants, LG Electronics, U.S.A., Inc., Vapor's Source and CC's Tobacco and Package states as follows:

### PARTIES

1.      Clayton Gardner (hereinafter "Gardner") is an individual over the age of 19 years and a resident of the City of Pell City, County of St. Clair, Alabama.

2.      LG Electronics, U.S.A., Inc., (hereinafter "LG Electronics") is a foreign corporation authorized to do business in the State of Alabama.

3.      Vapor's Source (hereinafter "Vaper's Source"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Trussville, County of Jefferson, Alabama.

4.      CC's Tobacco and Package (hereinafter "CC's"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Talladega, County of Talladega, Alabama.

5.      Fictitious Defendants A through C are those persons or entities whose responsibility it was to ensure a safe design and/or manufacturing of the Vaporesso Tarot – 200w vape device and/or the battery used in the Vaporesso Tarot – 200w vape device. The identities of Fictitious Defendants A through C is not known at this time, but will be substituted once known.

## FACTS

6.      In or about June 16, 2016, Gardner purchased a Vaporesso Tarot vapor device from CC's in Talladega, Alabama.

7.      In or about November 2015, Gardner purchased a 200w battery from Vapor's Source in Trussville, Alabama for the Vaporesso vape device.

8.      In or about July 6, 2016, Gardner was at the Holiday Inn in Talladega, Alabama for a job interview.

9.      Gardner stepped outside and used his Vaporesso Tarot – 200w vape device, placing it in the front pocket of his pants after using it.

10.     Approximately 15 minutes later the Vaporesso Tarot – 200w caught fire while still in the front pocket of Gardner's pants.

11.     Gardner suffered first and second degree burns over his legs, pelvis and abdomen.

## COUNT I

### Negligence

12.     Plaintiff hereby adopts and incorporates paragraphs 1 through 11 above as if fully set forth herein.

13.     Defendants owed a duty to Gardner to manufacture a safe product.

14.    Defendants breached the duty to Gardner by negligently failing to manufacture the battery and/or the Vaporesso Tarot – 200w in a safe manner.

15.    Gardner was injured as a result of Defendants' negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendants in an amount to be determined at trial, including compensatory damages and mental anguish damages.

## COUNT II

### Wantonness

16.    Plaintiff hereby adopts and incorporates paragraphs 1 through 15 above as if fully set forth herein.

17.    Defendants owed a duty to Gardner to manufacture a safe product.

18.    Defendants breached a duty to Gardner by wantonly failing to manufacture the Vaporesso Tarot – 200w in a safe manner.

19.    Gardner was injured as a result of Defendants' wantonness.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

## COUNT III

### Alabama Extended Manufactures Liability

20.    Plaintiff hereby adopts and incorporates paragraphs 1 through 19 above as if fully set forth herein.

21.     The Defendants, acting together or independently, were negligent in their design, construction, assembly, manufacture, marketing and/or sale of the vape machine and/or the battery inside the machine.

22.     Plaintiff suffered serious physical injuries while using the device for its intended use as a result of the Defendant's negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

Respectfully submitted on this the 31st day of October, 2016.

*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)
Attorney for Plaintiff

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

*/s/Joey Stevens*
JOEY STEVENS (STE138)

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL TO THE FOLLOWING ADDRESS:

**LG Electronics, Inc.**
**c/o W.S. Yang**
**201 James Record Road**
**Huntsville, Alabama 35806**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**Vapor's Source**
**7268 Gadsden Highway**
**Suite 104**
**Trussville, Alabama 35173**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**CC's Tobacco and Package**
**8045 Stemley Bridge Road**
**Talladega, Alabama 35160**



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 11/8/2016 3:26:38 PM

Notice Date:     11/8/2016 3:26:38 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC.
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 11/8/2016 3:26:38 PM

Notice Date:     11/8/2016 3:26:38 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>61-CV-2016-900361.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TALLADEGA COUNTY
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

LG ELECTRONICS, INC., C/O KYU M. YU 201 JAMES RECORD ROAD, HUNTSVILLE, AL 35806

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JONATHAN LYN BROGDON _____

WHOSE ADDRESS IS 2101 1st Avenue North, Pell City, AL 35125

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   GARDNER CLAYTON
pursuant to the Alabama Rules of the Civil Procedure

Date   11/8/2016 3:26:38 PM   /s/ BRIAN YORK _____

Clerk/Register
P O BOX 6137
TALLADEGA, AL 35160

☑ Certified Mail is hereby requested   /s/ JONATHAN LYN BROGDON _____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____   _____   _____
Date   Server's Signature   Address of Server

_____   _____   _____
Type of Server   Server's Printed Name   

_____
Phone Number of Server

| State of Alabama<br><br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>61-CV-2016-900361.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY
## CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

LG ELECTRONICS, INC., C/O KYU M. YU 201 JAMES RECORD ROAD, HUNTSVILLE, AL 35806

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JONATHAN LYN BROGDON

WHOSE ADDRESS IS 2101 1st Avenue North, Pell City, AL 35125

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   GARDNER CLAYTON
pursuant to the Alabama Rules of the Civil Procedure

Date   11/8/2016 3:26:38 PM        /s/ BRIAN YORK

Clerk/Register

P O BOX 6137

TALLADEGA, AL 35160

☑ Certified Mail is hereby requested        /s/ JONATHAN LYN BROGDON

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____        _____        _____

Date                         Server's Signature              Address of Server

_____        _____        _____

Type of Server               Server's Printed Name           _____

Phone Number of Server



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

61-CV-2016-900361.00

To: CLERK TALLADEGA
    clerk.talladega@alacourt.gov

TOTAL POSTAGE PAID: $6.89

Parties to be served by Certified Mail - Return Receipt Requested

LG ELECTRONICS, INC.                                    Postage: $6.89
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL 35806

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV-16-900361

LG Electronics, Inc.
c/o Kyu M. Yu
201 James Record Rd.
Huntsville, AL 35806



9590 9402 2135 6132 9988 47

2. Article Number (Transfer from service label)
7014 2870 0000 4426 2041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was not served on 11/16/2016

D001 LG ELECTRONICS, INC.
Corresponding To
OTHER
ONLY THE AGENT FOR SERVICE CAN ACCEPT SERVICE ON AND INC. AND LLC.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was not served on 11/16/2016

D001 LG ELECTRONICS, INC.
Corresponding To
OTHER
ONLY THE AGENT FOR SERVICE CAN ACCEPT SERVICE ON AND INC. AND LLC.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
11/29/2016 2:04 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: CV-2016-900361 |
| | ) |
| LG ELECTRONICS U.S.A., INC., | ) |
| VAPOR'S SOURCE, CC'S TOBACCO | ) |
| and PACKAGE, and FICTITIOUS | ) |
| DEFENDANTS A THROUGH C, | ) |
| | ) |
| Defendants. | ) |

---

## AMENDED COMPLAINT

---

**COMES NOW,** the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and hereby amends his Complaint, by changing the name of the Defendant previously identified as LG Electronics U.S.A., Inc., to its correct name LG Chem, Ltd.  The Plaintiff further explicitly adopts and incorporates any and all facts, averments, counts and prayers for relief as set forth in her Complaint as if fully set forth herein.

Respectfully submitted on this the 29th day of November, 2016.

*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)
Attorney for Plaintiff

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

*/s/Joey Stevens*
JOEY STEVENS (STE138)

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
       jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 11/29/2016 2:04:12 PM

Notice Date:      11/29/2016 2:04:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 11/29/2016 2:04:12 PM

Notice Date:     11/29/2016 2:04:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  VAPOR'S SOURCE (PRO SE)
7268 GADSDEN HIGHWAY
SUITE 104
TRUSSVILLE, AL, 35173-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 11/29/2016 2:04:12 PM

Notice Date:     11/29/2016 2:04:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 11/29/2016 2:04:12 PM

Notice Date:      11/29/2016 2:04:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 11/29/2016 2:04:12 PM

Notice Date:      11/29/2016 2:04:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
12/7/2016 2:33 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-2016-900361 |
| | ) | |
| LG CHEM, LTD, | ) | |
| VAPOR'S SOURCE, CC'S TOBACCO | ) | |
| and PACKAGE, and FICTITIOUS | ) | |
| DEFENDANTS A THROUGH C, | ) | |
| | ) | |
| Defendants. | ) | |

---

## STIPULATION OF PRO TANTO DISMISSAL

---

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record, and pursuant to *Alabama Rules of Civil Procedure* Rule 41 (a)(1) hereby stipulates to the voluntary dismissal, *pro tanto*, of LG Electronics USA, Inc., as a party Defendant in this matter. As grounds therefore, Plaintiff states as follows:

1.      That after filing the filing of the complaint Plaintiff discovered that LG Chem Ltd. is the correct party Defendant and that LG Electronics USA, Inc., was not the correct party Defendant.

2.      Plaintiff has amended his complaint to reflect the correct name as being LG Chem Limited.

3.      That all other claims and counts shall remain pending against the remaining Defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby stipulates to the *pro tanto* dismissal of any claims against the entity previously identified as LG Electronics USA, Inc.

Done this the 7th day of December, 2016.

*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

*/s/Joey Stevens*
JOEY STEVENS (STE138)

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 12/7/2016 2:33:46 PM

Notice Date:      12/7/2016 2:33:46 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 12/7/2016 2:33:46 PM

Notice Date:      12/7/2016 2:33:46 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  VAPOR'S SOURCE (PRO SE)
     7268 GADSDEN HIGHWAY
     SUITE 104
     TRUSSVILLE, AL, 35173-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 12/7/2016 2:33:46 PM

Notice Date:     12/7/2016 2:33:46 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 12/7/2016 2:33:46 PM

Notice Date:     12/7/2016 2:33:46 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 12/7/2016 2:33:46 PM

Notice Date:     12/7/2016 2:33:46 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

To:  JONATHAN LYN BROGDON
     jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 12/7/2016 2:33:46 PM

Notice Date:     12/7/2016 2:33:46 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
7/26/2016 4:50 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

**STATE OF ALABAMA** Revised 3/5/08

Unified Judicial System

61-TALLADEGA ☐ District Court ☑ Circuit Court CV2

**CIVIL MOTION COVER SHEET**

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

*Name of Filing Party:* C001 - GARDNER CLAYTON

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

JONATHAN LYN BROGDON

2101 1st Avenue North

Pell City, AL 35125

*Attorney Bar No.:* BRO211

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Extension of Time |
| ☐ Motion to Intervene ($297.00) | ☐ In Limine |
| ☑ Other | ☐ Joinder |
| pursuant to Rule           ($50.00) | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| ☐ Local Court Costs $   0 | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other     Stipulation of Pro Tanto Dismissal |
| | pursuant to Rule  Rule 41(a)(1)    (Subject to Filing Fee) |

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:
12/7/2016 4:50:20 PM

Signature of Attorney or Party
/s/ JONATHAN LYN BROGDON

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
12/7/2016 4:50 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: CV-2016-900361 |
| ) | |
| LG CHEM, LTD, ) | |
| VAPOR'S SOURCE, CC'S TOBACCO ) | |
| and PACKAGE, and FICTITIOUS ) | |
| DEFENDANTS A THROUGH C, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF PRO TANTO DISMISSAL

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record, and pursuant to *Alabama Rules of Civil Procedure* Rule 41 (a)(1) hereby stipulates to the voluntary dismissal, *pro tanto*, of LG Electronics USA, Inc., as a party Defendant in this matter. As grounds therefore, Plaintiff states as follows:

1.     That after filing the filing of the complaint Plaintiff discovered that LG Chem Ltd. is the correct party Defendant and that LG Electronics USA, Inc., was not the correct party Defendant.

2.     Plaintiff has amended his complaint to reflect the correct name as being LG Chem Limited.

3.     That all other claims and counts shall remain pending against the remaining Defendants.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby stipulates to the *pro tanto* dismissal of any claims against the entity previously identified as LG Electronics USA, Inc.

Done this the 7th day of December, 2016.

*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

*/s/Joey Stevens*
JOEY STEVENS (STE138)

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  VAPOR'S SOURCE (PRO SE)
     7268 GADSDEN HIGHWAY
     SUITE 104
     TRUSSVILLE, AL, 35173-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:      12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL

[Filer: BROGDON JONATHAN LYN]

Notice Date:      12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: VAPOR'S SOURCE (PRO SE)
7268 GADSDEN HIGHWAY
SUITE 104
TRUSSVILLE, AL, 35173-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL

[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 12/7/2016 4:50:59 PM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     12/7/2016 4:50:59 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
12/9/2016 9:12 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER,                        *
                                        *
        PLAINTIFF,                      *
                                        *
VS.                                     *        CIVIL ACTION NUMBER:
                                        *             CV 2016-900361
LG CHEM, LTD., VAPOR'S SOURCE,          *
CC'S TOBACCO and PACKAGE,               *
et al.,                                 *
                                        *
        DEFENDANTS.                     *

## O R D E R

This matter coming on before the Court on the 8th day of December, 2016

based on the Plaintiff's Stipulation of Pro Tanto Dismissal of the Defendant, LG

Electronics USA, Inc.; the Court having considered the filing; and upon

consideration thereof, it is,

Therefore, **CONSIDERED** and **ORDERED** as follows:

1. The Plaintiff's claims against the Defendant, LG Electronics USA, Inc.,

   are dismissed.

2. That this civil action shall remain pending against any and all other

   named defendants.

3. That a copy of this Order be forwarded to counsel of record for all

   parties and any self-represented litigants.

This the 8th day of December, 2016.

s/Julian M. King
JULIAN M. KING
PRESIDING CIRCUIT JUDGE



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   BROGDON JONATHAN LYN
     jonathan@churchbrogdon.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 12/9/2016 9:12:47 AM

ORDER
[Filer: ]

Disposition:      GRANTED
Judge:            JMK

Notice Date:      12/9/2016 9:12:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 12/9/2016 9:12:47 AM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JMK

Notice Date:      12/9/2016 9:12:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 12/9/2016 9:12:47 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     12/9/2016 9:12:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   VAPOR'S SOURCE (PRO SE)
      7268 GADSDEN HIGHWAY
      SUITE 104
      TRUSSVILLE, AL, 35173-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 12/9/2016 9:12:47 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JMK

Notice Date:    12/9/2016 9:12:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 12/9/2016 9:12:47 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JMK

Notice Date:    12/9/2016 9:12:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>61-CV-2016-900361.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY
## CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

NOTICE TO    VAPOR'S SOURCE, 7268 GADSDEN HIGHWAY SUITE 104, TRUSSVILLE, AL 35173

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JONATHAN LYN BROGDON

WHOSE ADDRESS IS 2101 1st Avenue North, Pell City, AL 35125

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure

Date   10/31/2016 3:05:15 PM      /s/ BRIAN YORK

Clerk/Register

P O BOX 6137

TALLADEGA, AL 35160

[ ] Certified Mail is hereby requested    _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____

[✓] I certify that I personally delivered a copy of the Summons and Complaint to  ☒ Kyle Sanders

in  Jefferson  County, Alabama on  12/6/16
                                                                (Date)

12/6/16
Date

Server's Signature

JCSO
Address of Server

R.S.
Type of Server

R. McLoy
Server's Printed Name

_____
Phone Number of Server

### 61-CV-2016-900361.00
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

C001 - CLAYTON GARDNER                          v.   D002 - VAPOR'S SOURCE

Plaintiff                                                           Defendant



# SERVICE RETURN



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was served on 12/6/2016

D002 VAPOR'S SOURCE
Corresponding To
SERVED PERSONALLY

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was served on 12/6/2016

D002 VAPOR'S SOURCE
Corresponding To
SERVED PERSONALLY

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
7/11/2017 3:30 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | **DEFENDANT DEMANDS TRIAL** |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | **BY STRUCK JURY** |
| | ) | |
| **Defendants.** | ) | |

### ANSWER

**COMES NOW** the defendant, designated by plaintiff as VAPER'S SOURCE, by and through the undersigned counsel of record in the above-styled cause of action, pursuant to the Alabama Rules of Civil Procedure and for answer to plaintiff's Complaint states as follows:

### DEFENSES AND AFFIRMATIVE DEFENSES

Discovery and investigation may reveal that any one or more of the following defenses should be available to defendant in this matter. Defendant therefore asserts said defense in order to preserve its right to assert them. Upon completion of discovery, and if the facts warrant, defendant may withdraw any of these defenses as may be appropriate. Further, defendant reserves the right to amend this answer to assert additional defenses, cross claims, third-party claims and other claims and defenses as discovery proceeds. Further answering and by way of defense and affirmative defense, defendant states as follows:

### RESPONSES TO INDIVIDUAL AVERMENTS

1.      This defendant is unable to admit or deny the averments contained in paragraph 1 of plaintiff's Complaint.

2.      This defendant is unable to admit or deny the averments contained in paragraph 2 of plaintiff's Complaint.

3.      Admit.

4.      This defendant is unable to admit or deny the averments contained in paragraph 4 of plaintiff's Complaint.

5.      As no allegations are asserted, no response is necessary.

6.      This defendant is unable to admit or deny the averments contained in paragraph 6 of plaintiff's Complaint.

7.      Denied.

8.      This defendant is unable to admit or deny the averments contained in paragraph 8 of plaintiff's Complaint.

9.      This defendant is unable to admit or deny the averments contained in paragraph 9 of plaintiff's Complaint.

10.     This defendant is unable to admit or deny the averments contained in paragraph 10 of plaintiff's Complaint.

11.     This defendant is unable to admit or deny the averments contained in paragraph 11 of plaintiff's Complaint.

12.     Defendant readmits and reavers responses to paragraphs 1 - 11 above.

13.     Insofar as any allegations are asserted against this defendant, the same are denied and strict proof is demanded thereof.

14.     Insofar as any allegations are asserted against this defendant, the same are denied and strict proof is demanded thereof.

15.     Denied.

16. Defendant readmits and reavers responses to paragraphs 1 - 15 above.

17. Insofar as any allegations are asserted against this defendant, the same are denied and strict proof is demanded thereof.

18. Insofar as any allegations are asserted against this defendant, the same are denied and strict proof is demanded thereof.

19. Denied.

20. Defendant readmits and reavers responses to paragraphs 1 - 19 above.

21. Insofar as any allegations are asserted against this defendant, the same are denied and strict proof is demanded thereof.

22. Insofar as any allegations are asserted against this defendant, the same are denied and strict proof is demanded thereof.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The plaintiff's Complaint, or some of the claims asserted therein, fails to state a claim against this defendant upon which relief can be granted.

### SECOND DEFENSE

This Defendant avers that it is not guilty of the matters and things alleged in Plaintiff's Complaint and demands strict proof thereof.

### THIRD DEFENSE

This Defendant says the Plaintiff was guilty of negligence on said occasion and said negligence proximately contributed to cause his alleged injuries and damages.

### FOURTH DEFENSE

For that on the occasion complained of Plaintiff assumed the risk of his injuries with

knowledge of the dangers involved in the act that he was performing at the time of the said injuries.

## FIFTH DEFENSE

Said Defendant pleads the statute of limitations.

## SIXTH DEFENSE

For that there is no causal connection or relationship between any alleged negligence or defect on the part of the Defendant and Plaintiff's injuries or damages.

## SEVENTH DEFENSE

Defendant pleads the affirmative defense of implied contractual indemnity.

## EIGHTH DEFENSE

This defendant avers that the accident complained of was the result of an "efficient intervening cause" and not proximately caused by any alleged negligence on the part of this defendant.

## NINTH DEFENSE

Plaintiff's failure to warn claims are subsumed by his AEMLD claims.

## TENTH DEFENSE

There is a lack of causal connection between any action or inaction by Defendant and Plaintiff's injuries, if any.

## ELEVENTH DEFENSE

Defendant received the product in question in a defective condition.

## TWELFTH DEFENSE

Defendant did not contribute to the alleged defective condition of the product.

## THIRTEENTH DEFENSE

Defendant had neither knowledge of the alleged defective condition at issue nor an

opportunity to inspect the product that was superior to the knowledge or opportunity of Plaintiff.

## FOURTEENTH DEFENSE

There is no evidence Defendant placed an unreasonably dangerous product into the stream of commerce.

## FIFTEENTH DEFENSE

Defendant acted as a reasonably prudent distributor in a similar situation.

## SIXTEENTH DEFENSE

This defendant avers that if it actually sold and/or distributed the product as alleged, it is immune from any liability by virtue of Ala. Code §6-5-521.

## SEVENTEENTH DEFENSE

There is a lack of privity between Plaintiff and Defendant.

## EIGHTEENTH DEFENSE

Plaintiff did not give proper notice to Defendant as required by Alabama Code § 7-2-607(3).

## NINETEENTH DEFENSE

Plaintiff is not entitled to punitive damages because Defendant did not know and had no way of knowing about any alleged product defect.

## TWENTIETH DEFENSE

Plaintiff has an adequate remedy available at law and it is therefore not entitled to any equitable remedies, including recovery under a theory involving constructive trust or unjust enrichment.

## TWENTY-FIRST  DEFENSE

The Plaintiff's Complaint, and each count thereof, to the extent that it seeks exemplary or punitive damages, violates this Defendant's right to procedural due process under the Fourteenth

Amendment of the Constitution of the United States and under the Constitution of the State of Alabama, and therefore fails to state a cause of action under which either punitive or exemplary damages can be awarded.

### TWENTY-SECOND DEFENSE

The Plaintiff's Complaint, and each count thereof, to the extent that it seeks punitive or exemplary damages, violates this Defendant's right to protection from "excessive fines" as provided in the Eighth Amendment of the Constitution of the United States and Article I, Section 15 of the Constitution of the State of Alabama, and violates this defendant's right to substantive due process as provided in the Fifth Amendment and Fourteenth Amendment of the United States Constitution and as provided in the Constitution of the State of Alabama, and therefore fails to state a cause of action supporting the punitive or exemplary damages claimed.

### TWENTY-THIRD DEFENSE

Defendant avers that the Complaint fails to state a claim upon which punitive damages may be awarded to the Plaintiff.

### TWENTY-FOURTH DEFENSE

Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the constitutional safeguards provided to the Defendant under the Constitution of the State of Alabama.

### TWENTY-FIFTH DEFENSE

Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the constitutional safeguards provided to Defendant under the Constitution of the United States of America.

**TWENTY-SIXTH DEFENSE**

Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the constitutional safeguards provided to Defendant under the Due Process Clause of the Fourteenth Amendment of the Constitution of the United States of America in that punitive damages are vague and are not rationally related to the legitimate government interests.

**TWENTY-SEVENTH DEFENSE**

Defendant avers that any award of punitive damages to the Plaintiff in this cause will be violative of Article I, Section 6 of the Constitution of the State of Alabama which provides that no person all be deprived of life, liberty, or property except by due process of law, in that punitive damages are vague and are not rationally related to legitimate government interests.

**TWENTY-EIGHTH DEFENSE**

Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the procedural safeguards provided to Defendant under the Sixth Amendment to the Constitution of the United States in that punitive damages are penal in nature and consequently Defendant is entitled to the same procedural safeguards accorded to criminal defendants.

**TWENTY-NINTH DEFENSE**

It is violative of the self-incrimination clause of the Fifth Amendment to the Constitution of the United States of America to impose against this Defendant punitive damages, which are penal in nature, yet compel Defendant to disclose potentially incriminating documents and evidence.

**THIRTIETH DEFENSE**

It is violative of the self-incrimination clause of Article I, Section 6 of the Constitution of the State of Alabama to impose against this defendant punitive damages, which are penal in nature, yet compel Defendant to disclose potentially incriminating documents and evidence.

**THIRTY-FIRST DEFENSE**

It is violative of the rights guaranteed by the Constitution of the United States of America and the Constitution of the State of Alabama to impose punitive damages against this Defendant which are penal in nature.

**THIRTY-SECOND DEFENSE**

Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the Eighth Amendment of the Constitution of the United States in that said damages would be an excessive fine in violation of the Excessive Fines Clause of the Eight Amendment to the United States Constitution.

**THIRTY-THIRD DEFENSE**

Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the Due Process Clause of the Fourteenth Amendment of the Constitution of the Unites States in that it would provide to the Plaintiff in excess of the amount determined to be appropriate under the formula adopted by the Alabama Legislature in 1981 in §27-1-17, Code of Alabama 1975, as amended.

**THIRTY-FOURTH DEFENSE**

Defendant avers that any punitive damages award would be subject to the limitations and restrictions as set forth in Ala. Code §6-11-21 (1975).

**THIRTY-FIFTH DEFENSE**

The Defendant says that the alleged defective product was misused after it left the control of the Defendant.

**THIRTY-SIXTH DEFENSE**

Defendant contests the damages complained of by plaintiff.

## THIRTY-SEVENTH DEFENSE

Said Defendant reserves the right to amend its Answer until all discovery has been completed.

## TRIAL BY STRUCK JURY IS HEREBY DEMANDED

Respectfully submitted,

_s/A. Joe Peddy_____
A. Joe Peddy
SMITH, SPIRES, PEDDY,
HAMILTON & COLEMAN, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642
PED002
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 11th day of January, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

_s/A. Joe Peddy_____
Of Counsel



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
      ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 1/11/2017 3:30:19 PM

Notice Date:     1/11/2017 3:30:19 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 1/11/2017 3:30:19 PM

Notice Date:     1/11/2017 3:30:19 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: VAPOR'S SOURCE (PRO SE)
7268 GADSDEN HIGHWAY
SUITE 104
TRUSSVILLE, AL, 35173-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 1/11/2017 3:30:19 PM

Notice Date:     1/11/2017 3:30:19 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
     8045 STEMLEY BRIDGE ROAD
     TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 1/11/2017 3:30:19 PM

Notice Date:     1/11/2017 3:30:19 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 1/11/2017 3:30:19 PM

Notice Date:      1/11/2017 3:30:19 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 1/11/2017 3:30:19 PM

Notice Date:      1/11/2017 3:30:19 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
1/23/2017 2:30 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Clarence Rivers, IV, of the law firm of Smith, Spires, Peddy, Hamilton & Coleman, P.C., and hereby gives notice of his appearance as additional counsel of record for the Defendant, Vapor's Source.

Respectfully submitted,

*/s/Clarence Rivers, IV*
Clarence Rivers, IV (RIV010)

*/s/A. Joe Peddy*
A. Joe Peddy (PED002)
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North,  Suite 200
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
ajp@ssp-law.com
chip@ssp-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail addresses on this the 24th day of January, 2017:

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

*/s/Clarence Rivers, IV*
Of Counsel



AlaFile E-Notice

61-CV-2016-900361.00

To:  CLARENCE RIVERS IV
Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 1/24/2017 2:30:15 PM

Notice Date:      1/24/2017 2:30:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 1/24/2017 2:30:15 PM

Notice Date:     1/24/2017 2:30:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   CC'S TOBACCO & PACKAGE (PRO SE)
      8045 STEMLEY BRIDGE ROAD
      TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 1/24/2017 2:30:15 PM

Notice Date:      1/24/2017 2:30:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
     jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 1/24/2017 2:30:15 PM

Notice Date:     1/24/2017 2:30:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
    joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 1/24/2017 2:30:15 PM

Notice Date:     1/24/2017 2:30:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 1/24/2017 2:30:15 PM

Notice Date:     1/24/2017 2:30:15 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
2/13/2017 1:56 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.:** |
| | ) **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF SERVICE OF DOCUMENTS

TO:        Circuit Court Clerk of Talladega County, AL

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the Defendant:

( )        Interrogatories
( )        Answers to Interrogatories
( )        Request for Production of Documents
( )        Responses to Request for Production of Documents
( )        Request for Admissions
( )        Response to Request for Admissions
**(X )      Notice of Taking Deposition of Plaintiff**
( )        Other:

Respectfully submitted,

 s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


   s/ A. JOE PEDDY
OF COUNSEL

Case 1:19-cv-01192-CLM Document 1-1 Filed 07/26/19 Page 98 of 619

ELECTRONICALLY FILED
2/13/2017 1:56 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO.:** |
| | ) **CV 16-900361** |
| | ) |
| LG CHEM, LTD; VAPER'S SOURCE; | ) |
| CC'S TOBACCO and PACKAGE; et al., | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF TAKING DEPOSITION

TO:    Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

**PLEASE TAKE NOTICE** that at the time, date and place indicated below the Defendant will take the testimony by deposition upon oral examination of that party named. This oral examination will be conducted pursuant to Rules 26-37, inclusive, of the Alabama Rules of Civil Procedure for the purpose of discovery or for use as evidence in this action or both purposes and shall be taken before a Notary Public, or before some other officer authorized by law to administer oaths under the laws of the State of Alabama. This said examination will continue from time to time until completed. You are invited to attend and cross-examine.

**DATE:**           To Be Determined

**TIME:**           To Be Determined

**DEPONENT:**     CLAYTON GARDNER

**PLACE OF TAKING DEPOSITION:**     Smith, Spires & Peddy, P. C.
2015 Second Avenue North
Suite 200
Birmingham, AL 35203

The deponent is asked to bring with him for inspection and/or copying the documents listed below:

1.      Copies of any and all medical bills or records, hospital bills or records, emergency rescue agencies, prescription medication records, or any other healthcare provider pertaining to the injuries allegedly sustained which made the basis of this lawsuit;

2.      Copies of any and all letters, notes, memoranda, etc., to Defendant from you and/or any other person acting on your behalf;

3.      Copies of any and all photographs and/or video recordings taken at the scene of the incident, copies of any and all statements, whether written, recorded, or otherwise, of any and all witnesses;

4.      Copies of any photographs and/or video recordings depicting the Plaintiff's alleged injuries;

5.      Copies of any photographs and/or video recordings of the scene where the alleged accident occurred;

6.      Copies of any and all documents which Plaintiff intends to use at trial; and

7.      Copies of any and all records from any agency regarding any specific investigation regarding the incident made the basis of Plaintiff's Complaint.

Respectfully submitted,

 /s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**

SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
(205) 251-5885
(205) 251-8642 (fax)
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

/s/ A. JOE PEDDY
OF COUNSEL



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
ajp@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:56:30 PM

Notice Date:     2/13/2017 1:56:30 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:56:30 PM

Notice Date:      2/13/2017 1:56:30 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:56:30 PM

Notice Date:     2/13/2017 1:56:30 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:56:30 PM

Notice Date:    2/13/2017 1:56:30 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
    joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:56:30 PM

Notice Date:     2/13/2017 1:56:30 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:56:30 PM

Notice Date:     2/13/2017 1:56:30 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
3/8/2017 1:58 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

|                                          |     |                                    |
|------------------------------------------|-----|------------------------------------|
| **CLAYTON GARDNER,**                     | )   |                                    |
|                                          | )   |                                    |
| **Plaintiff,**                           | )   |                                    |
|                                          | )   |                                    |
| **vs.**                                  | )   | **CIVIL ACTION NO.:**              |
|                                          | )   | **CV 16-900361**                   |
|                                          | )   |                                    |
| **LG CHEM, LTD; VAPER'S SOURCE;**        | )   |                                    |
| **CC'S TOBACCO and PACKAGE; et al.,**    | )   |                                    |
|                                          | )   |                                    |
| **Defendants.**                          | )   |                                    |

### NOTICE OF SERVICE OF DOCUMENTS

TO:      Circuit Court Clerk of Talladega County, AL

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the Defendant:

( )      Interrogatories
( )      Answers to Interrogatories
( )      Request for Production of Documents
( )      Responses to Request for Production of Documents
( )      Request for Admissions
( )      Response to Request for Admissions
( )      Notice of Taking Deposition
**(X)      Other: Notice of Intent to Serve Subpoenas on Non-Parties.**

Respectfully submitted,


 s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


    s/ A. JOE PEDDY
OF COUNSEL



ELECTRONICALLY FILED
2/9/2017 1:58 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO.:** |
| | ) **CV 16-900361** |
| | ) |
| LG CHEM, LTD; VAPER'S SOURCE; | ) |
| CC'S TOBACCO and PACKAGE; et al., | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF INTENT TO SERVE SUBPOENAS ON A NON-PARTIES

Take notice that upon the expiration of fifteen (15) days (or such other time as the Court has allowed) from the date of service of this notice the Defendant in this cause will apply to the Clerk of this Court for issuance of the attached subpoenas directed to the below who are not a party to this matter:

> **Custodian of Records**
> **Citizens Baptist Medical Center - Talladega**
> **604 Stone Avenue**
> **Talladega, AL 35160**
>
> **Custodian of Records**
> **Blue Cross and Blue Shield of Alabama**
> **450 Riverchase Parkway East**
> **Birmingham, AL 35244**
>
> **Custodian of Records**
> **Northside Medical Associates**
> **70 Plaza Drive**
> **Pell City, AL 35125**

Respectfully submitted,

 s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203

Telephone:  (205) 251-5885
Fax:  (205) 251-8642
ajp@ssp-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

    s/ A. JOE PEDDY
OF COUNSEL

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO.:** |
| | )    **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:**   **Custodian of Records**
**Blue Cross and Blue Shield of Alabama**
**450 Riverchase Parkway East**
**Birmingham, AL 35244**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete file of CLAYTON GARDNER, DOB: 07/17/1989, date of injury: 07/03/2016. This should include, but not be limited to, any and all records regarding medical lien and/or subrogation interest, insurance policies, claims made, recorded or written statements, accident and/or incident reports, photographs, proof of loss, any and all records of medical/pharmaceutical payments made by Blue Cross and Blue Shield of AL, on behalf of Mr. Gardner, and all other written information.**

THIS SUBPOENA IS ONGOING FOR A PERIOD THROUGH THE END AND COMPLETION OF THIS LITIGATION.

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **A. Joe Peddy, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.**  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45**

**TO:**   **Custodian of Records**
   **Citizens Baptist Medical Center - Talladega**
   **604 Stone Avenue**
   **Talladega, AL 35160**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

   **The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all records, charts, admission and discharge summaries, nurses' notes, doctors' orders, x-ray reports, lab reports, data, results and reports of toxicological and/or chemical testing, etc., which pertain to the treatment and/or diagnosis, etc., of Mr. Gardner _including all invoices for services rendered; claims filed to insurance provider(s); statement(s) showing amount paid by insurance provider(s), amount paid by Mr. Gardner or any representative of Mr. Gardner  and, any and all outstanding balances._**

   YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **A. Joe Peddy, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.**  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

   **© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

<div style="text-align:center">s/ A. JOE PEDDY</div>
<div style="text-align:center">A. JOE PEDDY (PED002)</div>
<div style="text-align:center">Attorney for Defendant</div>

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45**

**TO:   Custodian of Records**
**Northside Medical Associates**
**70 Plaza Drive**
**Pell City, AL 35125**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all records, charts, admission and discharge summaries, nurses' notes, doctors' orders, x-ray reports, lab reports, data, results and reports of toxicological and/or chemical testing, etc., which pertain to the treatment and/or diagnosis, etc., of Mr. Gardner _including all invoices for services rendered; claims filed to insurance provider(s); statement(s) showing amount paid by insurance provider(s), amount paid by Mr. Gardner or any representative of Mr. Gardner  and, any and all outstanding balances._**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **A. Joe Peddy, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.**  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, _Code of Alabama_ 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the _Alabama Rules of Civil Procedure_ instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;
(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____

A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:58:12 PM

Notice Date:     2/13/2017 1:58:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:58:12 PM

Notice Date:     2/13/2017 1:58:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:58:12 PM

Notice Date:     2/13/2017 1:58:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:58:12 PM

Notice Date:     2/13/2017 1:58:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:58:12 PM

Notice Date:     2/13/2017 1:58:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   RIVERS CLARENCE IV
      Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 1:58:12 PM

Notice Date:     2/13/2017 1:58:12 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
2/13/2017 2:01 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# STATE OF ALABAMA

Revised 3/5/08

**Unified Judicial System**

61-TALLADEGA

☐ District Court   ☑ Circuit Court

CV2...   Cas...

## CIVIL MOTION COVER SHEET

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

*Name of Filing Party:* D002 - VAPOR'S SOURCE

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

ALBRY JOE PEDDY MR.

2015 SECOND AVENUE NORTH, SUITE 200

BIRMIGHAM, AL 35203

*Attorney Bar No.:* PED002

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Extension of Time |
| ☐ Motion to Intervene ($297.00) | ☐ In Limine |
| ☑ Other | ☐ Joinder |
| pursuant to Rule                    ($50.00) | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| ☐ Local Court Costs $     0 | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other        Motion for HIPAA Order |
| | pursuant to Rule  n/a        (Subject to Filing Fee) |

Check here if you have filed  or are filing contemoraneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)   ☐

Date:

2/13/2017 1:59:06 PM

Signature of Attorney or Party

/s/ ALBRY JOE PEDDY MR.

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
5/26/2017 2:01 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| LG CHEM, LTD; VAPER'S SOURCE; | ) | **ORAL ARGUMENT** |
| CC'S TOBACCO and PACKAGE; et al., | ) | **NOT REQUESTED** |
| | ) | |
| Defendants. | ) | |

## <u>MOTION FOR ENTRY OF HIPAA ORDER</u>

COMES NOW the Defendant, VAPER'S SOURCE, by and through their undersigned counsel of record, and respectfully requests that this Honorable Court issue an Order requiring all health care providers, health plan administrators and other individuals who may be in possession of health information that is protected by the privacy regulations issued pursuant to the *Health Insurance Portability and Accountability Act of 1996 (HIPAA)*, to produce said information.  As grounds for said motion, Defendant states as follows:

1.     That recent privacy regulations issued pursuant to HIPAA have set many new requirements in place which must be met before certain custodians of health information can disclose said information.

2.     That, due to the new requirements, subpoenas and subpoenas duces tecums now issued in litigation matters are being met with resistance and/or delay.

3.     That the new privacy regulations issued pursuant to HIPAA have caused a great deal of confusion and uncertainty as to what can and cannot be produced in response to a subpoena request.

4.     That the issuance of the Order (attached hereto as Exhibit "A") will have the effect

of minimizing any uncertainty and confusion, and allow litigation to proceed without unnecessary delay.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court for Entry of a HIPAA Order for the grounds stated above.

Respectfully submitted,

 s/A. JOE PEDDY
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Facsimile:   (205) 251-8642
E-mail: ajp@ssp-law.com

## ORAL ARGUMENT NOT REQUESTED

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

 s/A. JOE PEDDY
OF COUNSEL

# EXHIBIT A

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO.:** |
| | )    **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or *pro se* parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

**This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).**

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the direction of the psychotherapist, including members of the patient's family.  Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party.  This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE AND ORDERED this the _____ day of _____, 2017.**

_____
Judge



ELECTRONICALLY FILED
5/9/2017 2:01 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**TALLADEGA DIVISION**

| | |
|---|---|
| GARDNER CLAYTON | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   **Case No.:**  CV-2016-900361.00 |
| | ) |
| LG ELECTRONICS, INC., | ) |
| VAPOR'S SOURCE, | ) |
| CC'S TOBACCO & PACKAGE, | ) |
| Defendants. | ) |

**HIPAA Order**

**HIPAA ORDER IN CIVIL ACTION**

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).
 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the direction of the psychotherapist, including members of the patient's family.  Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party.  This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected

Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

DONE this[To be filled by the Judge].

/s/[To be filled by the Judge]

CIRCUIT JUDGE



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 2/13/2017 2:02:00 PM

D002 VAPOR'S SOURCE
MOTION FOR HIPAA ORDER
[Filer: PEDDY ALBRY JOE]

Notice Date:     2/13/2017 2:02:00 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 2/13/2017 2:02:00 PM

D002 VAPOR'S SOURCE
MOTION FOR HIPAA ORDER
[Filer: PEDDY ALBRY JOE]

Notice Date:     2/13/2017 2:02:00 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 2/13/2017 2:02:00 PM

D002 VAPOR'S SOURCE
MOTION FOR HIPAA ORDER
[Filer: PEDDY ALBRY JOE]

Notice Date:     2/13/2017 2:02:00 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 2/13/2017 2:02:00 PM

D002 VAPOR'S SOURCE
MOTION FOR HIPAA ORDER
[Filer: PEDDY ALBRY JOE]

Notice Date:     2/13/2017 2:02:00 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 2/13/2017 2:02:00 PM

D002 VAPOR'S SOURCE
MOTION FOR HIPAA ORDER
[Filer: PEDDY ALBRY JOE]

Notice Date:     2/13/2017 2:02:00 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 2/13/2017 2:02:00 PM

D002 VAPOR'S SOURCE
MOTION FOR HIPAA ORDER
[Filer: PEDDY ALBRY JOE]

Notice Date:    2/13/2017 2:02:00 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
2/3/2017 4:07 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**CIVIL ACTION NO.:**
**CV 16-900361**

## <u>NOTICE OF SERVICE OF DOCUMENTS</u>

**TO:   Brian York, Clerk of Circuit Court of Talladega County**

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on

behalf of Defendant, Vaper's Source

  **(X)   Interrogatories to Plaintiff, Clayton Gardner; and**

  **(X)   Requests for Production of Documents to Clayton Gardner.**

     Respectfully submitted,

     */s/Clarence Rivers, IV*
     Clarence Rivers, IV (RIV010)

     */s/A. Joe Peddy*
     A. Joe Peddy (PED002)
     Smith, Spires, Peddy, Hamilton & Coleman, P.C.
     2015 Second Avenue North,  Suite 200
     Birmingham, Alabama 35203
     Telephone:  (205) 251-5885
     ajp@ssp-law.com
     chip@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017:

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

*/s/Clarence Rivers, IV*
Of Counsel

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.:** |
| | ) **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPOR'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### INTERROGATORIES TO PLAINTIFF, CLAYTON GARDNER

**COMES NOW** the Defendant, Vaper's Source, designated by the Plaintiff as Vapor's Source, by and through the undersigned counsel of record in the above-styled cause of action, pursuant to the Alabama Rules of Civil Procedure, and desiring the testimony of the Plaintiff, **CLAYTON GARDNER**, hereby propounds the following Interrogatories to said Plaintiff, to be answered within the time and manner prescribed by law:

1. State your correct name, address, date of birth and Social Security Number.

2. State the name and address of your present employer, job description and average weekly wages at this job.

3. Please state the name and address of your employer at the time of the occurrence made the basis of this suit.

4. State whether you make any claim in this suit for lost wages or income and, if so, state the amount of lost wages or income you claim; the dates that you were not able to work as a result of the injuries you alleged in the Complaint.

5. Describe all injuries received by you for which you make claim in this suit.

6.      State whether you contend that any of your injuries are permanent in nature and, if so, describe each injury you claim is permanent in nature and state what complaints of pain you presently have as a result of each such respective injury.

7.      State the name and address of all doctors who have attended or treated you for injuries received in the occurrence made the basis of this suit; dates of treatment or examination; where treatment was given you on each occasion and whether you are under the treatment of a doctor at the present time.

8.      State whether you were hospitalized as a result of the occurrence made the basis of this suit and, if so, state the name and address of each hospital, the amount of the hospital bill and the dates of hospitalization.

9.      Please identify each and every medical provider (which said term shall include all pharmacies, therapists, psychologists, and/or psychiatrists) you have visited in the ten (10) years before the date of the incident and list their address and dates of service for each provider.

10.     State whether you claim any other expenses incurred by you as a result of the occurrence made the basis of this suit and, if so, the names and addresses of the person or company to whom this expense was incurred, the amount of such expense and whether such expense has been paid and, if so, by whom.

11.     Prior to the incident made the basis of this suit, state whether you had ever been injured in any manner and state the date of injury, the injury you received (in detail), the names and addresses of all doctors and hospitals which treated you for each such injury and the dates of such treatments.

2

12.     State whether, subsequent to the occurrence made the basis of this suit, you have ever been injured in any manner and, if so, the date of injury, in detail the injury that you received and the names and addresses of all doctors and hospitals which treated you for each such injury and the dates of such treatments.

13.     If you complain that the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** was unreasonably dangerous, describe completely and in exact detail all defects, either in design or manufacture, which you claim made such product defective.

14.     List specifically and in exact detail all defects which the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** had at the time it left the hands of the Defendant and upon which you claim forms a basis for your suit against the Defendant.

15.     List specifically and in exact detail all safety features, equipment or devices which you contend should have existed with respect to **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device**.

16.     Describe completely and in exact detail what you contend was the cause of the accident made the basis of this suit.  Please provide your response in specific narrative form.

17.     State completely and in exact detail all items of information or evidence upon which you rely to state that the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** was improperly designed.

18.   State whether you contend the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** malfunctioned or whether you contend

3

**Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** was improperly designed.  In responding, explain completely and in exact detail how you contend the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** malfunctioned and/or how you contend it was improperly designed.

19.     Give the names and addresses of all individuals that have knowledge of the matters and things alleged in the Complaint.

20.     Explain completely and in exact detail what you claim this Defendant did wrong in the manufacture, sale or distribution of the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** and

21.     Give the name and address of all witnesses you plan to call in the trial of the case to prove or show what this Defendant did wrong in the manufacture, sale, or distribution of **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device**.

22.     Describe completely and in exact detail what other manufacturers of similar products did or failed to do which this Defendant did or failed to do contrary to the standard of care in the manufacturing industry for the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device**.

23.     Prior to the accident, did you discover such defect or defects mentioned above in the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device**. If so, state the approximate time prior to the accident that you became aware of such defect or defects.

24.     Do you claim that the defect was one which was hidden from you or was latent and not reasonably discoverable upon a reasonable inspection?

4

25. Give a complete list of any documents, publications, writings, pamphlets, other literature or other exhibits upon which you rely to support your claims against this Defendant.

26. State the name and address of all persons who have examined or inspected in any way the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** involved in the accident made the basis of this suit since the date of the accident.

27. List all expenses which you have incurred as a result of the accident made the basis of this suit and for which you claim reimbursement and attach hereto a copy of all bills covering such expense.

28. State whether or not any part of your medical bills have been paid for by any person, firm or corporation other than yourself and if so, state the name and address of each person, firm or corporation who has paid for medical bills or expenses and the amount of each bill.

29. Have you signed any paper or document obligating you to reimburse any insurance company or any other person, firm or corporation for medical expenses if you recover in this action and, if so, state the name of the insurance company or governmental agency and the amount you are to reimburse.

30. List specifically and in exact detail all safety features, equipment or devices with which you contend the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** should have been equipped.

31. Describe completely and in exact detail exactly how the accident made the basis of this suit occurred, what you were doing at the time of the accident, exactly how you were injured and what you contend was the cause of the accident.

32.     Do you claim that any changes or alterations were made to the **Vaporesso Tarot -
200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** subsequent
to the time it left the hands of the manufacturer? If so, explain completely and in exact detail what
changes or alterations were needed to the **Vaporesso Tarot - 200w vape device and/or battery
used in the Vaporesso Tarot - 200w vape device**, when such changes and/or alterations were made,
and how any such changes or alterations may have directly contributed to cause the accident made
the basis of this suit.

33.     Do you contend that your injuries would have been eliminated or reduced by use
of an alternative design of any component part of the **Vaporesso Tarot - 200w vape device and/or
battery used in the Vaporesso Tarot - 200w vape device**? If so, please state specifically your
alternative design, how such design is safer that the existing design, how such design is practical,
and specifically when such alternative design was available for use by this Defendant at the time that
it manufactured the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso
Tarot - 200w vape device** made the basis of this suit.

34.   State whether you expect to call any expert witnesses at the trial of this case, if so, state
the name and address of each such expert, the education experience and qualifications of each such
expert, the subject matter upon each expert is expected to testify, the substance of the facts and
opinions to which the expert is expected to testify, and a summary of the grounds for each such
opinion. Please consider this a request for expert information under ***ARCP*** 26, et al.

35.     Please state the name and address of the individual who purchased the **Vaporesso
Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** that
are the subject of this action, the dates of purchase, the identity of the entity/individual from whom

purchased, and the purchase amount.

36.     Did you ever make a complaint to any defendant regarding the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** prior to the filing of this lawsuit? If so, please state the date of said complaint, where the complaint was made, to whom you complained, the nature of said complaint, and the ultimate resolution of same, and produce a copy of all such correspondence, documents, letters, memoranda, etc. which document these alleged complaints.

37.     Please give the name, address, telephone number, and job title of all users of the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** since the date of its purchase until the time of the subject accident.

38.     State the name and address of each pharmacy you have used in the last 10 years.

39.     Are you currently receiving or have you ever received Medicare benefits, whether Supplemental Security Income (SSI) benefits or Social Security Disability (SSD) benefits? If so, please state the following:

> a.      The date you were awarded Medicare benefits and the type of benefits awarded;
>
> b.      The medical condition(s) for which you were awarded benefits (if any);
>
> c.      The dollar amount of your benefits;
>
> d.      Your Medicare Health Insurance Claim Number (HICN);
>
> e.      Whether your benefits have ever been modified, suspended, revoked or cancelled and the reasons for the same.

Respectfully submitted,

*/s/Clarence Rivers, IV*
Clarence Rivers, IV (RIV010)

*/s/A. Joe Peddy*
A. Joe Peddy (PED002)
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203
Telephone: (205) 251-5885
ajp@ssp-law.com
chip@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017:

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

*/s/Clarence Rivers, IV*
Of Counsel

8

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPOR'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## REQUESTS FOR PRODUCTION OF DOCUMENTS
## TO PLAINTIFF, CLAYTON GARDNER

**COMES NOW** the Defendant, Vaper's Source, designated by Plaintiff as Vapor's Source, by and through the undersigned counsel of record in the above-styled cause of action, pursuant to the Alabama Rules of Civil Procedure, and hereby requests the Plaintiff produce to said Defendant for copying and inspection the following documents and/or things within the time and manner prescribed by law:

1.      Copies of any and all documents related to the  alleged purchase of the products, including, but not limited to: receipt(s), bank statement(s), cancelled check(s), and/or credit card statement(s).

2.      True and correct copies of your State and Federal income tax returns for the last 5 years.

3.      True and correct copies of all photographs, images, video or any like electronic recording of the subject products made the basis of your Complaint as well as your claimed injuries.

4.      Please produce for inspection the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device**.

5.      Originals or copies of the alleged product packaging materials, manuals, warning labels, warning stickers, and/or product brochures received at the time of purchase.

6.      Produce any and all medical records for care and treatment that you have received as a result of the incident made the basis of this lawsuit.

7.      Produce copies of any and all medical bills for care and treatment that you claim to have incurred as a result of the alleged incident.

8.      All documents, reports, standards, regulations, rules, correspondence, or other matters on which Plaintiff or Plaintiffs expert(s) rely to support any of the claims as outlined in Plaintiff's Complaint.

9.      True and correct copies of all documents, including correspondence, by and between the Plaintiff/Plaintiffs attorney and all entities which paid, in whole or in part, the Plaintiffs medical bills, including the Centers for Medicare and Medicaid Services, if applicable.  In the event that Medicare and/or Medicaid paid for any of Plaintiff's medical care and treatment allegedly related to the subject incident, please produce copies of all correspondence, notices, liens, or any other such document by and between Plaintiff and CMS, or on behalf of either, indicating the amount of conditional payments made, a calculation of same, and the amount claimed to be necessary to reimburse CMS.

10.     True and correct copies of all reports, photographs, diagrams, computer simulations, notes, calculations, or any other written thing or item prepared by and/or relied upon by any and all

2

experts which the Plaintiff intends to use at the trial of this case.

11.     Provide all expert information as required by the <u>Alabama Rules of Civil Procedure</u> for any expert expected to testify at a trial of this case including, but not limited to, all reports, memoranda, opinions, etc. either generated or relied upon by said expert.   Please consider this a request under <u>Alabama Rules of Civil Procedure</u> Rule 26, et al.

12.     Any and all documents, recordings, video tapes, photographs, etc. of the defendant, their offices, or anything else related to plaintiff's Complaint.

13.     All information received by way of investigations regarding the incident made the basis of plaintiff's Complaint, including any and all information received and/or generated by or from the State of Alabama, law enforcement department(s), or any other entity.

14.     Produce an itemization of all special damages claimed in this matter by you.

15.     Produce any and all medical records, doctor's letters, statements, and/or anything else which supports your contention that you have sustained a permanent medical injury as a result of the incident made the basis of your Complaint.

16.     Produce a copy of any and all reports, letters, documents, and/or correspondence from any entity, whatsoever, concerning the incident made the basis of your Complaint, including any and all correspondence by and between plaintiff and any defendant or representative thereof.

17.     All photographs depicting the scene of the accident, the **Vaporesso Tarot - 200w vape device and/or battery used in the Vaporesso Tarot - 200w vape device** involved in the accident, Plaintiff's injuries or other matters pertinent to this lawsuit.

3

Respectfully submitted,

*/s/Clarence Rivers, IV*
Clarence Rivers, IV (RIV010)

*/s/A. Joe Peddy*
A. Joe Peddy (PED002)
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North,  Suite 200
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
ajp@ssp-law.com
chip@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail addresses on this the 13th day of February, 2017:

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

*/s/Clarence Rivers, IV*
Of Counsel

4



**AlaFile E-Notice**

61-CV-2016-900361.00

To:  CLARENCE RIVERS IV
Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 4:07:57 PM

Notice Date:     2/13/2017 4:07:57 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 4:07:57 PM

Notice Date:     2/13/2017 4:07:57 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   CC'S TOBACCO & PACKAGE (PRO SE)
      8045 STEMLEY BRIDGE ROAD
      TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 4:07:57 PM

Notice Date:      2/13/2017 4:07:57 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 4:07:57 PM

Notice Date:      2/13/2017 4:07:57 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 4:07:57 PM

Notice Date:      2/13/2017 4:07:57 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 2/13/2017 4:07:57 PM

Notice Date:     2/13/2017 4:07:57 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
10/18/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
## TALLADEGA DIVISION

GARDNER CLAYTON,                 )
Plaintiff,                       )
                                 )
V.                               )  Case No.:    CV-2016-900361.00
                                 )
LG ELECTRONICS, INC.,            )
VAPOR'S SOURCE,                  )
CC'S TOBACCO & PACKAGE,          )
Defendants.                      )

### HIPAA Order

### HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee. This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure. Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party.  This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**


**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | JMK |
| Notice Date: | 2/16/2017 11:22:54 AM |

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | JMK |

Notice Date:    2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
     8045 STEMLEY BRIDGE ROAD
     TALLADEGA, AL, 35160-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

**ORDER TO APPEAR**
**(SUBPOENA)**

Case

CV-

ELECTRONICALLY FILED
3/2/2017 8:33 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE __CIRCUIT__ COURT OF __TALLADEGA__ , ALABAMA
(Circuit, District, or Municipal)                    (Name of County or Municipality)

☐ State of Alabama

☐ Municipality of _____

☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):

☐ In the Matter of _____ , a child

CITIZENS BMC TALLADEGA

604 STONE AVE

TALLADEGA, AL 35160

A. Issued at the request of :

1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :

1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact: __ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885__

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE __03/17/2017 10:00 AM__

ROOM __Smith, Spires & Peddy__

ADDRESS __2015 Second Avenue North__

__Suite 200__

__Birmingham, AL 35203__

DATE ISSUED __3/2/2017__

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

__/s/ BRIAN YORK__

Signature of Court Clerk          Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
_____

__ on _____
_____
_____
_____
_____

_____
Signature and Title of Server

(For Criminal cases only)

☐ Served By Mail

_____

Date Mailed

_____
Sheriff                              Deputy Sheriff

| Form C-13 (back)   Rev 7/96 | ORDER TO APPEAR (SUBPOENA) |
|---|---|

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
5/2/2018 8:33 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO.:** |
| | ) **CV 16-900361** |
| | ) |
| LG CHEM, LTD; VAPER'S SOURCE; | ) |
| CC'S TOBACCO and PACKAGE; et al., | ) |
| | ) |
| **Defendants.** | ) |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:**   **Custodian of Records**
**Citizens Baptist Medical Center - Talladega**
**604 Stone Avenue**
**Talladega, AL 35160**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all records, charts, admission and discharge summaries, nurses' notes, doctors' orders, x-ray reports, lab reports, data, results and reports of toxicological and/or chemical testing, etc., which pertain to the treatment and/or diagnosis, etc., of Mr. Gardner _including all invoices for services rendered; claims filed to insurance provider(s); statement(s) showing amount paid by insurance provider(s), amount paid by Mr. Gardner or any representative of Mr. Gardner  and, any and all outstanding balances._**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **A. Joe Peddy, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.**  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, _Code of Alabama_ 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the _Alabama Rules of Civil Procedure_ instructs you as follows:

> **© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JMK

Notice Date:      2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
2/16/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**TALLADEGA DIVISION**

GARDNER CLAYTON,                )
Plaintiff,                      )
                                )
V.                              )   Case No.:    CV-2016-900361.00
                                )
LG ELECTRONICS, INC.,           )
VAPOR'S SOURCE,                 )
CC'S TOBACCO & PACKAGE,         )
Defendants.                     )

**HIPAA Order**

**HIPAA ORDER IN CIVIL ACTION**

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party.  This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**

**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To: ALBRY JOE PEDDY MR.
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:34:05 AM

Notice Date:     3/2/2017 8:34:05 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CITIZENS BMC TALLADEGA
604 STONE AVE
TALLADEGA, AL, 35160

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:34:05 AM

Notice Date:      3/2/2017 8:34:05 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:34:05 AM

Notice Date:     3/2/2017 8:34:05 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:34:05 AM

Notice Date:     3/2/2017 8:34:05 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
     jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:34:05 AM

Notice Date:      3/2/2017 8:34:05 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:34:05 AM

Notice Date:      3/2/2017 8:34:05 AM

                                          BRIAN YORK
                                    CIRCUIT COURT CLERK
                                 TALLADEGA COUNTY, ALABAMA
                                       P O BOX 6137
                                   TALLADEGA, AL, 35160

                                        256-761-2102
                                  brian.york@alacourt.gov

 AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:34:05 AM

Notice Date:     3/2/2017 8:34:05 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

# ORDER TO APPEAR
## (SUBPOENA)

Case CV-

ELECTRONICALLY FILED
3/2/2017 8:36 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE __CIRCUIT__ COURT OF __TALLADEGA__ , ALABAMA
*(Circuit, District, or Municipal)*          *(Name of County or Municipality)*

☐ State of Alabama

☐ Municipality of _____

☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):

☐ In the Matter of _____ , a child

BLUE CROSS AND BLUE SHIELD OF AL

450 RIVERCHASE PARKWAY E

BIRMINGHAM, AL 35244

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   03/17/2017 10:00 AM

ROOM   Smith, Spires & Peddy

ADDRESS  2015 Second Avenue North

Suite 200

Birmingham, AL 35203

DATE ISSUED  3/2/2017

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

### ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested documents.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

### RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

___ on _____

_____

_____

_____

_____

_____

Signature and Title of Server

*(For Criminal cases only)*

☐ Served By Mail

_____

Date Mailed

_____

Sheriff                              Deputy Sheriff

| Form C-13 (back)   Rev. 7/96 | ORDER TO APPEAR (SUBPOENA) |
|---|---|

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
5/22/2019 8:36 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER, )
 )
      Plaintiff, )
 )
vs. )    **CIVIL ACTION NO.:**
 )    **CV 16-900361**
 )
LG CHEM, LTD; VAPER'S SOURCE; )
CC'S TOBACCO and PACKAGE; et al., )
 )
      Defendants. )

## SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:**    **Custodian of Records**
           **Blue Cross and Blue Shield of Alabama**
           **450 Riverchase Parkway East**
           **Birmingham, AL 35244**

      You are hereby notified of the following request of the Defendant. That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

      **The complete file of CLAYTON GARDNER, DOB: 07/17/1989, date of injury: 07/03/2016. This should include, but not be limited to, any and all records regarding medical lien and/or subrogation interest, insurance policies, claims made, recorded or written statements, accident and/or incident reports, photographs, proof of loss, any and all records of medical/pharmaceutical payments made by Blue Cross and Blue Shield of AL, on behalf of Mr. Gardner, and all other written information.**

      THIS SUBPOENA IS ONGOING FOR A PERIOD THROUGH THE END AND COMPLETION OF THIS LITIGATION.

      YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **A. Joe Peddy, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JMK

Notice Date:    2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov


ELECTRONICALLY FILED
10/6/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
## TALLADEGA DIVISION

| | |
|---|---|
| GARDNER CLAYTON, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2016-900361.00 |
| | ) |
| LG ELECTRONICS, INC., | ) |
| VAPOR'S SOURCE, | ) |
| CC'S TOBACCO & PACKAGE, | ) |
| Defendants. | ) |

**HIPAA Order**

## HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**

**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:36:39 AM

Notice Date:        3/2/2017 8:36:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BLUE CROSS AND BLUE SHIELD OF AL
     450 RIVERCHASE PARKWAY E
     BIRMINGHAM, AL, 35244

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:36:39 AM

Notice Date:     3/2/2017 8:36:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   LG ELECTRONICS, INC. (PRO SE)
      C/O KYU M. YU
      201 JAMES RECORD ROAD
      HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:36:39 AM

Notice Date:      3/2/2017 8:36:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   CC'S TOBACCO & PACKAGE (PRO SE)
      8045 STEMLEY BRIDGE ROAD
      TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:36:39 AM

Notice Date:     3/2/2017 8:36:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
       jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:36:39 AM

Notice Date:     3/2/2017 8:36:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:36:39 AM

Notice Date:      3/2/2017 8:36:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:36:39 AM

Notice Date:     3/2/2017 8:36:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

**ORDER TO APPEAR**
**(SUBPOENA)**

Case _____

CV-

ELECTRONICALLY FILED
3/2/2017 8:38 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE ___CIRCUIT___ COURT OF ___TALLADEGA___, ALABAMA
*(Circuit, District, or Municipal)*          *(Name of County or Municipality)*

☐ State of Alabama

☐ Municipality of _____

☑ _____CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL_____

(For Juvenile cases only):

☐ In the Matter of _____, a child

NORTHSIDE MEDICAL ASSOCIATES

70 PLAZA DRIVE

PELL CITY, AL 35125

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   03/17/2017 11:00 AM

ROOM   Smith, Spires & Peddy

ADDRESS 2015 Second Avenue North
Suite 200
Birmingham, AL 35203

DATE ISSUED 3/2/2017

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested documents.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
_____
___ on _____
_____
_____
_____
_____

Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

_____
Date Mailed

_____
Sheriff          Deputy Sheriff

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
3/2/2017 8:38 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:**   **Custodian of Records**
**Northside Medical Associates**
**70 Plaza Drive**
**Pell City, AL 35125**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all records, charts, admission and discharge summaries, nurses' notes, doctors' orders, x-ray reports, lab reports, data, results and reports of toxicological and/or chemical testing, etc., which pertain to the treatment and/or diagnosis, etc., of Mr. Gardner _including all invoices for services rendered; claims filed to insurance provider(s); statement(s) showing amount paid by insurance provider(s), amount paid by Mr. Gardner or any representative of Mr. Gardner  and, any and all outstanding balances._**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **A. Joe Peddy, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.**  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, _Code of Alabama_ 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the _Alabama Rules of Civil Procedure_ instructs you as follows:

> **© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov


ELECTRONICALLY FILED
2/16/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**TALLADEGA DIVISION**

| | |
|---|---|
| GARDNER CLAYTON, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2016-900361.00 |
| | ) |
| LG ELECTRONICS, INC., | ) |
| VAPOR'S SOURCE, | ) |
| CC'S TOBACCO & PACKAGE, | ) |
| Defendants. | ) |

**HIPAA Order**

**HIPAA ORDER IN CIVIL ACTION**

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**


**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
      ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:39:19 AM

Notice Date:      3/2/2017 8:39:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  NORTHSIDE MEDICAL ASSOCIATES
70 PLAZA DRIVE
PELL CITY, AL, 35125

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:39:19 AM

Notice Date:     3/2/2017 8:39:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:39:19 AM

Notice Date:      3/2/2017 8:39:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:39:19 AM

Notice Date:      3/2/2017 8:39:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
         jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:39:19 AM

Notice Date:      3/2/2017 8:39:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:39:19 AM

Notice Date:     3/2/2017 8:39:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 3/2/2017 8:39:19 AM

Notice Date:      3/2/2017 8:39:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
3/9/2017 8:14 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: CV 16-900361 |
| | ) | |
| LG CHEM, LTD; VAPOR'S SOURCE; | ) | |
| CC'S TOBACCO and PACKAGE; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE of Plaintiff's responses to Defendant, Vaper's Source's

Interrogatories and Request for Production of Documents on this the 9th day of March, 2017.

*/s/Jonathan L. Brogdon*
Jonathan L. Brogdon (BRO211)

OF COUNSEL:
CHURCH BROGDON PC
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the Alafile system, which will send notification of such filing to all parties of record.

*/s/Jonathan L. Brogdon*
Of Counsel



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
       jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/9/2017 8:14:52 AM

Notice Date:     3/9/2017 8:14:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/9/2017 8:14:52 AM

Notice Date:      3/9/2017 8:14:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/9/2017 8:14:52 AM

Notice Date:     3/9/2017 8:14:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/9/2017 8:14:52 AM

Notice Date:     3/9/2017 8:14:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/9/2017 8:14:52 AM

Notice Date:      3/9/2017 8:14:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/9/2017 8:14:52 AM

Notice Date:     3/9/2017 8:14:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
9/15/2017 11:01 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )     **CIVIL ACTION NO.:** |
| | )     **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, **HANNAH H. STOKES**, of the law firm of **SMITH, SPIRES, PEDDY, HAMILTON & COLEMAN, P.C.**, and hereby gives notice of her appearance as counsel of record for the defendant, Vaper's Source in the above-styled cause of action.

Respectfully submitted,

/s/ *Hannah H. Stokes*
Hannah H. Stokes (BAR ID: STO099)
Email: HStokes@ssp-law.com

*Attorney for Defendant, Vaper Source*

OF COUNSEL:
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North - Suite 200
Birmingham, Alabama 35203
Telephone:    (205) 251-5885
Facsimile:    (205) 251-8642

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail address on this the 15th day of March, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

/s/ *Hannah H.Stokes*
Of Counsel



AlaFile E-Notice

61-CV-2016-900361.00

To:   HANNAH HOOKS STOKES
      hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 3/15/2017 11:01:40 AM

Notice Date:     3/15/2017 11:01:40 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 3/15/2017 11:01:40 AM

Notice Date:     3/15/2017 11:01:40 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 3/15/2017 11:01:40 AM

Notice Date:     3/15/2017 11:01:40 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 3/15/2017 11:01:40 AM

Notice Date:      3/15/2017 11:01:40 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 3/15/2017 11:01:40 AM

Notice Date:     3/15/2017 11:01:40 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   PEDDY ALBRY JOE
      ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 3/15/2017 11:01:40 AM

Notice Date:      3/15/2017 11:01:40 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following NOTICE OF APPEARANCE was FILED on 3/15/2017 11:01:40 AM

Notice Date:     3/15/2017 11:01:40 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
7/19/2019 11:29 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

| State of Alabama | ORDER TO APPEAR | Case |
| Unified Judicial System | (SUBPOENA) | CV-2 |
| Form C-13 (front)   Rev. 6/07 | | |

IN THE  CIRCUIT _____   COURT OF  TALLADEGA - TALLADEGA _____ , ALABAMA
   *(Circuit, District, or Municipal)*                   *(Name of County or Municipality)*

☐ State of Alabama

☐ Municipality of _____

☑                    CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

   (For Juvenile cases only):

☐ In the Matter of _____ , a child

CITIZENS BMC TALLADEGA

604 STONE AVE

TALLADEGA, AL 35160

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   3/17/2017 10:00:00 AM

ROOM   Smith, Spires & Peddy

ADDRESS  2015 Second Avenue North

   Suite 200

   Birmingham, AL 35203

DATE ISSUED  3/2/2017

/s/ BRIAN YORK
Signature of Court Clerk        Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

___ on            3/6/17

         via cert. mail

         KBLewis

Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

Date Mailed

Sheriff                          Deputy Sheriff

SERVICE RETURN

02CV2000000000D001

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case Number:<br>CV-2016-900361.00 |
|---|---|---|

IN THE __CIRCUIT_____ COURT OF __TALLADEGA - TALLADEGA_____, ALABAMA
    *(Circuit, District, or Municipal)*         *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑         CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

(For Juvenile cases only):
☐ In the Matter of _____, a child

BLUE CROSS AND BLUE SHIELD OF AL

450 RIVERCHASE PARKWAY E
BIRMINGHAM, AL 35244

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE    3/17/2017 10:00:00 AM
ROOM   Smith, Spires & Peddy
ADDRESS 2015 Second Avenue North
        Suite 200
        Birmingham, AL 35203

DATE ISSUED 3/2/2017

/s/ BRIAN YORK
Signature of Court Clerk     Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested documents.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
____ on    3/6/17
via cen. Mail

KBEllin,

Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

Date Mailed

Sheriff           Deputy Sheriff

**SERVICE RETURN**

02CV2000000000D001

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case Number:<br>CV-2016-900361.00 |
|---|---|---|

IN THE  CIRCUIT _____   COURT OF  TALLADEGA - TALLADEGA _____ , ALABAMA
_____(Circuit, District, or Municipal)_____                    _____(Name of County or Municipality)_____

☐ State of Alabama
☐ Municipality of _____
☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):
☐ In the Matter of _____ , a child

NORTHSIDE MEDICAL ASSOCIATES

70 PLAZA DRIVE
PELL CITY, AL 35125

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   3/17/2017 11:00:00 AM

ROOM   Smith, Spires & Peddy

ADDRESS 2015 Second Avenue North
        Suite 200
        Birmingham, AL 35203

DATE ISSUED  3/2/2017

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested documents.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

___ on    3-6-17

Via cert. mail

KBlevins

Signature and Title of Server

(For Criminal cases only)
☐ Served By Mail

Date Mailed

Sheriff                          Deputy Sheriff

SERVICE RETURN

02CV2000000000D001



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:       3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
     C/O KYU M. YU
     201 JAMES RECORD ROAD
     HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:     3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   CC'S TOBACCO & PACKAGE (PRO SE)
      8045 STEMLEY BRIDGE ROAD
      TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:      3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:      3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:     3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: RIVERS CLARENCE IV
Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:      3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:      3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 3/16/2017 11:29:28
AM

Notice Date:      3/16/2017 11:29:28 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

Case 1:19-cv-01192-CLM   Document 1-1   Filed 07/26/19   Page 240 of 619



ELECTRONICALLY FILED
9/26/2017 11:54 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **CV 16-900361** |
| ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF SERVICE OF DOCUMENTS

TO:   Circuit Court Clerk of Talladega County, AL

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the Defendant, Vaper's Source:

(X)   **Defendant, Vaper's Source's, Special Interrogatories and Requests for Production of Documents to Plaintiff, Clayton Gardner**
( )   Answers to Interrogatories
( )   Request for Production of Documents
( )   Responses to Request for Production of Documents
( )   Request for Admissions
( )   Response to Request for Admissions
( )   Notice of Taking Deposition

Respectfully submitted,

*/s/Clarence Rivers, IV*
Clarence Rivers, IV (RIV010)
*/s/A. Joe Peddy*
A. Joe Peddy (PED002)
*/s/Hannah H. Stokes*
Hannah H. Stokes (STO099)
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
ajp@ssp-law.com
chip@ssp-law.com
hstokes@ssp-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail addresses on this the 29th day of March, 2017:

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

/s/Clarence Rivers, IV
Of Counsel

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT, VAPER'S SOURCE'S, SPECIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**COMES NOW** the Defendant, Vaper's Source, by and through the undersigned counsel of record in the above-styled cause, pursuant to the Alabama Rules of Civil Procedure, and desiring the testimony of the Plaintiff, Clayton Gardner, propounds these Special Interrogatories and Requests for Production of Documents to the Plaintiff, Clayton Gardner, to be answered within the time and manner prescribed by law, as follows:

1.     With the respect to each person you expect to call at trial as an expert witness, please state:

      (a)     the expert's name, his employer's name and business address, and the expert's residence address and telephone number;

      (b)      the subject on which each such expert is expected to testify;

      (c)     the substance of the facts and opinions to which each such expert is expected to testify;

      (d)     a summary of the grounds for each opinion; and

      (e)     the nature of the legal relationship existing between each expert witness and the Plaintiff.

2.     If any of your expert witnesses have previously testified for you, whether at pretrial

discovery depositions or trial, and with respect to each such expert and each such occasion, state:

      (a)     his name;

      (b)     the date of his testimony;

      (c)     the style and action in which he testified;

      (d)     the name and address of the court in which the action was pending at the time
            of his testimony; and

      (e)     the name, address and telephone number of the attorney for the Plaintiff in
            each such action.

3.     If any experts are retained by you for purposes of this litigation, please state:

      (a)     the expert's name;

      (b)     the basis on which he is compensated (if your expert is compensated on an
            hourly basis or some other unit of time basis, state the applicable rate); and

      (c)     the amount of compensation and expenses that:

            (i)     you have paid your expert as of the date of your Answers to these
                  Interrogatories;

            (ii)     the amount you have been billed by your expert as of the date of your
                  Answers to these Interrogatories.

4.     Please attach a true and correct copy of each and every letter, report, memorandum,

or writing from each and every said expert witness you have consulted, retained and/or hired.

5.     With respect to each person having knowledge of the incident made the basis of this

Complaint, please state:

      (a)     his name;

      (b)     his employer's name, business address, and telephone number; and

      (c)     his residential address and telephone number.

6.      Do you rely upon statutes, codes, standards, regulations, rules, text, treatises or other written material and if so, list said documents and the appropriate section or page number upon which you rely?

7.      Do you intend to use or rely upon any tape manuals, booklets, pamphlets or instructional materials of any type and if so, please identify said materials and its section or page number of said material upon which you intend to rely?

8.      Please state the name and address of each individual known to you, who has seen, heard, or knows about the matters made the basis of this lawsuit, and please describe the substance, as best you can give it, of all information and/or knowledge known to each such individual and whether such individual has given a statement, either oral or in writing, and to whom such statement was given.

9.      Please provide copies of all investigation reports, notes, memoranda, written statements or any other documentation in your possession concerning the investigation by any regulatory agency, including, but not limited to, any governmental agency, State of Alabama, federal government, or any corporation, organization, association or other entity involving the injuries allegedly sustained by the Plaintiff in the incident made the basis of this law.

10.     State the names and addresses of all persons you expect to call as witnesses in a trial of this matter.

11.     List all exhibits intended to be used by the Plaintiff in the trial of this matter, including, but not limited to, letters, correspondence, memoranda, notes, writings, contracts, tape recordings, records, diaries, calendars, reports, statements, invoices, receipts, checks, drafts,

3

warrants, proposals, closing statements, pamphlets, brochures, booklets, purchase orders, delivery orders, rules, regulations and books.

Please understand that this request is for all documentation which in anyway relate to the above designated topics, at anytime whatsoever, both before and after the alleged incident, and in no way should be construed as a limited request.

Respectfully submitted,

*/s/Clarence Rivers, IV*
Clarence Rivers, IV (RIV010)

*/s/A. Joe Peddy*
A. Joe Peddy (PED002)
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North,  Suite 200
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
ajp@ssp-law.com
chip@ssp-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail addresses on this the 29th day of March, 2017:

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

*/s/Clarence Rivers, IV*
Of Counsel

4



AlaFile E-Notice

61-CV-2016-900361.00

To:  CLARENCE RIVERS IV
     Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 11:54:19 AM

Notice Date:      3/29/2017 11:54:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 11:54:19 AM

Notice Date:      3/29/2017 11:54:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
     8045 STEMLEY BRIDGE ROAD
     TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 11:54:19 AM

Notice Date:     3/29/2017 11:54:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
     jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 11:54:19 AM

Notice Date:     3/29/2017 11:54:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 11:54:19 AM

Notice Date:     3/29/2017 11:54:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: PEDDY ALBRY JOE
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 11:54:19 AM

Notice Date:     3/29/2017 11:54:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 11:54:19 AM

Notice Date:     3/29/2017 11:54:19 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
3/29/2017 2:49 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO.:** |
| | )   **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF SERVICE OF DOCUMENTS

TO:          Circuit Court Clerk of Talladega County, AL

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the Defendant:

( )     Interrogatories
( )     Answers to Interrogatories
( )     Request for Production of Documents
( )     Responses to Request for Production of Documents
( )     Request for Admissions
( )     Response to Request for Admissions
( )     Notice of Taking Deposition
**(X )    Other: Notice of Intent to Serve Subpoenas on Non-Parties.**

Respectfully submitted,

 s/ A. JOE PEDDY_____
A. JOE PEDDY (PED002)
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 29th day of March, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


                s/ A. JOE PEDDY
               OF COUNSEL



ELECTRONICALLY FILED
3/29/2017 2:49 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF INTENT TO SERVE SUBPOENAS ON A NON-PARTIES

Take notice that upon the expiration of fifteen (15) days (or such other time as the Court has allowed) from the date of service of this notice the Defendant in this cause will apply to the Clerk of this Court for issuance of the attached subpoenas directed to the below who are not a party to this matter:

> **Custodian of Records**
> **McSweeney Designs**
> **7769 Gadsden Highway**
> **Trussville, AL 35173**

Respectfully submitted,

s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
SMITH, SPIRES, PEDDY, HAMILTON &
COLEMAN, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 29th day of March, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


  s/ A. JOE PEDDY
OF COUNSEL

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO.:** |
| | )   **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45**

**TO:   Custodian of Records**
**McSweeney Designs**
**7769 Gadsden Highway**
**Trussville, AL 35173**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to any and all employment records, notes, attendance records, leave of absences forms (for any reason), wage information, payroll records, W-2s, application, any and all reprimands, correspondence and evaluations.**

**The complete Workers Compensation file of CLAYTON GARDNER including but not limited to any and all medical records and any and all medical bills relating to Mr. Gardner.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires, Peddy, Hamilton & Coleman, P. C. 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203 (205) 251-5885.**  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 2:50:11 PM

Notice Date:     3/29/2017 2:50:11 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 2:50:11 PM

Notice Date:     3/29/2017 2:50:11 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 2:50:11 PM

Notice Date:     3/29/2017 2:50:11 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 2:50:11 PM

Notice Date: 3/29/2017 2:50:11 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
    joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 2:50:11 PM

Notice Date:    3/29/2017 2:50:11 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 2:50:11 PM

Notice Date:     3/29/2017 2:50:11 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: STOKES HANNAH HOOKS
hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 3/29/2017 2:50:11 PM

Notice Date:     3/29/2017 2:50:11 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov


ELECTRONICALLY FILED
4/4/2019 9:31 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER,            )
                         )
      Plaintiff,          )
                         )
vs.                       )     Civil Action No.: CV 16-900361
                         )
LG CHEM, LTD; VAPOR'S SOURCE;  )
CC'S TOBACCO and PACKAGE; et al., )
                         )
      Defendants.       )

## NOTICE OF SERVICE

       PLEASE TAKE NOTICE of Plaintiff's responses to Defendant, Vaper's Source's Special

Interrogatories and Request for Production of Documents on this the 4th day of April, 2017.

                                 */s/Jonathan L. Brogdon*
                                 Jonathan L. Brogdon (BRO211)

OF COUNSEL:
CHURCH BROGDON PC
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the Alafile system, which will send notification of such filing to all parties of record.

                                 */s/Jonathan L. Brogdon*
                                 Of Counsel



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 4/4/2017 9:32:26 AM

Notice Date:      4/4/2017 9:32:26 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 4/4/2017 9:32:26 AM

Notice Date:     4/4/2017 9:32:26 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 4/4/2017 9:32:26 AM

Notice Date:     4/4/2017 9:32:26 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 4/4/2017 9:32:26 AM

Notice Date:     4/4/2017 9:32:26 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 4/4/2017 9:32:26 AM

Notice Date:     4/4/2017 9:32:26 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 4/4/2017 9:32:26 AM

Notice Date:     4/4/2017 9:32:26 AM

                                              BRIAN YORK
                                       CIRCUIT COURT CLERK
                                    TALLADEGA COUNTY, ALABAMA
                                            P O BOX 6137
                                        TALLADEGA, AL, 35160

                                            256-761-2102
                                       brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
       hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 4/4/2017 9:32:26 AM

Notice Date:      4/4/2017 9:32:26 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
5/2/2017 10:17 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

**ORDER TO APPEAR**
**(SUBPOENA)**

Case

CV-

IN THE ___CIRCUIT___ COURT OF ___TALLADEGA___, ALABAMA
*(Circuit, District, or Municipal)*  *(Name of County or Municipality)*

☐ State of Alabama

☐ Municipality of _____

☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):

☐ In the Matter of _____, a child

MCSWEENEY DESIGNS

7769 GADSDEN HWY

TRUSSVILLE, AL 35173

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact: ___ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885___

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE ___05/17/2017 10:00 AM___

ROOM ___Smith, Spires & Peddy___

ADDRESS ___2015 Second Avenue North___

___Suite 200___

___Birmingham, AL 35203___

DATE ISSUED ___5/2/2017___

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

___/s/ BRIAN YORK___
Signature of Court Clerk          Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
_____
___ on
_____
_____
_____
_____

_____
Signature and Title of Server

*(For Criminal cases only)*

☐ Served By Mail

_____
Date Mailed

_____
Sheriff                              Deputy Sheriff

Case 1:19-cv-01192-CLM   Document 1-1   Filed 07/26/19   Page 276 of 619

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
5/9/2017 10:17 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )  **CIVIL ACTION NO.:** |
| | )  **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:  Custodian of Records**
      **McSweeney Designs**
      **7769 Gadsden Highway**
      **Trussville, AL 35173**

You are hereby notified of the following request of the Defendant. That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete file of CLAYTON GARDNER, DOB: 07/17/1989, including but not limited to any and all employment records, notes, attendance records, leave of absences forms (for any reason), wage information, payroll records, W-2s, application, any and all reprimands, correspondence and evaluations.**

> **The complete Workers Compensation file of CLAYTON GARDNER including but not limited to any and all medical records and any and all medical bills relating to Mr. Gardner.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires, Peddy, Hamilton & Coleman, P. C. 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

> © **Protection of Persons Subject to Subpoenas.**

> (1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires, Peddy, Hamilton & Coleman, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:     5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  MCSWEENEY DESIGNS
7769 GADSDEN HWY
TRUSSVILLE, AL, 35173

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:      5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:    5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:     5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:     5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:     5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:     5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 5/2/2017 10:16:15 AM

Notice Date:     5/2/2017 10:16:15 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
5/8/2019 4:28 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

State of Alabama
Unified Judicial System

Form C-13 (front)   Rev. 6/07

**ORDER TO APPEAR
(SUBPOENA)**

Case
CV-2...

IN THE **CIRCUIT** COURT OF **TALLADEGA - TALLADEGA** , ALABAMA
(Circuit, District, or Municipal)     (Name of County or Municipality)

☐ State of Alabama

☐ Municipality of _____

☑ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

(For Juvenile cases only):

☐ In the Matter of _____ , a child

MCSWEENEY DESIGNS

7769 GADSDEN HWY

TRUSSVILLE, AL 35173

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact: ___ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885___

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   5/17/2017 10:00:00 AM

ROOM   Smith, Spires & Peddy

ADDRESS 2015 Second Avenue North

Suite 200

Birmingham, AL 35203

DATE ISSUED 5/2/2017

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

/s/ BRIAN YORK

Signature of Court Clerk          Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

_____

on   5 - 2 - 2017

Signature and Title of Server

(For Criminal cases only)
☐ Served By Mail

Date Mailed

Sheriff          Deputy Sheriff

**SERVICE RETURN**

02CV2000000000D001



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:     5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:      5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:     5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:     5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:     5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

 **AlaFile E-Notice**

61-CV-2016-900361.00

To:   RIVERS CLARENCE IV
      Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:      5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:     5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
      ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 5/8/2017 4:27:41 PM

Notice Date:      5/8/2017 4:27:41 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
5/23/2017 11:33 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-2016-900361 |
| | ) | |
| LG ELECTRONICS U.S.A., INC., | ) | |
| VAPOR'S SOURCE, CC'S TOBACCO | ) | |
| and PACKAGE, IMR ELECTRONICS, | ) | |
| LLC, SHENZHEN SMOORE | ) | |
| TECHNOLOGY LIMITED, and | ) | |
| FICTITIOUS DEFENDANTS A | ) | |
| THROUGH C, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

**COMES NOW,** the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and for his Second Amendment to the Complaint would state as follows:

### PARTIES

1.      The Plaintiff adopts and incorporates any and all facts, averments and parties identified in his original Complaint and First Amended Complaint.

2.      Defendant IMR Electronics, LLC (hereinafter "IMR") is, upon information and belief a Texas corporation doing business in Alabama by way of agent and/or distribution.  Further, upon information and belief, IMR was the distributor of the LG battery at issue in this case.  As such, IMR is being substituted in place of fictitious Defendant A.

3.      Shenzhen SMOORE Technology Limited (hereinafter "Shenzhen") is, upon informant and belief, a Chinese manufacturer of vaping machines under the brand name of "Vaporesso".  Further, upon information and belief, Shenzhen is the manufacture of the device

utilized by Gardner at the time of the incident made the basis of this action. Shenzhen does business in the State of Alabama by way of agent and/or distribution.

## FACTS

4.     Plaintiff hereby adopts and incorporates all facts and averments set forth in his original Complaint as well as the First Amended Complaint.

## COUNT ONE
### Negligence

5.     Plaintiff hereby adopts and incorporations paragraphs 1 through 4, above as well as all paragraphs set forth in his original Complaint and Amended Complaint as if fully set forth herein.

6.     Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to IMR and Shenzhen as well as all other Defendants previously identified.

## COUNT TWO
### Wantonness

7.     Plaintiff hereby adopts and incorporations paragraphs 1 through 6, above as well as all paragraphs set forth in his original Complaint and Amended Complaint as if fully set forth herein.

8.     Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to IMR and Shenzhen as well as all other Defendants previously identified.

## COUNT THREE
### Alabama Extended Manufacturers Liability Doctrine

9.      Plaintiff hereby adopts and incorporations paragraphs 1 through 8, above as well as all paragraphs set forth in his original Complaint and Amended Complaint as if fully set forth herein.

10.      Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to IMR and Shenzhen as well as all other Defendants previously identified.

Done this the 23rd day of May, 2017.

_/s/Jonathan L. Brogdon_
JONATHAN L. BROGDON (BRO211)
Attorney for Plaintiff


**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717




_/s/Joey Stevens_
JOEY STEVENS (STE138)
Attorney for Plaintiff


**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 23rd day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the Alafile system, which will send notification of such filing to all parties of record.


*/s/Jonathan L. Brogdon*
Of Counsel



PLEASE SERVE THE FOLLOWING DEFENDANTS VIA CERTIFIED MAIL:

IMR Electronics, LLC
c/o Philip Levin
5330 Vista Road
Pasadena, TX 77505

Shenzhen SMOORE  **(HOLD ON SERVICE)**
Building 16, Dongcai; Industrial Park
Gushu Village, Xixiang Town
Bao'an District, Shenzhen, China 518102



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

61-CV-2016-900361.00

To:  CLERK TALLADEGA
     clerk.talladega@alacourt.gov

TOTAL POSTAGE PAID: $6.77

Parties to be served by Certified Mail - Return Receipt Requested

IMR ELECTRONICS, LLC                                     Postage: $6.77
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, AL 77505

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail




ELECTRONICALLY FILED
2/2/2017 3:16 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| LG CHEM, LTD; VAPER'S SOURCE; | ) | |
| CC'S TOBACCO and PACKAGE; et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF SERVICE OF DOCUMENTS

TO:      Circuit Court Clerk of Talladega County, AL

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the Defendant:

( )     Interrogatories
( )     Answers to Interrogatories
( )     Request for Production of Documents
( )     Responses to Request for Production of Documents
( )     Request for Admissions
( )     Response to Request for Admissions
( )     Notice of Taking Deposition
**(X )     Other: Notice of Intent to Serve Subpoenas on Non-Parties.**

Respectfully submitted,


 s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
SMITH, SPIRES & PEDDY, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 2nd day of June, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


   s/ A. JOE PEDDY
OF COUNSEL



ELECTRONICALLY FILED
02/2019 3:16 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO.:** |
| | )   **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF INTENT TO SERVE SUBPOENAS ON A NON-PARTIES

Take notice that upon the expiration of fifteen (15) days (or such other time as the Court has allowed) from the date of service of this notice the Defendant in this cause will apply to the Clerk of this Court for issuance of the attached subpoenas directed to the below who are not a party to this matter:

**Custodian of Records**
**J's Pharmacy**
**760 Martin Street**
**Suite A**
**Pell City, AL 35128**

**Custodian of Records**
**Northside Apothecary**
**72 Plaza Drive**
**Pell City, AL 35125**

**Custodian of Records**
**Carroll Pharmacy**
**6767 Old Springville Road**
**Pinson, AL 35126**

**Custodian of Records**
**Publix Pharmacy**
**Attn: Privacy Office**
**3300 Publix Corporate Parkway**
**Lakeland, FL 33811**

**Wal-Mart Pharmacy**
**Attn: Privacy Office**

**702 SW 8th Street - Mailstop 0230**
**Bentonville, AR 72716-0230**

**Custodian of Records**
**Coosa Valley Medical Center**
**315 W Hickory Street**
**Sylacauga, AL 35150**

Respectfully submitted,

 s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
SMITH, SPIRES, PEDDY, HAMILTON &
COLEMAN, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Fax:  (205) 251-8642
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 2nd  day of June, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

 s/ A. JOE PEDDY
OF COUNSEL

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45**

**TO:   Custodian of Records**
   **Carroll Pharmacy**
   **6767 Old Springville Road**
   **Pinson, AL 35126**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

**THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY

A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:   Custodian of Records**
**Coosa Valley Medical Center**
**315 W Hickory Street**
**Sylacauga, AL 35150**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all records, charts, admission and discharge summaries, nurses' notes, doctors' orders, x-ray reports, lab reports, data, results and reports of toxicological and/or chemical testing, etc., which pertain to the treatment and/or diagnosis, etc., of Mr. Gardner _including all invoices for services rendered; claims filed to insurance provider(s); statement(s) showing amount paid by insurance provider(s), amount paid by Mr. Gardner or any representative of Mr. Gardner  and, any and all outstanding balances._**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, _Code of Alabama_ 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the _Alabama Rules of Civil Procedure_ instructs you as follows:

> **© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO.:** |
| | )   **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:**   **Custodian of Records**
**J's Pharmacy**
**760 Martin Street**
**Suite A**
**Pell City, AL 35128**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

**THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **CV 16-900361** |
| ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:   Custodian of Records**
**Northside Apothecary**
**72 Plaza Drive**
**Pell City, AL 35125**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

**THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY

A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **CV 16-900361** |
| ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:    Custodian of Records**
**Publix Pharmacy**
**Attn: Privacy Office**
**3300 Publix Corporate Parkway**
**Lakeland, FL 33811**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER, DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

**THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:   Wal-Mart Pharmacy**
 **Attn: Privacy Office**
 **702 SW 8th Street - Mailstop 0230**
 **Bentonville, AR 72716-0230**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER, DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

### THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
      ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:      6/2/2017 3:17:14 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:     6/2/2017 3:17:14 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
     8045 STEMLEY BRIDGE ROAD
     TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:     6/2/2017 3:17:14 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, AL, 77505-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:     6/2/2017 3:17:14 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:      6/2/2017 3:17:14 PM

                                            BRIAN YORK
                                   CIRCUIT COURT CLERK
                                 TALLADEGA COUNTY, ALABAMA
                                        P O BOX 6137
                                    TALLADEGA, AL, 35160

                                        256-761-2102
                                   brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:     6/2/2017 3:17:14 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:     6/2/2017 3:17:14 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: STOKES HANNAH HOOKS
hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/2/2017 3:17:14 PM

Notice Date:     6/2/2017 3:17:14 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV-16-900361

IMR Electronics, LLC

c/o Philip Levin

5330 Vista Rd.

Pasadena, AL 77505

9590 9402 2768 6351 3638 31

2. Article Number *(Transfer from service label)*

7017 0530 0000 4248 3620

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Karen E Borlack_     ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

KAREN E BORIACK

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was not served on 6/6/2017

D004 IMR ELECTRONICS, LLC

Corresponding To

OTHER

ONLY THE REGISTERED AGENT CAN ACCEPT SERVICE ON AND LLC OR INC.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
    joeystevens01@gmail.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was not served on 6/6/2017

D004 IMR ELECTRONICS, LLC

Corresponding To

OTHER

ONLY THE REGISTERED AGENT CAN ACCEPT SERVICE ON AND LLC OR INC.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov


ELECTRONICALLY FILED
9/9/2019 4:06 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO.:** |
| | )   **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW the Defendant designated by Plaintiff as Vaper's Source, and hereby files its

Answer to Plaintiff's Amended Complaint.

1.      This Defendant adopts and incorporates its original Answer, including any and all

affirmative defenses as if fully set out herein.

2      This Defendant denies each and every material allegation asserted in Plaintiff's

Amended Complaint and demands strict proof thereof.

3.      This Defendant reserves the right to amend its Answer as discovery progresses.

**DEFENDANT, VAPER'S SOURCE, HEREBY DEMANDS A TRIAL BY STRUCK**

**JURY.**

                                    Respectfully submitted,

                                    */s/ A. Joe Peddy*
                                    A. JOE PEDDY (PED002)
                                    ajp@ssp-law.com

                                    */s/ Chip Rivers, IV*
                                    Clarence Rivers, IV (RIV010)
                                    chip@ssp-law.com

/s/ *Hannah H. Stokes*
Hannah H. Stokes (STO099)
HStokes@ssp-law.com

*Attorneys for Defendant, Vaper's Source*

**OF COUNSEL:**
SMITH, SPIRES, PEDDY,
HAMILTON & COLEMAN, P.C.
2015 Second Avenue North - Suite 200
Birmingham, Alabama 35203
Telephone:  (205) 251-5885
Facsimile:  (205) 251-8642

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system, which will send notification of such filing to the following e-mail addresses on this the 9th day of June 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125

/s/*Clarence Rivers, IV*
Of Counsel

2



AlaFile E-Notice

61-CV-2016-900361.00

To: CLARENCE RIVERS IV
Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:     6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:      6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:      6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, AL, 77505-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:      6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
       jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:      6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:      6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:      6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 6/9/2017 4:06:56 PM

Notice Date:      6/9/2017 4:06:56 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
6/1/2017 4:00 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.:_____ |
| | ) |
| LG ELECTRONICS U.S.A., INC., | ) |
| VAPOR'S SOURCE, CC'S TOBACCO | ) |
| and PACKAGE, and FICTITIOUS | ) |
| DEFENDANTS A THROUGH C, | ) |
| | ) |
| Defendants. | ) |

---

## COMPLAINT

---

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and for his Complaint against the Defendants, LG Electronics, U.S.A., Inc., Vapor's Source and CC's Tobacco and Package states as follows:

### **PARTIES**

1. Clayton Gardner (hereinafter "Gardner") is an individual over the age of 19 years and a resident of the City of Pell City, County of St. Clair, Alabama.

2. LG Electronics, U.S.A., Inc., (hereinafter "LG Electronics") is a foreign corporation authorized to do business in the State of Alabama.

3. Vapor's Source (hereinafter "Vaper's Source"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Trussville, County of Jefferson, Alabama.

4. CC's Tobacco and Package (hereinafter "CC's"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Talladega, County of Talladega, Alabama.

5. Fictitious Defendants A through C are those persons or entities whose responsibility it was to ensure a safe design and/or manufacturing of the Vaporesso Tarot – 200w vape device and/or the battery used in the Vaporesso Tarot – 200w vape device. The identities of Fictitious Defendants A through C is not known at this time, but will be substituted once known.

## FACTS

6. In or about June 16, 2016, Gardner purchased a Vaporesso Tarot vapor device from CC's in Talladega, Alabama.

7. In or about November 2015, Gardner purchased a 200w battery from Vapor's Source in Trussville, Alabama for the Vaporesso vape device.

8. In or about July 6, 2016, Gardner was at the Holiday Inn in Talladega, Alabama for a job interview.

9. Gardner stepped outside and used his Vaporesso Tarot – 200w vape device, placing it in the front pocket of his pants after using it.

10. Approximately 15 minutes later the Vaporesso Tarot – 200w caught fire while still in the front pocket of Gardner's pants.

11. Gardner suffered first and second degree burns over his legs, pelvis and abdomen.

## COUNT I

### Negligence

12. Plaintiff hereby adopts and incorporates paragraphs 1 through 11 above as if fully set forth herein.

13. Defendants owed a duty to Gardner to manufacture a safe product.

14.    Defendants breached the duty to Gardner by negligently failing to manufacture the battery and/or the Vaporesso Tarot – 200w in a safe manner.

15.    Gardner was injured as a result of Defendants' negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendants in an amount to be determined at trial, including compensatory damages and mental anguish damages.

## COUNT II

### Wantonness

16.    Plaintiff hereby adopts and incorporates paragraphs 1 through 15 above as if fully set forth herein.

17.    Defendants owed a duty to Gardner to manufacture a safe product.

18.    Defendants breached a duty to Gardner by wantonly failing to manufacture the Vaporesso Tarot – 200w in a safe manner.

19.    Gardner was injured as a result of Defendants' wantonness.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

## COUNT III

### Alabama Extended Manufactures Liability

20.    Plaintiff hereby adopts and incorporates paragraphs 1 through 19 above as if fully set forth herein.

21.     The Defendants, acting together or independently, were negligent in their design, construction, assembly, manufacture, marketing and/or sale of the vape machine and/or the battery inside the machine.

22.     Plaintiff suffered serious physical injuries while using the device for its intended use as a result of the Defendant's negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

Respectfully submitted on this the 31st day of October, 2016.

/s/Jonathan L. Brogdon
JONATHAN L. BROGDON (BRO211)
Attorney for Plaintiff

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

/s/Joey Stevens
JOEY STEVENS (STE138)

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL TO THE FOLLOWING ADDRESS:

**LG Electronics, Inc.**
**c/o W.S. Yang**
**201 James Record Road**
**Huntsville, Alabama 35806**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**Vapor's Source**
**7268 Gadsden Highway**
**Suite 104**
**Trussville, Alabama 35173**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**CC's Tobacco and Package**
**8045 Stemley Bridge Road**
**Talladega, Alabama 35160**



ELECTRONICALLY FILED
6/2/2017 4:00 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:_____ |
| | ) | |
| LG ELECTRONICS U.S.A., INC., | ) | |
| VAPOR'S SOURCE, CC'S TOBACCO | ) | |
| and PACKAGE, and FICTITIOUS | ) | |
| DEFENDANTS A THROUGH C, | ) | |
| | ) | |
| Defendants. | ) | |

---

## COMPLAINT

---

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and for his Complaint against the Defendants, LG Electronics, U.S.A., Inc., Vapor's Source and CC's Tobacco and Package states as follows:

### **PARTIES**

1.      Clayton Gardner (hereinafter "Gardner") is an individual over the age of 19 years and a resident of the City of Pell City, County of St. Clair, Alabama.

2.      LG Electronics, U.S.A., Inc., (hereinafter "LG Electronics") is a foreign corporation authorized to do business in the State of Alabama.

3.      Vapor's Source (hereinafter "Vaper's Source"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Trussville, County of Jefferson, Alabama.

4.      CC's Tobacco and Package (hereinafter "CC's"), is, upon information and belief, a registered company headquartered in the State of Alabama and doing business in the City of Talladega, County of Talladega, Alabama.

5.      Fictitious Defendants A through C are those persons or entities whose responsibility it was to ensure a safe design and/or manufacturing of the Vaporesso Tarot – 200w vape device and/or the battery used in the Vaporesso Tarot – 200w vape device. The identities of Fictitious Defendants A through C is not known at this time, but will be substituted once known.

## FACTS

6.      In or about June 16, 2016, Gardner purchased a Vaporesso Tarot vapor device from CC's in Talladega, Alabama.

7.      In or about November 2015, Gardner purchased a 200w battery from Vapor's Source in Trussville, Alabama for the Vaporesso vape device.

8.      In or about July 6, 2016, Gardner was at the Holiday Inn in Talladega, Alabama for a job interview.

9.      Gardner stepped outside and used his Vaporesso Tarot – 200w vape device, placing it in the front pocket of his pants after using it.

10.      Approximately 15 minutes later the Vaporesso Tarot – 200w caught fire while still in the front pocket of Gardner's pants.

11.      Gardner suffered first and second degree burns over his legs, pelvis and abdomen.

## COUNT I

### Negligence

12.      Plaintiff hereby adopts and incorporates paragraphs 1 through 11 above as if fully set forth herein.

13.      Defendants owed a duty to Gardner to manufacture a safe product.

14. Defendants breached the duty to Gardner by negligently failing to manufacture the battery and/or the Vaporesso Tarot – 200w in a safe manner.

15. Gardner was injured as a result of Defendants' negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendants in an amount to be determined at trial, including compensatory damages and mental anguish damages.

## COUNT II

### Wantonness

16. Plaintiff hereby adopts and incorporates paragraphs 1 through 15 above as if fully set forth herein.

17. Defendants owed a duty to Gardner to manufacture a safe product.

18. Defendants breached a duty to Gardner by wantonly failing to manufacture the Vaporesso Tarot – 200w in a safe manner.

19. Gardner was injured as a result of Defendants' wantonness.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

## COUNT III

### Alabama Extended Manufactures Liability

20. Plaintiff hereby adopts and incorporates paragraphs 1 through 19 above as if fully set forth herein.

21.     The Defendants, acting together or independently, were negligent in their design, construction, assembly, manufacture, marketing and/or sale of the vape machine and/or the battery inside the machine.

22.     Plaintiff suffered serious physical injuries while using the device for its intended use as a result of the Defendant's negligence.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against the Defendant in an amount to be determined at trial, including compensatory damages, mental anguish damages and punitive damages.

Respectfully submitted on this the 31st day of October, 2016.


*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)
Attorney for Plaintiff


**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717


*/s/Joey Stevens*
JOEY STEVENS (STE138)


**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

PLEASE SERVE DEFENDANT VIA CERTIFIED MAIL TO THE FOLLOWING ADDRESS:

**LG Electronics, Inc.**
**c/o W.S. Yang**
**201 James Record Road**
**Huntsville, Alabama 35806**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**Vapor's Source**
**7268 Gadsden Highway**
**Suite 104**
**Trussville, Alabama 35173**

PLEASE SERVE DEFENDANT VIA SHERIFF TO THE FOLLOWING ADDRESS:

**CC's Tobacco and Package**
**8045 Stemley Bridge Road**
**Talladega, Alabama 35160**



AlaFile E-Notice

61-CV-2016-900361.00

To:  JONATHAN LYN BROGDON
jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 6/12/2017 4:00:45 PM

Notice Date:      6/12/2017 4:00:45 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 6/12/2017 4:00:45 PM

Notice Date:     6/12/2017 4:00:45 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2016-900361.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
### CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

**NOTICE TO:** IMR ELECTRONICS, LLC, C/O PHILIP LEVIN 5330 VISTA ROAD, PASADENA, TX 77505

<div align="center"><i>(Name and Address of Defendant)</i></div>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JONATHAN LYN BROGDON                                                   ,

<div align="center"><i>[Name(s) of Attorney(s)]</i></div>

WHOSE ADDRESS(ES) IS/ARE: 2101 1st Avenue North, Pell City, AL 35125                    .

<div align="center"><i>[Address(es) of Plaintiff(s) or Attorney(s)]</i></div>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of GARDNER CLAYTON

pursuant to the Alabama Rules of the Civil Procedure.                     *[Name(s)]*

| 6/12/2017 4:00:45 PM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ JONATHAN LYN BROGDON

<div align="center"><i>(Plaintiff's/Attorney's Signature)</i></div>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

<div align="center"><i>(Date)</i></div>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

<div align="center"><i>(Name of Person Served)        (Name of County)</i></div>

Alabama on _____.

<div align="center"><i>(Date)</i></div>

_____        _____        _____

<i>(Type of Process Server)        (Server's Signature)        (Address of Server)</i>

_____        _____

<i>(Server's Printed Name)        (Phone Number of Server)</i>



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

61-CV-2016-900361.00

To: CLERK TALLADEGA
clerk.talladega@alacourt.gov

TOTAL POSTAGE PAID: $6.98

Parties to be served by Certified Mail - Return Receipt Requested

IMR ELECTRONICS, LLC                                    Postage: $6.98
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX 77505

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

# ORDER TO APPEAR
## (SUBPOENA)

Case CV-

ELECTRONICALLY FILED
6/19/2017 9:07 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE ___CIRCUIT___ COURT OF ___TALLADEGA___, ALABAMA
(Circuit, District, or Municipal)   (Name of County or Municipality)

☐ State of Alabama

☐ Municipality of _____

☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):

☐ In the Matter of _____, a child

J'S PHARMACY

760 MARTIN STREET

SUITE A

PELL CITY, AL 35128

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact: ___ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885___

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   06/29/2017 10:00 AM

ROOM   Smith Spires & Peddy P.C.

ADDRESS 2015 2nd Ave North

Suite 200

Birmingham, AL 35203

DATE ISSUED 6/19/2017

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

### ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

## RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

_____

___ on

_____

_____

_____

_____

_____

Signature and Title of Server

*(For Criminal cases only)*

☐ Served By Mail

_____

Date Mailed

_____

Sheriff                              Deputy Sheriff

| Form C-13 (back) | Rev 1/96 | ORDER TO APPEAR (SUBPOENA) |
|---|---|---|

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
6/6/2017 9:07 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

|                                      |     |                                          |
|--------------------------------------|-----|------------------------------------------|
| **CLAYTON GARDNER,**                 | )   |                                          |
|                                      | )   |                                          |
| **Plaintiff,**                       | )   |                                          |
|                                      | )   |                                          |
| **vs.**                              | )   | **CIVIL ACTION NO.:**                    |
|                                      | )   | **CV 16-900361**                         |
|                                      | )   |                                          |
| **LG CHEM, LTD; VAPER'S SOURCE;**    | )   |                                          |
| **CC'S TOBACCO and PACKAGE; et al.,**| )   |                                          |
|                                      | )   |                                          |
| **Defendants.**                      | )   |                                          |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:    Custodian of Records**
**J's Pharmacy**
**760 Martin Street**
**Suite A**
**Pell City, AL 35128**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

**THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.**

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY

A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
2/10/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
## TALLADEGA DIVISION

| | |
|---|---|
| GARDNER CLAYTON, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2016-900361.00 |
| | ) |
| LG ELECTRONICS, INC., | ) |
| VAPOR'S SOURCE, | ) |
| CC'S TOBACCO & PACKAGE, | ) |
| Defendants. | ) |

**HIPAA Order**


### HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**

**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
ajp@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:      6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  J'S PHARMACY
     760 MARTIN STREET
     SUITE A
     PELL CITY, AL, 35128

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:     6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:     6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:      6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
     C/O PHILIP LEVIN
     5330 VISTA ROAD
     PASADENA, TX, 77505-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:     6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
     jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:     6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
        joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:      6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:     6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:07:52 AM

Notice Date:     6/19/2017 9:07:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
6/19/2017 9:15 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

**ORDER TO APPEAR
(SUBPOENA)**

Case

CV-

IN THE _CIRCUIT_ COURT OF _TALLADEGA_ , ALABAMA
*(Circuit, District, or Municipal)*    *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):
☐ In the Matter of _____ , a child

NORTHSIDE APOTHECARY

72 PLAZA DRIVE
PELL CITY, AL 35125

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact: _ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885_

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE _06/29/2017 10:00 AM_
ROOM _Smith Spires & Peddy P.C._
ADDRESS _2015 2nd Ave North_
_Suite 200_
_Birmingham, AL 35203_

DATE ISSUED _6/19/2017_

_/s/ BRIAN YORK_
Signature of Court Clerk     Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
_____
___ on _____
_____
_____
_____
_____

_____
Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

_____
Date Mailed

_____
Sheriff     Deputy Sheriff

| Form C-13 (back) | Rev. 7/96 | ORDER TO APPEAR (SUBPOENA) |
|---|---|---|

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.


ELECTRONICALLY FILED
8/9/2017 9:15 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:** **Custodian of Records**
**Northside Apothecary**
**72 Plaza Drive**
**Pell City, AL 35125**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

### THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant


**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   PEDDY ALBRY JOE
      ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
2/16/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
## TALLADEGA DIVISION

GARDNER CLAYTON,        )
Plaintiff,             )
                      )
V.                  ) Case No.:    CV-2016-900361.00
                      )
LG ELECTRONICS, INC.,    )
VAPOR'S SOURCE,        )
CC'S TOBACCO & PACKAGE,  )
Defendants.          )

### HIPAA Order

### HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee. This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure. Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**

**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**

 AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:     6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  NORTHSIDE APOTHECARY
72 PLAZA DRIVE
PELL CITY, AL, 35125

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:    6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:     6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:     6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:     6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
     jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:     6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:      6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:     6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:15:21 AM

Notice Date:      6/19/2017 9:15:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
6/19/2017 9:19 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

**ORDER TO APPEAR
(SUBPOENA)**

Case ~~Number~~

CV-

IN THE __CIRCUIT__ COURT OF __TALLADEGA__, ALABAMA
    *(Circuit, District, or Municipal)*                   *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑           CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

(For Juvenile cases only):
☐ In the Matter of _____, a child

CARROLL PHARMACY

6767 OLD SPRINGVILLE ROAD
PINSON, AL 35126

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   06/29/2017 10:00 AM
ROOM   Smith Spires & Peddy P.C.
ADDRESS  2015 2nd Ave North
        Suite 200
        Birmingham, AL 35203

DATE ISSUED  6/19/2017

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

/s/ BRIAN YORK
Signature of Court Clerk         Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
_____
___ on _____
_____
_____
_____
_____

_____
Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

_____
Date Mailed

_____
Sheriff              Deputy Sheriff

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
5/9/2017 9:19 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO.:** |
| | ) **CV 16-900361** |
| | ) |
| LG CHEM, LTD; VAPER'S SOURCE; | ) |
| CC'S TOBACCO and PACKAGE; et al., | ) |
| | ) |
| **Defendants.** | ) |

## SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:** **Custodian of Records**
**Carroll Pharmacy**
**6767 Old Springville Road**
**Pinson, AL 35126**

You are hereby notified of the following request of the Defendant. That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER, DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

### THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY

A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885

DOCUMENT 95



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
10/6/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**TALLADEGA DIVISION**

| | |
|---|---|
| GARDNER CLAYTON, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2016-900361.00 |
| | ) |
| LG ELECTRONICS, INC., | ) |
| VAPOR'S SOURCE, | ) |
| CC'S TOBACCO & PACKAGE, | ) |
| Defendants. | ) |

**HIPAA Order**

**HIPAA ORDER IN CIVIL ACTION**

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**


**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
      ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:        6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CARROLL PHARMACY
     6767 OLD SPRINGVILLE ROAD
     PINSON, AL, 35126

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:      6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:     6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:     6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:     6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
       jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:     6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:      6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

To:   RIVERS CLARENCE IV
      Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:     6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:19:59 AM

Notice Date:      6/19/2017 9:19:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

**ORDER TO APPEAR**
**(SUBPOENA)**

Case
CV-

ELECTRONICALLY FILED
6/19/2017 9:27 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE ___CIRCUIT___ COURT OF ___TALLADEGA___, ALABAMA
_(Circuit, District, or Municipal)_        _(Name of County or Municipality)_

☐ State of Alabama

☐ Municipality of _____

☑ _____CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL_____

(For Juvenile cases only):

☐ In the Matter of _____, a child

PUBLIX PHARMACY

6 OFFICE PARK CIRCLE

SUITE 100

MOUNTAIN BROOK, AL 35223

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   __06/29/2017 10:00 AM__

ROOM   __Smith Spires & Peddy P.C.__

ADDRESS __2015 2nd Ave North__

__Suite 200__

__Birmingham, AL 35203__

DATE ISSUED __6/19/2017__

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

__/s/ BRIAN YORK__
Signature of Court Clerk          Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to _____

___ on _____

_____

_____

_____

_____

_____
Signature and Title of Server

_(For Criminal cases only)_

☐ Served By Mail

_____

Date Mailed

_____

Sheriff                                          Deputy Sheriff

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
6/9/2017 9:27 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) |
| LG CHEM, LTD; VAPER'S SOURCE; | ) |
| CC'S TOBACCO and PACKAGE; et al., | ) |
| | ) |
| **Defendants.** | ) |

**CIVIL ACTION NO.:**
**CV 16-900361**

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:    Custodian of Records**
**Publix Pharmacy**
**Attn: Privacy Office**
**3300 Publix Corporate Parkway**
**Lakeland, FL 33811**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER, DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

#### THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

      (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

      (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

      (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

      (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

      s/ A. JOE PEDDY

      A. JOE PEDDY (PED002)
      Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
9/18/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
## TALLADEGA DIVISION

| | | |
|---|---|---|
| GARDNER CLAYTON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2016-900361.00 |
| | ) | |
| LG ELECTRONICS, INC., | ) | |
| VAPOR'S SOURCE, | ) | |
| CC'S TOBACCO & PACKAGE, | ) | |
| Defendants. | ) | |

### HIPAA Order

### HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**

**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:     6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PUBLIX PHARMACY
6 OFFICE PARK CIRCLE
SUITE 100
MOUNTAIN BROOK, AL, 35223

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:     6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:     6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:      6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:      6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
    jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:     6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:     6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:     6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:27:20 AM

Notice Date:      6/19/2017 9:27:20 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

| State of Alabama | ORDER TO APPEAR | Case |
|---|---|---|
| Unified Judicial System | (SUBPOENA) | CV- |
| Form C-13 (front)   Rev. 6/07 | | |

ELECTRONICALLY FILED
6/19/2017 9:35 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE __CIRCUIT__ COURT OF __TALLADEGA__, ALABAMA
*(Circuit, District, or Municipal)*          *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑          CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

(For Juvenile cases only):
☐ In the Matter of _____, a child

WALMART PHARMACY

702 SW 8TH STREET
MAILSTOP 0230
BENTONVILLE, AR 72716

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE __06/29/2017 10:00 AM__

ROOM   Smith Spires & Peddy P.C.

ADDRESS 2015 2nd Ave North

____Suite 200____

____Birmingham, AL 35203____

DATE ISSUED __6/19/2017__

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
_____
___ on _____
_____
_____
_____
_____

_____
Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

_____
Date Mailed

_____
Sheriff          Deputy Sheriff

| Form C-13 (back)   Rev. 7/96 | ORDER TO APPEAR (SUBPOENA) |
|---|---|

**NOTICE**

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P. 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
6/6/2017 9:35 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO.:** |
| | )    **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:**    **Wal-Mart Pharmacy**
        **Attn: Privacy Office**
        **702 SW 8th Street - Mailstop 0230**
        **Bentonville, AR 72716-0230**

You are hereby notified of the following request of the Defendant. That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

**The complete file of CLAYTON GARDNER, DOB: 07/17/1989, including but not limited to all pharmacy records, any and all prescriptions filled, the name of the medical provider who prescribed any such prescriptions, amounts paid on behalf of Mr. Gardner, and amounts paid by any entities on behalf of Mr. Gardner.**

### THIS IS NOT TO BE CONSTRUED AS A LIMITED REQUEST.

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama 35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

**© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take

reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:          JMK

Notice Date:    2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
2/16/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
## TALLADEGA DIVISION

| | |
|---|---|
| GARDNER CLAYTON, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2016-900361.00 |
| | ) |
| LG ELECTRONICS, INC., | ) |
| VAPOR'S SOURCE, | ) |
| CC'S TOBACCO & PACKAGE, | ) |
| Defendants. | ) |

### HIPAA Order

### HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

 This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**

**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:     6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  WALMART PHARMACY
     702 SW 8TH STREET
     MAILSTOP 0230
     BENTONVILLE, AR, 72716

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:      6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:        6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:     6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:     6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:      6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:     6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   RIVERS CLARENCE IV
      Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:      6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:35:39 AM

Notice Date:     6/19/2017 9:35:39 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

State of Alabama
Unified Judicial System
Form C-13 (front)   Rev. 6/07

ORDER TO APPEAR
(SUBPOENA)

Case CV-

ELECTRONICALLY FILED
6/19/2017 9:42 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE ___CIRCUIT___ COURT OF ___TALLADEGA___, ALABAMA
_(Circuit, District, or Municipal)_     _(Name of County or Municipality)_

☐ State of Alabama

☐ Municipality of _____

☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):

☐ In the Matter of _____, a child

COOSA VALLEY MEDICAL CENTER

315 W HICKORY STREET
SYLACAUGA, AL 35150

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE    06/29/2017 10:00 AM

ROOM    Smith Spires & Peddy P.C.

ADDRESS  2015 2nd Ave North

_____ Suite 200 _____

_____ Birmingham, AL 35203 _____

DATE ISSUED  6/19/2017

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be
completed within 15 days

Please see attached for requested records.

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
_____

___ on _____
_____
_____
_____
_____

_____
Signature and Title of Server

_(For Criminal cases only)_
☐ Served By Mail

_____
Date Mailed

_____
Sheriff                    Deputy Sheriff

NOTICE

With respect to a subpoena which seeks only a production of documents or tangible things or an inspection of premises, as provided in Ala. R.Civ.P 45(a)(3)(C), the production documents or tangible things or the inspection of premises pursuant to this subpoena shall take place where the documents or tangible things are regularly kept or at some other reasonable place designated by the recipient of this subpoena. As recipient of this subpoena, you have the option to deliver or mail legible copies of the documents or things to the party causing issuance of this subpoena, and the preparation of copies may be conditioned on the payment in advance of the reasonable cost of making such copies. Other parties involved in this lawsuit have the right to be present at the time of the production or inspection. The recipient of this subpoena has the right to object to the production or inspection at any time prior to the date of production or inspection set forth in this subpoena. See Ala. R.Civ.P. 45(c)(2)(B), which is set out below.

Rule 4 5, Ala. R.Civ.P., Paragraphs (c) & (d)

(c) Protection of person subject to subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty on appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, document or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designed in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expenses resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles form the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expenses to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) Duties in responding to subpoena.

(1) A Person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.



ELECTRONICALLY FILED
6/6/2017 9:42 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| **CLAYTON GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV 16-900361** |
| | ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:**   **Custodian of Records**
**Coosa Valley Medical Center**
**315 W Hickory Street**
**Sylacauga, AL 35150**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete  file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all records, charts, admission and discharge summaries, nurses' notes, doctors' orders, x-ray reports, lab reports, data, results and reports of toxicological and/or chemical testing, etc., which pertain to the treatment and/or diagnosis, etc., of Mr. Gardner *including all invoices for services rendered; claims filed to insurance provider(s); statement(s) showing amount paid by insurance provider(s), amount paid by Mr. Gardner or any representative of Mr. Gardner  and, any and all outstanding balances.***

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires & Peddy, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.** Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

> **© Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises.  "Serve" as used herein means mailing to the party or attorney.  If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production.  Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research,

development, or commercial information, or

     (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

     (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

     (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

     (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

                                  s/ A. JOE PEDDY
_____

                                  A. JOE PEDDY (PED002)
                                  Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 2/16/2017 11:22:54 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     2/16/2017 11:22:54 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
7/18/2017 11:22 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
## TALLADEGA DIVISION

| | |
|---|---|
| GARDNER CLAYTON, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:   CV-2016-900361.00 |
| | ) |
| LG ELECTRONICS, INC., | ) |
| VAPOR'S SOURCE, | ) |
| CC'S TOBACCO & PACKAGE, | ) |
| Defendants. | ) |

## HIPAA Order

## HIPAA ORDER IN CIVIL ACTION

Upon compliance with Alabama law, the attorneys for the parties and/or pro se parties to this lawsuit are permitted to obtain all health information, including charges therefor, relating to any Individual who is a party to this case, or any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee.  This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Alabama law, sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena.  The Court Order is intended to authorize such disclosures under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Nothing in this Order shall be deemed to relieve any party or attorney of the requirements of the Alabama Rules of Civil Procedure.  Nothing in this Order permits disclosure of confidential communications, made for the purposes of diagnosis or treatment of a patient's mental or emotional condition, including alcohol or drug addiction, among the patient, the patient's psychotherapist, and persons who are participating in the diagnosis or treatment under the

direction of the psychotherapist, including members of the patient's family. Nothing in this Order permits disclosure of records or information relating to HIV testing or sexually transmitted disease.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action and at the written request on an Individual whose Protected Health Information has been disclosed, or such Individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Alabama insurance laws and the Alabama State Bar rules and regulations.

**DONE this 16th day of February, 2017.**

**/s/ JULIAN M KING**
**PRESIDING CIRCUIT JUDGE**



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
      ajp@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:      6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  COOSA VALLEY MEDICAL CENTER
315 W HICKORY STREET
SYLACAUGA, AL, 35150

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:     6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:     6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:     6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:       6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:     6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:     6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   RIVERS CLARENCE IV
      Chip@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:      6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following subpoena was FILED on 6/19/2017 9:42:21 AM

Notice Date:      6/19/2017 9:42:21 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: CV-16-9003 6

IMR Electronics, LLC

c/o Philip Levin

5330 Vista Rd.

Pasadena, TX 77505



9590 9402 2768 6351 3627 80

2. Article Number (Transfer from service label)

7017 0530 0000 4248 4252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Karen E Bch_   ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

KARENE BORINCK  (5)21-17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was served on 6/21/2017

D004 IMR ELECTRONICS, LLC
Corresponding To
CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was served on 6/21/2017

D004 IMR ELECTRONICS, LLC
Corresponding To
CERTIFIED MAIL

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
6/27/2017 2:08 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **CIVIL ACTION NO.:** |
| | )    **CV 16-900361** |
| | ) |
| **LG CHEM, LTD; VAPER'S SOURCE;** | ) |
| **CC'S TOBACCO and PACKAGE; et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF SERVICE OF DOCUMENTS

    **TO:**         Circuit Court Clerk of Talladega County, AL

    **PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the Defendant:

        ( )     Interrogatories
        ( )     Answers to Interrogatories
        ( )     Request for Production of Documents
        ( )     Responses to Request for Production of Documents
        ( )     Request for Admissions
        ( )     Response to Request for Admissions
        ( )     Notice of Taking Deposition
        **(X )     Other: Notice of Intent to Serve Subpoena on Non-Party.**

                    Respectfully submitted,

                     s/ A. JOE PEDDY

                     A. JOE PEDDY (PED002)
                     SMITH, SPIRES & PEDDY, P.C.
                     Suite 200
                     2015 Second Avenue North
                     Birmingham, Alabama 35203
                     Telephone:  (205) 251-5885
                     Fax:  (205) 251-8642
                     ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 27th day of June, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


_s/ A. JOE PEDDY_____
OF COUNSEL

ELECTRONICALLY FILED
6/27/2017 2:08 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CLAYTON GARDNER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO.:** |
| | )    **CV 16-900361** |
| | ) |
| LG CHEM, LTD; VAPER'S SOURCE; | ) |
| CC'S TOBACCO and PACKAGE; et al., | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF INTENT TO SERVE SUBPOENAS ON A NON-PARTIES

Take notice that upon the expiration of fifteen (15) days (or such other time as the Court has allowed) from the date of service of this notice the Defendant in this cause will apply to the Clerk of this Court for issuance of the attached subpoenas directed to the below who are not a party to this matter:

> **Custodian of Records**
> **Complete Pain Care**
> **2345 Moody Parkway**
> **Suite 204**
> **Moody, AL 35004**

Respectfully submitted,

s/ A. JOE PEDDY
A. JOE PEDDY (PED002)
SMITH, SPIRES, PEDDY, HAMILTON &
COLEMAN, P.C.
Suite 200
2015 Second Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-5885
Fax: (205) 251-8642
ajp@ssp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail addresses on this the 27th   day of June, 2017.

Jonathan L. Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


   s/ A. JOE PEDDY                                    
OF COUNSEL

# IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| **CLAYTON GARDNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **CV 16-900361** |
| ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

**TO:   Custodian of Records**
**Complete Pain Care**
**2345 Moody Parkway**
**Suite 204**
**Moody, AL 35004**

You are hereby notified of the following request of the Defendant.  That you produce and permit said Defendant to inspect and copy each of the following class of documents within fifteen (15) days:

> **The complete file of CLAYTON GARDNER,  DOB: 07/17/1989, including but not limited to all records, charts, admission and discharge summaries, nurses' notes, doctors' orders, x-ray reports, lab reports, data, results and reports of toxicological and/or chemical testing, etc., which pertain to the treatment and/or diagnosis, etc., of Mr. Gardner *including all invoices for services rendered; claims filed to insurance provider(s); statement(s) showing amount paid by insurance provider(s), amount paid by Mr. Gardner or any representative of Mr. Gardner  and, any and all outstanding balances.***

YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING A PHOTOSTATIC COPY OF ALL RECORDS AS REQUESTED TO **Angela Holman, Paralegal, Smith, Spires, Peddy, Hamilton & Coleman, 2015 Second Avenue North, Suite 200, Birmingham, Alabama  35203 (205) 251-5885.**  Defendant agrees to reimburse for records based on the provisions of §12-21-6.1, *Code of Alabama* 1975 (1995 Repl. Vol.).

Rule 45© and (d) of the *Alabama Rules of Civil Procedure* instructs you as follows:

© Protection of Persons Subject to Subpoenas.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court from which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying at any time before the time specified for compliance may serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. "Serve" as used herein means mailing to the party or attorney. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(I) fails to allow reasonable time for compliance;

(ii) requires a resident of this state who is not a party or an officer of a party to travel to a place more than one hundred (100) miles from the place where that person resides, is employed or regularly transacts business in person, or requires a nonresident of this state who is not a party or an officer of a party to travel to a place within this state more than one hundred (100) miles from the place of service or, where separate from the place of service, more than one hundred (100) miles from the place where that person is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(I) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of a party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial,

the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to a Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claims shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

s/ A. JOE PEDDY
_____
A. JOE PEDDY (PED002)
Attorney for Defendant

**OF COUNSEL:**
Smith, Spires & Peddy
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:     6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:     6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:      6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:     6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:     6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:     6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:     6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following discovery was FILED on 6/27/2017 2:08:55 PM

Notice Date:     6/27/2017 2:08:55 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
7/6/2017 4:00 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case<br>CV-2 |
|---|---|---|

IN THE __CIRCUIT__ COURT OF __TALLADEGA - TALLADEGA__ , ALABAMA
   (Circuit, District, or Municipal)          (Name of County or Municipality)

☐ State of Alabama
☐ Municipality of _____
☑ __CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL__

(For Juvenile cases only):
☐ in the Matter of _____ , a child

NORTHSIDE APOTHECARY

72 PLAZA DRIVE
PELL CITY, AL 35125

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   __ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885__

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   6/29/2017 10:00:00 AM
ROOM   Smith Spires & Peddy P.C.
ADDRESS 2015 2nd Ave North
   Suite 200
   Birmingham, AL 35203

DATE ISSUED 6/19/2017

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

__ on ___6\22\17___

via certified mail

KBLewis

Signature and Title of Server

(For Criminal cases only)
☐ Served By Mail

Date Mailed

Sheriff          Deputy Sheriff

SERVICE RETURN

02CV2000000000D001

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case Number:<br>CV-2016-900361.00 |
|---|---|---|

IN THE   CIRCUIT _____   COURT OF   TALLADEGA - TALLADEGA _____ , ALABAMA
 *(Circuit, District, or Municipal)*                              *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):
☐ In the Matter of _____ , a child

J'S PHARMACY

760 MARTIN STREET
SUITE A
PELL CITY, AL 35128

**A. Issued at the request of :**
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

**B. Special Instructions you are ordered to :**
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE    6/29/2017 10:00:00 AM
ROOM    Smith Spires & Peddy P.C.
ADDRESS 2015 2nd Ave North
        Suite 200
        Birmingham, AL 35203

DATE ISSUED 6/19/2017

/s/ BRIAN YORK
_____ | _____
Signature of Court Clerk     Deputy Clerk Initials

**ADDITIONAL INSTRUCTIONS**
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

**RETURN ON SERVICE**

I Certify that I personally Delivered a copy of this order to

___ on        6\22\17

via certmail

K B Lewis

Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

Date Mailed

Sheriff _____    Deputy Sheriff _____

**SERVICE RETURN**

02CV2000000000D001

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case Number:<br>CV-2016-900361.00 |
|---|---|---|

IN THE __CIRCUIT__ _____ COURT OF __TALLADEGA - TALLADEGA__ , ALABAMA
_(Circuit, District, or Municipal)_ _____ _(Name of County or Municipality)_

☐ State of Alabama

☐ Municipality of _____

☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

(For Juvenile cases only):

☐ In the Matter of _____ , a child

| CARROLL PHARMACY<br><br>6767 OLD SPRINGVILLE ROAD<br>PINSON, AL 35126 | A. Issued at the request of :<br>1. ☐ Plaintiff/State<br>2. ☑ Defendant<br>3. ☐ Grand Jury<br><br>B. Special Instructions you are ordered to :<br>1. ☐ Appear at trial/hearing<br>2. ☑ Produce records or documents see attached schedule(s)<br>3. ☐ Appear at deposition<br>4. ☐ Other _____ |
|---|---|

You may contact:   __ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885__

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE    6/29/2017 10:00:00 AM

ROOM    Smith Spires & Peddy P.C.

ADDRESS  2015 2nd Ave North

_____ Suite 200

_____ Birmingham, AL 35203

DATE ISSUED  6/19/2017

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS

Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

__ on                          6|22|17

via cert mail

K Blevins

Signature and Title of Server

_(For Criminal cases only)_

☐ Served By Mail

Date Mailed

Sheriff                          Deputy Sheriff

SERVICE RETURN

02CV2000000000D001

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case Number:<br>CV-2016-900361.00 |
|---|---|---|

IN THE   CIRCUIT   COURT OF   TALLADEGA - TALLADEGA   , ALABAMA
   *(Circuit, District, or Municipal)*            *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

(For Juvenile cases only):
☐ In the Matter of _____ , a child

| | A. Issued at the request of : |
|---|---|
| WALMART PHARMACY<br><br>702 SW 8TH STREET<br>MAILSTOP 0230<br>BENTONVILLE, AR 72716 | 1. ☐ Plaintiff/State<br>2. ☑ Defendant<br>3. ☐ Grand Jury<br>B. Special Instructions you are ordered to :<br>1. ☐ Appear at trial/hearing<br>2. ☑ Produce records or documents see attached schedule(s)<br>3. ☐ Appear at deposition<br>4. ☐ Other _____ |

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   6/29/2017 10:00:00 AM

ROOM   Smith Spires & Peddy P.C.

ADDRESS 2015 2nd Ave North

   Suite 200

   Birmingham, AL 35203

DATE ISSUED 6/19/2017

/s/ BRIAN YORK
Signature of Court Clerk          Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

___ on                    6/23/17

via cert. mail

K Blevin
Signature and Title of Server

(For Criminal cases only)
☐ Served By Mail

Date Mailed

Sheriff                              Deputy Sheriff

SERVICE RETURN

02CV2000000000D001

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case Number:<br>CV-2016-900361.00 |
| --- | --- | --- |

IN THE  CIRCUIT _____ COURT OF  TALLADEGA - TALLADEGA _____, ALABAMA
  *(Circuit, District, or Municipal)*                            *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL _____

(For Juvenile cases only):
☐ In the Matter of _____, a child

COOSA VALLEY MEDICAL CENTER

315 W HICKORY STREET
SYLACAUGA, AL 35150

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMIGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   6/29/2017 10:00:00 AM

ROOM   Smith Spires & Peddy P.C.

ADDRESS 2015 2nd Ave North
_____ Suite 200
_____ Birmingham, AL 35203

DATE ISSUED  6/19/2017

/s/ BRIAN YORK
_____ | _____
Signature of Court Clerk           Deputy Clerk Initials

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to

_____ on                    10/22/17

via certified mail

*K Blevins*

Signature and Title of Server

*(For Criminal cases only)*
☐ Served By Mail

Date Mailed

Sheriff                    Deputy Sheriff

SERVICE RETURN

02CV2000000000D001

| State of Alabama<br>Unified Judicial System<br>Form C-13 (front)   Rev. 6/07 | ORDER TO APPEAR<br>(SUBPOENA) | Case Number:<br>CV-2016-900361.00 |
|---|---|---|

IN THE ___CIRCUIT___ COURT OF ___TALLADEGA - TALLADEGA___, ALABAMA
    *(Circuit, District, or Municipal)*    *(Name of County or Municipality)*

☐ State of Alabama
☐ Municipality of _____
☑ _____ CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

(For Juvenile cases only):
☐ In the Matter of _____, a child

PUBLIX PHARMACY

6 OFFICE PARK CIRCLE
SUITE 100
MOUNTAIN BROOK, AL 35223

A. Issued at the request of :
1. ☐ Plaintiff/State
2. ☑ Defendant
3. ☐ Grand Jury

B. Special Instructions you are ordered to :
1. ☐ Appear at trial/hearing
2. ☑ Produce records or documents see attached schedule(s)
3. ☐ Appear at deposition
4. ☐ Other _____

You may contact:   ALBRY JOE PEDDY MR. 2015 SECOND AVENUE NORTH, SUITE 200 BIRMINGHAM, AL 35203 (205) 251-5885

YOU ARE ORDERED TO APPEAR to give testimony before the court or by deposition; and/or produce and permit inspection and copying of books, documents, or tangible things; and /or permit inspection of premises as stated below until otherwise excused. Failure to obey this subpoena may be deemed a contempt of court from which the subpoena was issued.

DATE   6/29/2017 10:00:00 AM
ROOM   Smith Spires & Peddy P.C.
ADDRESS 2015 2nd Ave North
    Suite 200
    Birmingham, AL 35203

DATE ISSUED 6/19/2017

ADDITIONAL INSTRUCTIONS
Any inspection or production of documents or records must be completed within 15 days

Please see attached for requested records.

/s/ BRIAN YORK
Signature of Court Clerk      Deputy Clerk Initials

TO ANY SHERIFF OF THE STATE OF ALABAMA OR ANY AUTHORIZED PERSON You are ordered to serve this order on the above named person and make return to this court.

RETURN ON SERVICE

I Certify that I personally Delivered a copy of this order to
___ on  6-20-2017

XHof Wood  Reception

*Signature and Title of Server*

Rodney Pabos
2015 2nd Ave N,
Ste 200
BHam Al. 35203

(For Criminal cases only)
☐ Served By Mail

Date Mailed

Sheriff      Deputy Sheriff

SERVICE RETURN

02CV2000000000D001

29-25-5775



AlaFile E-Notice

61-CV-2016-900361.00

To:  ALBRY JOE PEDDY MR.
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:     7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:     7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:     7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:     7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:      7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
       joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:      7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:      7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:      7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   ALBRY JOE PEDDY MR.
      ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following RETURN ON SERVICE - SERVED was FILED on 7/6/2017 4:00:51 PM

Notice Date:      7/6/2017 4:00:51 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
7/7/2017 1:05 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  CV2016-900361 |
| | ) | |
| LG ELECTRONICS U.S.A., INC., | ) | |
| VAPOR'S SOURCE, CC'S TABACO | ) | |
| and PACKAGE, | ) | |
| | ) | |
| Defendants. | ) | |

### <u>ANSWER</u>

Comes now Expo International, Inc., formerly doing business as IMR Electronics, LLC and by way of answer to Plaintiff's Complaint says as follows:

1.      Defendant denies that it or any of its agent were guilty of any negligence that caused or contributed to cause the Plaintiff's accident.

2.      Defendant denies that it or any of its agents were guilty of any wanton misconduct that caused or contributed to cause to the Plaintiff's loss.

3.      This Defendant denies it was the manufacturer of any battery as alleged in the Plaintiff's Complaint.

4.      This Defendant pleads all applicable defenses available under the Extended Manufacturers Liability Doctrine.

5.      Defendant denies that there was any defect of any type in any batter or other product that might have been sold or furnished by this Defendant to any other party.

6.      Defendant denies there was any causal connection by and between anything done by this Defendant and the Plaintiff.

7.    Plaintiff was guilty of contributory negligence which proximately contributed to his accident and injury.

8.    Plaintiff assumed the risk of injury by his conduct on the date and at the place referred to in the Complaint.

9.    Plaintiff's medical expenses have been paid for through a collateral source in an amount less than the amount as billed.

10.    Defendant denies there was any proximate causation between anything done by this Defendant and the accident alleged by the Plaintiff.

11.    The Defendant pleads the Plaintiff's misuse of the product.

12.    Defendant denies that it furnished any product which was used by the Plaintiff at the time and at the place referred to in the Complaint but that if anything was furnished by this Defendant it is denied that it was defective.

13.    This Defendant denies it is subject to the jurisdiction of the Alabama Courts and venue in Talladega County.

14.    Defendant denies that Plaintiff's Complaint has stated grounds of which relief can be obtained against this Defendant.

15.    This Defendant denies that it or any of the other Defendants had a duty to manufacturer "a safe product" and this Defendant avers that to the extent Plaintiff was using any product manufactured, designed or distributed by this Defendant that the product was in reasonably safe condition when put to its intended use.

16.    Defendant denies the nature and extent of the injuries alleged by the Plaintiffs.

17.     This Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the constitutional safeguards provided to Defendants under the Constitution of the State of Alabama.

18.     This Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the constitutional safeguards provided to Defendants under the Constitution of the United States of America.

19.     This Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the constitutional safeguards provided to Defendants under the Due Process Clause of the Fourteenth Amendment to the Constitution of the United States in that punitive damages are vague and are not rationally related to legitimate government interests.

20.     This Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of Article I, Section 6 of the Constitution of the State of Alabama which provides that no person shall be deprived of life, liberty, or property except by due process of law, in that punitive damages are vague and are not rationally related to legitimate government interests.

21.     This Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the procedural safeguards provided to Defendants under the Sixth Amendment to the Constitution of the United States in that punitive damages are penal in nature and, consequently, the Defendants are entitled to the same procedural safeguards accorded to criminal Defendants.

22.     This Defendant avers that they are violative of the self incrimination clause of the Fifth Amendment to the Constitution of the United States of America to impose punitive damages against it, which are penal in nature, yet compel it to disclose potentially incriminating documents and evidence.

23.     This Defendant avers that they are violative of the rights guaranteed by the Constitution of the United States of America and the Constitution of the State of Alabama to impose punitive damages against this defendant which are penal in nature by requiring a burden of proof on the Plaintiff which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases.

24.     This Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of the Eighth Amendment to the Constitution of the United States in that the damages would be an excessive fine in violation of the Excessive Fines Clause of the Eighth Amendment to the United States Constitution.

25.     This Defendant avers that any award of punitive damages to the Plaintiff in this case will be violative of Article I, Section 15 of the Constitution of Alabama 1901 in that the damages would be an excessive fine.

26.     This Defendant pleads the statutory immunity granted to a distributor of a product who made no changes to the product.

27.     Defendant reserves the right to add any later defenses that discovery might reveal to be available.

Date:   July 17, 2017

                                    *s/Jay Clark*
                                    John W. Clark, Jr.

                                    Clark, Hair & Smith P.C.
                                    1000 Urban Center Drive
                                    Suite 125
                                    Birmingham, Alabama  35242
                                    205-397-2900
                                    205-397-2901 – Fax
                                    Email:  jclark@chslaw.com

                                    *Attorney for Defendant Expo International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 17th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the Alabama e-filing system which will send notification of such filing; and I hereby certify that any non e-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

Jonathan L. Brogdon
CHURCH BROGDON, PC
2101 1st Avenue North
Pell City, Alabama  35125
205-388-5715
205-338-5717 – Fax

Joey Stevens
The law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama  35125
205-814-0011

*/s/ Jay Clark*_____
OF COUNSEL



AlaFile E-Notice

61-CV-2016-900361.00

To:   JOHN W CLARK JR.
      jclark@chslaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:      7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:      7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   CC'S TOBACCO & PACKAGE (PRO SE)
      8045 STEMLEY BRIDGE ROAD
      TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:     7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  IMR ELECTRONICS, LLC (PRO SE)
C/O PHILIP LEVIN
5330 VISTA ROAD
PASADENA, TX, 77505-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:     7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:     7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:     7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:     7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   RIVERS CLARENCE IV
      Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:      7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
       hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following answer was FILED on 7/17/2017 1:05:36 PM

Notice Date:      7/17/2017 1:05:36 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
4/30/2018 10:41 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

**STATE OF ALABAMA**   Revised 3/5/08

Unified Judicial System

61-TALLADEGA          ☐ District Court  ☑ Circuit Court       CV2

**CIVIL MOTION COVER SHEET**

| CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL | *Name of Filing Party:* D002 - VAPOR'S SOURCE |
|---|---|

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*      ☐ Oral Arguments Requested

HANNAH HOOKS STOKES

2015 2nd Avenue North - Ste 200

Birmingham, AL 35203

*Attorney Bar No.:* STO099

**TYPE OF MOTION**

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☑ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $  50 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____  (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br>4/30/2018 10:40:20 AM | Signature of Attorney or Party<br>/s/ HANNAH HOOKS STOKES |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
5/30/2018 10:41 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER,                )
                                )
    Plaintiff,                  )
                                )
vs.                             )    **CIVIL ACTION NO.:**
                                )    **CV 16-900361**
                                )
LG CHEM, LTD; VAPER'S SOURCE;   )
CC'S TOBACCO and PACKAGE; et al., )
                                )
    Defendants.                 )

### DEFENDANTS VAPER'S SOURCE AND IMR ELECTRONICS' JOINT MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the defendants, designated by plaintiff as Vaper's Source and IMR Electronics (now known as Expo International, Inc.), by and through their undersigned counsels of record, and pursuant to Rule 56 of the <u>Alabama Rules of Civil Procedure</u>, and hereby requests that this Court enter an order granting Summary Judgment in its entirety and against the plaintiff as to all counts asserted in his complaint. Defendants assert that there is no issue of material fact, and that they are entitled to judgment as a matter of law. Defendants present the following brief in support of this motion.

### STATEMENT OF UNDISPUTED FACTS

This case arises out of an incident alleged by the plaintiff, Clayton Gardner, on or about July 16, 2016. Gardner alleges that fifteen (15) minutes after using and placing a Vaporesso Tarot 200w vape device in his front pocket, the device caught fire. (Complaint). A "vape" device is a battery-operated device used by smokers or former smokers in an effort to assist them in ceasing smoking.  Gardner alleges that this incident caused him to sustain first and second degree burns over his legs, pelvis, and abdomen. Gardner also alleges that he purchased

Page 1 of 13

the Vaporesso Tarot 200w device on or about June 16, 2016 from Defendant CC's Tobacco and Package. (Complaint). He alleges, as no evidence has been presented to confirm, to have purchased a 200w battery for the device from Defendant, Vaper's Source, on or about November 2015. (Complaint).

Gardner's discovery responses state that he was with family in Lincoln, Alabama at the time of the accident and had been throwing ball with his minor nephew when his pocket caught fire with the device inside. (Complaint and Plaintiff's Discovery Responses). Additionally, Gardner states that he was using the vape device approximately ten (10) minutes prior to the incident and placed it in his left front pocket thereafter. (Complaint and Plaintiff's Discovery Responses). Gardner initially had the following defendants in his complaint: LG Chem Ltd. (name amended), Vaper's Source, and CC's Tobacco and Package (Complaint). With Gardner's recently filed amended complaint, the following defendants have also been added: IMR Electronics, LLC, as alleged distributor LG battery, and Shenzhen Smoore Technology Limited, as alleged manufacturer of the Vaporesso device. (Amended Complaint).

The Defendant Vaper's Source is a retailer of vaping devices and accessories in Trussville, Alabama. (Exhibit A, Affidavit of Vaper's Source).  The Defendant had no involvement with the manufacturing, designing, or packaging of the batteries and did nothing to alter them upon receipt.(Exhibit A). The Defendant had ordered this type of battery before from IMR Electronics, a distributor, to sell in its stores (Exhibit A).

The Defendant IMR electronics is now known as Expo International, Inc. and is a distributor of, among other things, LG batteries. (Exhibit B, Affidavit of Expo).  Expo is not a manufacturer or assembler of LG batteries and did not manufacture the batteries used in the Plaintiff's vaping device. Expo sold the batteries used in the device to Vapor Source in the

December 2015 through March 2016 time frame. (Exhibit B). The LG batteries furnished by Expo to Vaper's Source were manufactured by LG Chem, a subsidiary of LG Electronics. (Exhibit B). Expo had no control over the design, testing, manufacturing, initial packaging or labeling of the batteries. (Exhibit B). Expo did not in any way alter or modify the batteries from the time they were received until furnished to Vapers Source.

An Affidavit has been served on the Plaintiff's attorney advising the correct identity of the manufacturer of the battery.  The address of the manufacturer was listed in the Affidavit which is attached as Exhibit "B".

## STANDARD OF REVIEW

Under the Alabama Rules of Civil Procedure, summary judgment is appropriate when the discovery process "show[s] that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Ala.R.Civ.P., 56(c)(3). The movant may rely on any evidence tending to show the lack of a genuine issue of material fact because "[t]he law requires only that a movant for summary judgment present evidence, from whatever source, to show that there is no triable issue of fact." Ex parte General Motors Corp., 769 So.2d 903, 909 (Ala. 1999). In doing so, the movant "need not prove a negative in order to prevail on a motion for summary judgment." Id. (quoting Lawson State Community College v. First Continental Leasing Corp., 529 So.2d 926 (Ala. 1988)). The movant can prevail either by producing "evidence that negates an essential element in a non-movant's claim or ... by demonstrating ... that- the nonmovant's evidence is insufficient to establish an essential element of a non-movant's claim...." General Motors, 769 So.2d at 909 (quoting Justice Houston's special concurrence in Bernard v.Caldwell, 543 So. 2d 686 (Ala. 1989)).

A properly supported motion for summary judgment can be defeated only by "substantial evidence" of the existence of a genuine material fact. Upshaw v. McArdle, 650 So.2d 875, 876 (Ala. 1994). To be considered substantial, evidence must be "of such weight and quality that fair minded persons in the exercise of impartial judgment can reasonably infer the existence of the fact sought to be proved." Id. (quoting West v. Founders Life Assurance Company of Florida, 547 So.2d 879 (Ala. 1989)). Evidence that affords nothing more than speculation, conjecture, or guesses does not rise to the level of substantial evidence. Smoyer v. Birmingham Area Chamber of Commerce, 517 So.2d 585, 588 (Ala. 1987).

## LEGAL ARGUMENT

Defendants are entitled to summary judgment as a matter of law on all claims made by plaintiff, Clayton Gardner. As the basis of this argument, Defendants assert that there is no genuine issue of material fact and that Vaper's Source and IMR Electronics should be dismissed as "innocent sellers" under Alabama Code §6-5-521 and through a "closed-container defense" provided for AEMLD claims against retailers.

**I. Defendants are entitled to summary judgment as the Defendants are protected under Ala. Code §6-5-521.**

Defendants, Vaper's Source and IMR Electronics, are entitled to summary judgment pursuant to the "Innocent Seller Act," codified by amendment as Ala. Code § 6-5-521. Specifically, § 6-5-521 states the following in pertinent part:

> (b) **No product liability action may be asserted** or may be provided a claim for relief **against any distributor, wholesaler, dealer, retailer, or seller of a product**, or against an individual or business entity using a product in the production or delivery of its products or services (collectively referred to as the distributor) **unless any of the following apply**:

(1)     The distributor is also the manufacturer or assembler of the final product and such act is causally related to the product's defective condition.

(2)     The distributor exercised substantial control over the design, testing, manufacture, packaging, or labeling of the product and such act is causally related to the product's condition.

(3)     The distributor altered or modified the product, and the alteration or modification was a substantial factor in causing the harm for which recovery of damages is sought. (4) It is the intent of this subsection to protect distributors who are merely conduits of a product. This subsection is not intended to protect distributors from independent acts unrelated to the product design or manufacture, such as independent acts of negligence, wantonness, warranty violations, or fraud.

…

(d) In a product liability action brought pursuant to subsection (c), against a distributor, wholesaler, dealer, retailer, or seller of a product . . . the party, upon answering or otherwise pleading, may file an affidavit certifying the correct identity of the manufacturer of the product that allegedly caused the claimant's injury. Once the claimant has commenced an action against the manufacturer, and the manufacturer has or is required to have answered or otherwise pleaded, the claimant **shall voluntarily dismiss all claims** against the . . . retailer, or seller of the product in question . . . unless the claimant can **identify prima facie evidence** that the requirements of subsection (b) for maintaining a product liability action against such a party are satisfied.

Ala. Code § 6-5-521(emphasis added). It should be noted that the plaintiff's claims against the

Defendants fall under the legislature's definition of a "product liability action":

(a) A " product liability action" means any action brought by a natural person for personal injury, death, or property damage caused by the manufacture, construction, design, formula, preparation, assembly, installation, testing, warnings, instructions, marketing, packaging, or labeling of a manufactured product when such action is based upon (a) negligence, (b) innocent or negligent misrepresentation, (c) the manufacturer's liability doctrine, (d) the Alabama extended manufacturer's liability doctrine, as it exists or is hereafter construed or modified, (e) breach of any implied warranty, or (f) breach of any oral express warranty and no other. A product liability action does not include an action for contribution or indemnity. Ala. Code § 6-5-521 (1975).

Commentators have explained that the Act's purpose is to "protect[] wholesale and retail sellers of products." 1 Ala. Pers. Inj. & Torts § 7:11 (2016 ed.). Further, the United States District Court for the Northern District of Alabama, applying Alabama law, has held that the Innocent Seller Act provides absolute protection to a defendant seller if the plaintiff does not prove one of the exceptions. ***Gardner v. Aloha Ins. Servs.***, No. 2:11©CV©3450©RDP, 2013 WL 839884, at *7 (N.D. Ala. Mar. 4, 2013), aff'd, 566 F. App'x 903 (11th Cir. 2014). In ***Gardner***, the plaintiff failed to allege that the defendant Wal-Mart fell under one of the enumerated exceptions to the Act. Accordingly, the Court held that this issue was dispositive, and affirmed summary judgment in favor of the defendant. Therefore, in line with the foregoing, if a plaintiff is able to identify the manufacturer of a defective product, there is no cause of action against the seller unless it controlled the manufacturing, assembly, design, testing, packaging, or labeling of the product, or unless the seller modified the product.

The pertinent part of the Ala. Code § 6-5-521 is that a plaintiff may pursue claims against a retailer if the manufacturer is not identifiable by plaintiff. To that effect, Vaper's Source states that it purchased batteries[1] from a battery distributor, IMR Electronic or Expo International, as authentic and brand name LG batteries. (Exhibit A, Affidavit of Vaper's Source). At the time of plaintiff's alleged purchase of the battery from Vaper's Source, Robert Slawson was a member of Vaper's Source LLC and handled the ordering and purchasing for the store. (Exhibit A). Plaintiff claims to have purchased the alleged 200w LG battery from Vaper's Source on or about November 2015. (Complaint). From September 2015 through December 2015, Slawson only made purchases of these types of batteries through one

---

1 It is unknown whether or not the batteries purchased from Vaper's Source and received from distributor Expo International were, in fact, the batteries which Plaintiff alleges caused him injury.

company, IMR Electronics, as he wanted authentic LG batteries in his store. (Exhibit A).Vaper's Source has purchase orders from November 23, 2015 from IMR Batteries which detail the purchase of twenty (20) LG HG2 18650 3000mAh 20A flat top batteries. (Exhibit C, IMR Purchase Orders).

Upon purchase from an online account, the batteries were shipped directly to Vaper's Source where they remained enclosed in their packages until sale. (Exhibit A).  Further, the batteries were stored in their original packaged boxes in a store stock room until a sale to a customer. Vaper's Source had nothing to do with the design, manufacturing, or packaging of any batteries purchased for sale in Vaper's Source and did not alter, modify, or change the products upon receipt. (Exhibit A). This Defendant informed the plaintiff of the distributer from whom the batteries were purchased, and the plaintiff amended his complaint to add the distributor as a party. (Amended Complaint).

Similarly, Defendant IMR Electronics (now known as Expo International, Inc.), is not the manufacturer, tester, packer, or producer of the alleged battery type claimed by plaintiff to have caused injury. The Defendant is a distributor of LG Batteries, among other things. (Exhibit B, Affidavit of Expo). The Defendant sold batteries of this variety to the Defendant Vaper's Source sometime within the December 2015 to March 2016 time frame. (Exhibit B). The batteries were manufactured by LG Chem, a subsidiary of LG Electronics. (Exhibit B). This Defendant did not alter or modify the product in any way and has informed the plaintiff of the manufacturer. (Exhibit B).

Moreover, as laid out in <u>Ala. Code</u> § 6-5-521(d), a plaintiff should voluntarily dismiss an action against a retailer upon being informed about the manufacturer by certification from

---

There has been no evidence presented by the plaintiff in this regard.

the defendant retailer. Both Defendants in this case have notified the plaintiff of the manufacturer of the batteries alleged to have caused injuries to the plaintiff. Defendant Vaper's Source notified plaintiff about where it purchased the product (a distributor) as evidenced by the plaintiff amending his complaint to add additional parties and by correspondence of a certified affidavit to Plaintiff. (Exhibit D). Defendant Expo International has also informed the Plaintiff of the manufacturer information by affidavit. Therefore, under the Alabama Code designed to protect small retailers by requiring plaintiffs to voluntarily dismiss a suit once informed as to the correct manufacturer, Plaintiff should dismiss both defendants and pursue his claims against the correct entities.

## II. Defendants are entitled to summary judgment as there are no viable claims against the Defendants and there is no causal relation to the alleged defect.

Certain claims in Alabama, such as claims made under the AEMLD, fall within the context of product liability actions. Alabama Code §6-5-521(a) states:

> A "product liability action" means any action brought by a natural person for personal injury, death, or property damage caused by the manufacture, construction, design, formula, preparation, assembly, installation, testing, warnings, instructions, marketing, packaging, or labeling of a manufactured product when such action is based upon (1) negligence, (2) innocent or negligent misrepresentation, (3) the manufacturer's liability doctrine, (4) the Alabama extended manufacturer's liability doctrine as it exists or is hereafter construed or modified, (5) breach of any implied warranty, or (6) breach of any oral express warranty and no other.

Retailers may be subject to the AEMLD, but are provided protection in some instances. A defendant—other than a manufacturer—may escape liability by: "affirmatively show[ing] that

it did not contribute to the defective condition, had no knowledge of it, and had no opportunity to inspect the product." In Re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & Prod. Liab. Litig., 870 F. Supp. 2d 587, 595 (S.D. Ill. 2012).(citing Mathis v. Harrel, Co. Inc., 828 So.2d 248, 258 (Ala. 2002)).

Additionally, the Alabama Extended Manufacturer Liability Doctrine ("AEMLD") requires that a plaintiff prove the following to support his claim:

> (a)  he suffered injury or damages to himself or his property by one who sells a product in a defective condition unreasonably dangerous to the plaintiff as the ultimate user or consumer, if
>
>> (1) the seller is engaged in the business of selling such a product, and
>> (2) it is expected to and does reach the user or consumer without substantial change in the condition in which it was sold.
>
> (b)  Showing these elements, the plaintiff has proved a prima facie case although
>
>> (1) the seller has exercised all possible care in the preparation and sale of his product, and
>> (2) the user or consumer has not bought the product from, or entered into any contractual relation with, the seller.

Casrell v. Altec Indus., Inc., 335 So. 2d 128, 132-33 (Ala. 1976)(internal footnote omitted).

Under the AEMLD, a product is defective if it is unreasonably dangerous. Id. at 131; Moore v. Kawasaki Motors Corp., USA, 703 So. 2d 990 (Ala. Civ. App. 1997). Speculative evidence seeking to prove the existence of a defect at the time that the product leaves the Defendant's possession is insufficient to survive summary judgment. Allstate Ins. Co. and Ceruzzi v. Mitsubishi electric America, Inc., 709 So. 2d 1306 (Ala. Civ. App. 1998). Alabama law recognizes causes of action under the AEMLD for manufacturing defects, design defects, and defective warnings.

The Alabama Supreme Court has held that "Under the lack of causal relation defense, **a retailer that only distributes finished products will not be liable under the AEMLD where the retailer received the product in a defective condition, did not contribute to the product's defective condition, and where no reasonable means of inspection could have revealed the alleged defective condition**." In Re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & Prod. Liab. Litig., 870 F. Supp. 2d 587, 595 (S.D. Ill. 2012) (*citing* Fleming Farms v. Dixie Ag Supply, Inc. 631 So.2d 922,928 (Ala. 1994).

Moreover, under Johnson v. General Motors Corp.*,* there must be a causal relation between the seller of the finished product and the subsequent defect. 82 F. Supp. 2d 1326, 1327 (S.D. Ala. 1997) The Plaintiff in Johnson even conceded, and the Court agreed, that "The affirmative defense of proximate cause or the **closed container defense** in a product liability action is based on the premise that a seller of a finished product is not responsible if, in fact, they had no nexis to the defect." Johnson v. Gen. Motors Corp., 82 F. Supp. 2d 1326, 1327 (S.D. Ala. 1997)(see also *Allen v. Delchamps, Inc*., 624 So.2d 1065, 1069 (Ala. 1993) where in trying to establish the defense of a lack of causal relation, the defendant may show that there is no cause in fact between his activities in connection with the handling of the product and its defective condition).

The *Allen* court went to describe the defendant's burden of proof as follows:

> One way to establish this lack of a causal relation is for the defendant to show: "that he is in the business of either distributing or processing for distribution finished products; he received a product already in a defective condition; he did not contribute to this defective condition; he had neither knowledge of the defective condition, nor an opportunity to

> inspect the product which was superior to the
> knowledge or opportunity of the consumer."

*Allen* 264 So.2d at 1069, quoting *Atkins v. American Motors Corp.*, 335 So.2d 134, 143 (Ala. 1976).  The facts in  *Johnson v. General Motors Corporation*, showed that the plaintiff did not present any evidence or allege sufficient facts to support her assumptions that an unidentified defect in a seat belt system could have been discovered by the defendant during its inspection of the subject vehicle.  Johnson at 1328. The court also stated that the plaintiff's claims for negligence and wantonness were subsumed and governed by the AEMLD, and that the defendant was a distributor, not a manufacturer, of the used vehicle at issue. Id. at 1327. Therefore, the Court held that the defendant was entitled to summary judgment as to each of the plaintiff's claims.

In this case, Plaintiff's claims against both Defendants fall under the AEMLD and cannot survive. Currently there is no evidence of any defect, latent or otherwise, to the battery. Even so, the Defendants were mere conduits with no contribution to the manufacturing of the battery and no way to inspect the battery for any possible defect.

Moreover, Plaintiff cannot present any evidence that the defendants performed a negligent act since the battery was never altered, modified, inspected, or changed in any way. The Defendants submit that they received the item directly from the wholesaler and/or manufacturers and did nothing to alter or inspect the product. The Plaintiff has offered no evidence whatsoever that the battery was defective or that defendants acted with intent to cause injury.  Additionally, the plaintiff cannot obtain any evidence in this regard.

## CONCLUSION

In sum, Plaintiff has not, nor cannot, produce any evidence that the Defendants had any nexis or causal relationship to the manufacturing or inspection of the battery. The Defendants are entitled to a defense under the "innocent seller act" through Ala. Code. §6-5-521 and under the "closed container defense" as discussed above. Defendants' are    entitled to summary judgment as to Plaintiff's claims under the AEMLD, which governs the Plaintiff's negligence and wantonness claims, and any and all other claims alleged by Plaintiff. Even if Plaintiff's claims were not governed by the AEMLD, there is no evidence to show the Defendants acted negligently or wantonly. Because the Defendants were mere conduits of the alleged battery and the manufacturer and wholesale distributor are known, and have both been added as parties to this lawsuit, summary judgment is proper on all claims.

**WHEREFORE, PREMISES CONSIDERED**, the Defendants respectfully request the Court to enter summary judgment in their favor as to all of the Plaintiff's claims against it as there is no genuine issue of material fact, and the defendants are entitled to judgment as a matter of law.

Defendants would also request any further or other relief to which they may be entitled.

Respectfully submitted,

*s/John W. Clark, Jr.*
John W. Clark, Jr.

*Attorney for Expo International, Inc.*

**Clark, Hair & Smith, P.C.**
1000 Urban Center Drive, Suite 125
Birmingham, Alabama 35242

*s/A. Joe Peddy*
A. Joe Peddy (BAR ID: PED002)


*s/Clarence Rivers, IV*
Clarence Rivers, IV (BAR ID: RIV010)

*s/HannahH. Stokes*
Hannah H. Stokes (BAR ID: STO099)

*Attorneys for Vaper's Source*

**SMITH, SPIRES, PEDDY,**
**HAMILTON & COLEMAN, P.C.**
2015 Second Avenue North - Suite 200
Birmingham, Alabama 35203
(205) 251-5885
(205) 251-8642

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the Alabama Judicial System's E-Filing Website system which will send notification of such filing to the following e-mail address on this the 30th day of April, 2018.

Jonathan Brogdon
Church Brogdon
2101 1st Avenue North
Pell City, AL 35125

Joey Stevens
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, AL 35125


<u>/s/Hannah H. Stokes</u>
OF COUNSEL

ELECTRONICALLY FILED
4/30/2018 10:41 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

# EXHIBITS "A-D"

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**

| | |
|---|---|
| **CLAYTON GARDNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.:** |
| ) | **CV 16-900361** |
| ) | |
| **LG CHEM, LTD; VAPER'S SOURCE;** ) | |
| **CC'S TOBACCO and PACKAGE; et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## AFFIDAVIT OF ROBERT SLAWSON

Before me, the undersigned Notary Public, in and for the State and County, personally came and appeared Robert Slawson, and after being duly sworn, states as follows:

1. My name is Robert Slawson and I am over the age of nineteen years old and competent to testify to the matters stated herein.

2. I have personal knowledge of the statements made in this Affidavit.

3. I am a member of Vaper's Source, LLC, operating as a business located in Trussville, Alabama.

4. Vaper's Source has been in business in this location since on or about September 7, 2015.

5. On or about November 23rd 2015, I purchased batteries from IMR Batteries.

6. Included in the above referenced purchase were twenty (20) LG HG2 18650 3000mAh 20A flat top batteries.

7. I ordered the batteries from IMR Batteries because they were selling authentic brand name batteries, specifically of the LG brand which I desired.

8. During the time frame surrounding this order, specifically from September 2015 through

December 2015, I only ordered batteries of the LG variety from IMR Batteries.

9. To purchase from IMR Batteries, I ordered through an online account portal within the IMR website.

10. The batteries were shipped to me from IMR after purchase and arrived already packaged for sale.

11. I had no involvement with the manufacturing, designing, or packaging of the batteries.

12. Upon receipt of the batteries, I did nothing to alter, change, or modify the product.

13. The batteries were stored in a stock room at the business until time of sale and were never altered, changed, or modified by Vaper's Source.

Affiant further saith not.

Robert Slawson

STATE OF ALABAMA

COUNTY OF JEFFERSON

I, the undersigned, a Notary Public in and for aforesaid state and county, hereby certify that _____, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day, that having read the contents of said instrument, s/he executed the same voluntarily on the day the same bears date.

GIVEN under my hand and official seal this 23rd day of May, 2017.

NOTARY PUBLIC

My Commission Expires: 9/13/19

STATE OF TEXAS          )
COUNTY OF HARRIS        )

## AFFIDAVIT

My name is Chetan Sachdev.  I am an employee of Expo International, Inc., formerly d/b/a IMR Batteries, in Houston, Texas.  I have firsthand knowledge of the facts contained herein.

During the time period from November 23, 2015 to March 7, 2016, we sold LG batteries described as LG HG2 18650 3000 mah 20A flat top to Vapers Source, LLC in Trussville, Alabama.

We were neither the manufacturer nor the assembler of the batteries.  We did not have control over the design, testing, manufacturing, packaging or labeling of the product.  We did not alter or modify the product in any way but sold it just as it came to us.  They were furnished to us by a Chinese company called Shenzhen EVVA Technology Co. Limited whom we assumed to be the distributor.  Their address is 4F Building A3, New Material Industrial Park of Silicon Valley, Dafu Industrial Zone, Guanlan, Longhua, Shenzhen, China.

_____
Chetan Sachdev

## NOTARY PUBLIC

STATE OF TEXAS          )
HARRIS COUNTY           )

Before me, the notary public, in and for said county and state, personally appeared Chetan Sachdev and after being first duly sworn, did state that he has read the above and foregoing, and executed the same of his own free will.

Sworn to and subscribed this  21  day of  September , 2017.

_____
Notary Public

BOLINDA LY RODRIGUEZ
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 8/13/2020
NOTARY ID 129864968-7

My Commission Expires:  06/13/2020 .

STATE OF TEXAS            )
COUNTY OF HARRIS          )

## SUPPLEMENTAL
## AFFIDAVIT

My name is Chetan Sachdev.  This will supplement my affidavit of September 21, 2017.

The batteries referred to in my previous affidavit were manufactured by LG Chem, a

subsidiary of LG Electronics.

Date:

_____

Chetan Sachdev

## NOTARY PUBLIC

STATE OF TEXAS            )
____Harris____ COUNTY     )

Before me, the notary public, in and for said county and state, personally appeared Chetan
Sachdev and after being first duly sworn, did state that he has read the above and foregoing, and
executed the same of his own free will.

Sworn to and subscribed this __15__ day of __March__, 2018.

_____

Notary Public

My Commission Expires: __06/13/18__

SOLINDA LY RODRIGUEZ
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 6/13/2020
NOTARY ID 12664968-7

2/6/2017                    IMRbatteries.com - Your Completed Orders



Compare (0 Item) | My Account

Search                    Shop
                          0 Item

BATTERIES    CASES    CHARGERS    POWER BANKS    TOOLS    WRAPS    BRANDS    CONTACT    INFO

Home      My Account      Completed

## My Account

**MANAGE YOUR ACCOUNT**

View Order Status

Completed

Address Book

Lists (0)

Your Account Details

Your Recent Items

### Your Completed Orders

Your completed orders with us are shown below. Click 'View Order' to view an orders details.

**Order #1595539**                                          VIEW ORDER DE

Order Date: Aug 16th 2016

**Your Order Contains:**
- 4 x Efest LUC V4 4 Channel Battery Charger
- 50 x Samsung 25R 18650 2500mAh 20A Flat Top Battery

**Order #1585043**                                          VIEW ORDER DE

Order Date: Jun 3rd 2016

**Your Order Contains:**
- 50 x Samsung 25R 18650 2500mAh 20A Flat Top Battery

**Order #1581795**                                          VIEW ORDER DE

Order Date: May 9th 2016

**Your Order Contains:**
- 20 x Samsung 25R 18650 2500mAh 20A Flat Top Battery

**Order #1574267**                                          VIEW ORDER DE

Order Date: Mar 7th 2016

**Your Order Contains:**
- 40 x Samsung 25R 18650 2500mAh 20A Flat Top Battery
- 40 x LG HG2 18650 3000mAh 20A Flat Top Battery

**Order #1572406**                                          VIEW ORDER DE

Order Date: Feb 20th 2016

**Your Order Contains:**
- 5 x Efest LUC V4 4 Channel Battery Charger
- 5 x Efest LUC V6 6 Channel Battery Charger

2/6/2017                                    IMRbatteries.com - Your Completed Orders

## Order #1571878

Order Date: Feb 16th 2016

**Your Order Contains:**

- 14 x Samsung 25R 18650 2500mAh 20A Flat Top Battery
- 20 x LG HG2 18650 3000mAh 20A Flat Top Battery

VIEW ORDER DE

## Order #1569780

Order Date: Feb 1st 2016

**Your Order Contains:**

- 30 x Samsung 25R 18650 2500mAh 20A Flat Top Battery
- 30 x LG HG2 18650 3000mAh 20A Flat Top Battery
- 4 x Efest LUC V6 6 Channel Battery Charger

VIEW ORDER DE

## Order #1567711

Order Date: Jan 13th 2016

**Your Order Contains:**

- 30 x Samsung 25R 18650 2500mAh 20A Flat Top Battery

VIEW ORDER DE

## Order #1566194

Order Date: Dec 29th 2015

**Your Order Contains:**

- 10 x LG HG2 18650 3000mAh 20A Flat Top Battery

VIEW ORDER DE

## Order #1564280

Order Date: Dec 14th 2015

**Your Order Contains:**

- 10 x Samsung 25R 18650 2500mAh 20A Flat Top Battery
- 10 x LG HG2 18650 3000mAh 20A Flat Top Battery

VIEW ORDER DE

## Order #1563532

Order Date: Dec 4th 2015

**Your Order Contains:**

- 10 x LG HG2 18650 3000mAh 20A Flat Top Battery

VIEW ORDER DE

## Order #1560981

Order Date: Nov 23rd 2015

**Your Order Contains:**

- 10 x Sony VTC4 18650 2100mAh 30A Flat Top Battery
- 10 x Samsung 25R 18650 2500mAh 20A Flat Top Battery
- 20 x LG HG2 18650 3000mAh 20A Flat Top Battery

VIEW ORDER DE

## Order #1558352

Order Date: Oct 16th 2015

★ REVIEWS

2/6/2017                                IMRbatteries.com - Your Completed Orders

**Your Order Contains:**

  o  20 x Samsung 25R 18650 2500mAh 20A Flat Top Battery - Green

## Order #1555729

VIEW ORDER DE

Order Date: Sep 9th 2015

**Your Order Contains:**

  o  30 x Sony VTC4 18650 2100mAh 30A Flat Top Battery
  o  30 x Samsung 25R 18650 2500mAh 20A Flat Top Battery - Blue

## Join over 25,000 subscribers

Name          Email

QUICK LINKS          CATEGORIES          BRANDS          CONNECT WITH US

Brands               Batteries           IMRbatteries
Contact              Cases               Efest
                     Chargers            XTAR
REVIEWS              Power Banks         LG Chem
                     Tools               IMREN
                     Wraps               MXJO
                                         Soshine
                                         Samsung SDI
                                         Nitecore
                                         Panasonic
                                         View all brands

🔒 Payments by Braintree

Copyright 2017 **IMRbatteries.com** All Rights Reserved. | Sitemap |

**Maria Derzis**

| | |
|---|---|
| **From:** | Hannah Stokes |
| **Sent:** | Thursday, March 08, 2018 10:10 AM |
| **To:** | jonathan@churchbrogdon.com |
| **Cc:** | Maria Derzis |
| **Subject:** | Gardner v Vape Escape 10004.354 |
| **Attachments:** | Affidavit of Slawson 10004.354.pdf |

Jonathan:

I am writing to see if you have any update on the parties in this case, have you been able to bring in LG and has Jay Clark provided you with the information from his client about who the manufacturer was (LG or Shenzhen?).

I wanted to make sure you also had our client's affidavit which informed you of where we got the batteries from – IMR, which you have successfully brought into the lawsuit. Pursuant to Ala. Code 6-5-501, we provided this affidavit to you so that you could bring the manufacturer into the case and dismiss Vape Escape. If you could provide me with any update, it would be much appreciated.

Thank you,

**Hannah H. Stokes**
Smith, Spires, Peddy, Hamilton, & Coleman, P.C.
2015 Second Avenue North - Suite 200
Birmingham, Alabama 35203
T: (205) 251-5885
F: (205) 251-8642
hstokes@ssp-law.com

CONFIDENTIALITY NOTICE AND DISCLAIMER: This electronic mail transmission may contain information that is confidential, privileged, proprietary in nature, or is otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, in whole or in part, including any attachments thereto. If you have received this transmission in error, please delete the message and any attachments from your system without reading the content, and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Unless otherwise stated, the content of this message and its attachments are not to be construed as establishing an attorney-client relationship if one does not otherwise exist. Thank you for your cooperation.



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: HANNAH HOOKS STOKES
hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:       4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:      4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:      4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:      4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:     4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:      4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: RIVERS CLARENCE IV
Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:     4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CLARK JOHN WESLEY JR.
     jclark@chslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 4/30/2018 10:41:59 AM

D002 VAPOR'S SOURCE
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56
[Filer: STOKES HANNAH HOOKS]

Notice Date:     4/30/2018 10:41:59 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:    06/27/2018
Hearing Time:    11:00:00 AM
Location:        106 KING

Notice Date:     5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:    06/27/2018
Hearing Time:    11:00:00 AM
Location:        106 KING

Notice Date:     5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  PEDDY ALBRY JOE
     ajp@ssp-law.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:    06/27/2018
Hearing Time:    11:00:00 AM
Location:        106 KING

Notice Date:     5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: RIVERS CLARENCE IV
Chip@ssp-law.com

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:    06/27/2018
Hearing Time:    11:00:00 AM
Location:        106 KING

Notice Date:     5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:    06/27/2018
Hearing Time:    11:00:00 AM
Location:        106 KING

Notice Date:     5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: CLARK JOHN WESLEY JR.
jclark@chslaw.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:     06/27/2018
Hearing Time:     11:00:00 AM
Location:         106 KING

Notice Date:      5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



**AlaFile E-Notice**

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:     06/27/2018
Hearing Time:     11:00:00 AM
Location:         106 KING

Notice Date:      5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

D002 VAPOR'S SOURCE

MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: STOKES HANNAH HOOKS]

Hearing Date:     06/27/2018
Hearing Time:     11:00:00 AM
Location:         106 KING

Notice Date:      5/1/2018 1:58:53 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-2016-900361 |
| | ) | |
| LG ELECTRONICS U.S.A., INC., | ) | |
| VAPOR'S SOURCE, CC'S TOBACCO | ) | |
| and PACKAGE, IMR ELECTRONICS, | ) | |
| LLC, SHENZHEN SMOORE | ) | |
| TECHNOLOGY LIMITED, SHENZHEN | ) | |
| EVVA TECHNOLOGY CO. LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

2018 JUN 25  PM 2:29
BRIAN YORK
CIRCUIT CLERK

## PLAINTIFF'S THIRD AMENDED COMPLAINT

**COMES NOW,** the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and for his Third Amended Complaint would state as follows:

### PARTIES

1.      The Plaintiff adopts and incorporates any and all facts, averments and parties identified in his original Complaint, First Amended Complaint and Second Amended Complaint.

2.      Defendant Shenzhen Evva Technology Co. Limited (hereinafter "Evva") is, upon information and belief, a Chinese supplier of batteries manufactured by, upon information and belief, LG Chem Limited. Further, upon information and belief, Evva supplied the batteries sold by Expo International to Vaper's Source, LLC, which batteries were ultimately purchased by Plaintiff Clayton Gardner.

## FACTS

3.     Plaintiff hereby adopts and incorporates all facts and averments set forth in his original Complaint, First Amended Complaint and Second Amended Complaint as if fully set forth herein.

## COUNT ONE
### Negligence

4.     Plaintiff hereby adopts and incorporations paragraphs 1 through 3, above as well as all paragraphs set forth in his original Complaint, Amended Complaint and Second Amended Complaint as if fully set forth herein.

5.     Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to Evva as well as all other Defendants previously identified.

## COUNT TWO
### Wantonness

6.     Plaintiff hereby adopts and incorporations paragraphs 1 through 5, above as well as all paragraphs set forth in his original Complaint, Amended Complaint and Second Amended Complaint as if fully set forth herein.

7.     Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to Evva as well as all other Defendants previously identified.

## COUNT THREE
**Alabama Extended Manufacturers Liability Doctrine**

8.      Plaintiff hereby adopts and incorporations paragraphs 1 through 7, above as well as all paragraphs set forth in his original Complaint, Amended Complaint and Second Amended Complaint as if fully set forth herein.

19.      Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to Evva as well as all other Defendants previously identified.

Done this the 25th day of June, 2018.

                                                /s/Jonathan L. Brogdon
                                                JONATHAN L. BROGDON (BRO211)
                                                Attorney for Plaintiff

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

                                                /s/Joey Stevens
                                                JOEY STEVENS (STE138)
                                                Attorney for Plaintiff

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of June, 2018. I electronically filed the foregoing with the Clerk of Court using the Alafile system, which will send notification of such filing to all parties of record.

                                                /s/Jonathan L. Brogdon
                                                Of Counsel

**PLEASE SERVE THE FOLLOWING DEFENDANTS VIA HAGUE CONVENTION ON**

**THE SERVICE ABROAD OF JUDICIAL AND EXTRA-JUDICIAL DOCUMENTS IN**

**CIVIL OR COMMERCIAL MATTERS:**

Shenzhen Evva Technology Co. Limited
4F Building A3
New Material Industrial Park of Silicon Valley
Dafu Industrial Zone
Guanlan, Longhua
Shenzhen, China

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-2016-900361 |
| | ) | |
| LG ELECTRONICS U.S.A., INC., | ) | |
| VAPOR'S SOURCE, CC'S TOBACCO | ) | |
| and PACKAGE, IMR ELECTRONICS, | ) | |
| LLC, SHENZHEN SMOORE | ) | |
| TECHNOLOGY LIMITED, SHENZHEN | ) | |
| EVVA TECHNOLOGY CO. LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ISSUE PROCESS FOR SERVICE OF**
**FOREIGN DEFENDANT**

  **COMES NOW,** the Plaintiff, Clayton Gardner, by and through the undersigned counsel

of record and moves this Honorable Court to issue process for purposes of service upon foreign

defendants. As grounds therefore, Plaintiff would state as follows:

  1.  Based upon information obtained thus far, the Defendant identified as Shenzhen

Smoore Technology Limited (hereinafter "Smoore") is believed to have manufactured and/or

distributed the Vaporesso vaping machine involved in this incident.

  2.  Further based upon information obtained thus far, the Defendant identified as

Shenzhen Evva Technology Co. Limited (hereinafter "Evva") is believed to have distributed the

LG batteries involved in the incident made the basis of this suit.

3.      Both Smoore and Evva are, upon information and belief, foreign corporations headquartered in China. The addresses for each entity are:

Shenzhen SMOORE
Building 16, Dongcai; Industrial Park
Gushu Village, Xixiang Town
Bao'an District, Shenzhen, China 518102

Shenzhen Evva Technology Co. Limited
4F Building A3
New Material Industrial Park of Silicon Valley
Dafu Industrial Zone
Guanlan, Longhua
Shenzhen, China

4.      Since both the United States and China are signatories to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, (20 U.S.T. 361; 658 U.N.T.S. 163) (hereinafter the "Hague Convention"), service in accordance with that treaty is the exclusive method of service of process.

5.      Plaintiff hereby Moves this Honorable Court for an Order issuing process to be served upon Smoore and Evva pursuant to the Hague Convention.

Done this the 25 day of June, 2018.

                                        /s/Jonathan L. Brogdon
                                        JONATHAN L. BROGDON (BRO211)
                                        Attorney for Plaintiff

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

                                        /s/Joey Stevens
                                        JOEY STEVENS (STE138)
                                        Attorney for Plaintiff

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the Alafile system, which will send notification of such filing to all parties of record.

/s/Jonathan L. Brogdon
Of Counsel



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

# COURTESY NOTICE

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/25/2018 2:37:45 PM

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Notice Date:      6/25/2018 2:37:45 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
    joeystevens01@gmail.com

---

# COURTESY NOTICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/25/2018 2:37:45 PM

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Notice Date:     6/25/2018 2:37:45 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

---

# COURTESY NOTICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/25/2018 2:37:45 PM

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Notice Date:        6/25/2018 2:37:45 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

---

# COURTESY NOTICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/25/2018 2:37:45 PM

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Notice Date:     6/25/2018 2:37:45 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

---

# COURTESY NOTICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/25/2018 2:37:45 PM

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Notice Date:       6/25/2018 2:37:45 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   CLARK JOHN WESLEY JR.
jclark@chslaw.com

---

# COURTESY NOTICE

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/25/2018 2:37:45 PM

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Notice Date:      6/25/2018 2:37:45 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   BROGDON JONATHAN LYN
jonathan@churchbrogdon.com

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:      06/27/2018
Hearing Time:      11:00:00 AM
Location:          106 KING

Notice Date:       6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   STEVENS JOSEPH DWAYNE
      joeystevens01@gmail.com

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:      06/27/2018
Hearing Time:      11:00:00 AM
Location:          106 KING

Notice Date:       6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  PEDDY ALBRY JOE
ajp@ssp-law.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:     06/27/2018
Hearing Time:     11:00:00 AM
Location:         106 KING

Notice Date:      6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: RIVERS CLARENCE IV
Chip@ssp-law.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

| | |
|---|---|
| Hearing Date: | 06/27/2018 |
| Hearing Time: | 11:00:00 AM |
| Location: | 106 KING |
| Notice Date: | 6/25/2018 3:40:28 PM |

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: STOKES HANNAH HOOKS
hstokes@ssp-law.com

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:      06/27/2018
Hearing Time:      11:00:00 AM
Location:          106 KING

Notice Date:       6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CLARK JOHN WESLEY JR.
     jclark@chslaw.com

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:     06/27/2018
Hearing Time:     11:00:00 AM
Location:         106 KING

Notice Date:      6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:      06/27/2018
Hearing Time:      11:00:00 AM
Location:          106 KING

Notice Date:       6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   CC'S TOBACCO & PACKAGE (PRO SE)
      8045 STEMLEY BRIDGE ROAD
      TALLADEGA, AL, 35160-0000

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:    06/27/2018
Hearing Time:    11:00:00 AM
Location:        106 KING

Notice Date:     6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  SHENZHEN EVVA TECHNOLOGY CO. LTD. (PRO SE)
     4F BUILDING A3, NEW MATER
     INDRL. PK SILICON VALLEY
     SHENZHEN, XX, 00000-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter is SET FOR HEARING

C001 GARDNER CLAYTON

MOTION TO ISSUE SERVICE OF PROCESS ON A FOREIGN DEFENDANT

[Filer: BROGDON JONATHAN LYN]

Hearing Date:    06/27/2018
Hearing Time:    11:00:00 AM
Location:        106 KING

Notice Date:     6/25/2018 3:40:28 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
6/25/2018 4:25 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-2016-900361 |
| | ) | |
| LG CHEM, LTD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF PRO TANTO DISMISSAL

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record, and hereby stipulates to the dismissal of Vaper's Source and IMR Electronics (now known as Expo International, Inc. based upon the following:

1.    Both Vaper's Source and IMR Electronics have provided the identity of the original manufacturer of the battery(ies) involved in the incident made the basis of this action.

2.    Additionally, both Vaper's Source and IMR Electronics have established that they did not alter the batteries distributed and/or sold by them and eventually purchased by Plaintiff.

3.    As such, pursuant to Alabama Code § 6-5-521, both Vaper's Source and IMR Electronics are due to be dismissed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby stipulates to the *pro tanto* dismissal of any claims against both Vaper's Source and IMR Electronics.

Done this the 25th day of June, 2018.

*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing by electronic transmission through the Alafile electronic system and/or by mailing a copy of same, postage prepaid and properly addressed as follows:

John W. Clark, Jr.
CLARK, HAIR & SMITH, P.C.
1000 Urban Center Drive, Suite 125
Birmingham, Alabama 35242

A. Joe Peddy
Clarence Rivers, IV
Hannah H. Stokes
SMITH, SPIRES, PEDDY,
  HAMILTON & COLEMAN, P.C.
2015 Second Avenue North – Suite 200
Birmingham, Alabama 35203

*/s/Jonathan L. Brogdon*
OF COUNSEL



AlaFile E-Notice

61-CV-2016-900361.00

To:  JONATHAN LYN BROGDON
jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:     6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:       6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:     6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  SHENZHEN EVVA TECHNOLOGY CO. LTD. (PRO SE)
4F BUILDING A3, NEW MATER
INDRL. PK SILICON VALLEY
SHENZHEN, XX, 00000-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:     6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:     6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: PEDDY ALBRY JOE
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:    6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:      6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:     6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   CLARK JOHN WESLEY JR.
jclark@chslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:     6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following STIPULATION OF DISMISSAL was FILED on 6/25/2018 4:26:01 PM

Notice Date:      6/25/2018 4:26:01 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

ELECTRONICALLY FILED
6/26/2018 9:39 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

**STATE OF ALABAMA** Revised 3/5/08

Unified Judicial System

61-TALLADEGA  ☐ District Court  ☑ Circuit Court   CV20...

**CIVIL MOTION COVER SHEET**

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL

*Name of Filing Party:* C001 - GARDNER CLAYTON

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

JONATHAN LYN BROGDON

2101 1st Avenue North

Pell City, AL 35125

*Attorney Bar No.:* BRO211

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56 ($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| ☐ Local Court Costs $ 0 | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other    Stipulation of Pro Tanto Dismissal |
| | pursuant to Rule None        (Subject to Filing Fee) |

Check here if you have filed or are filing contemoraniously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:

6/26/2018 9:38:48 AM

Signature of Attorney or Party

/s/ JONATHAN LYN BROGDON

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
6/26/2018 9:39 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-2016-900361 |
| | ) | |
| LG CHEM, LTD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF PRO TANTO DISMISSAL

Comes now the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record, and hereby stipulates to the dismissal of Vaper's Source and IMR Electronics (now known as Expo International, Inc. based upon the following:

1.      Both Vaper's Source and IMR Electronics have provided the identity of the original manufacturer of the battery(ies) involved in the incident made the basis of this action.

2.      Additionally, both Vaper's Source and IMR Electronics have established that they did not alter the batteries distributed and/or sold by them and eventually purchased by Plaintiff.

3.      As such, pursuant to Alabama Code § 6-5-521, both Vaper's Source and IMR Electronics are due to be dismissed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby stipulates to the *pro tanto* dismissal of any claims against both Vaper's Source and IMR Electronics.

Done this the 26th day of June, 2018.

*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing by electronic transmission through the Alafile electronic system and/or by mailing a copy of same, postage prepaid and properly addressed as follows:

John W. Clark, Jr.
CLARK, HAIR & SMITH, P.C.
1000 Urban Center Drive, Suite 125
Birmingham, Alabama 35242

A. Joe Peddy
Clarence Rivers, IV
Hannah H. Stokes
SMITH, SPIRES, PEDDY,
  HAMILTON & COLEMAN, P.C.
2015 Second Avenue North – Suite 200
Birmingham, Alabama 35203

*/s/Jonathan L. Brogdon*
OF COUNSEL



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: JONATHAN LYN BROGDON
jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL

[Filer: BROGDON JONATHAN LYN]

Notice Date:     6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:       6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:      6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: SHENZHEN EVVA TECHNOLOGY CO. LTD. (PRO SE)
4F BUILDING A3, NEW MATER
INDRL. PK SILICON VALLEY
SHENZHEN, XX, 00000-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date: 6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL

[Filer: BROGDON JONATHAN LYN]

Notice Date:     6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   PEDDY ALBRY JOE
      ajp@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:      6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL

[Filer: BROGDON JONATHAN LYN]

Notice Date:     6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STOKES HANNAH HOOKS
     hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:     6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   CLARK JOHN WESLEY JR.
      jclark@chslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following matter was FILED on 6/26/2018 9:39:52 AM

C001 GARDNER CLAYTON
STIPULATION OF PRO TANTO DISMISSAL
[Filer: BROGDON JONATHAN LYN]

Notice Date:      6/26/2018 9:39:52 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov


ELECTRONICALLY FILED
3/30/2018 11:26 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER,                              *
                                             *
       PLAINTIFF,                            *
                                             *
VS.                                          *        CIVIL ACTION NUMBER:
                                             *            CV 2016-900361
LG CHEM, LTD, et al.,                        *
                                             *
       DEFENDANTS.                           *

## O R D E R

This matter coming on before the Court on the 26th day of June, 2018 based on a Stipulation of Pro Tanto Dismissal between the Plaintiff and the Defendants, Vaper's Source and IMR Electronics (n/k/a Expo International, Inc.); the Court having considered the filing; and upon consideration thereof, it is,

Therefore, **CONSIDERED** and **ORDERED** as follows:

1.     The Plaintiff's claims against the Defendants, Vaper's Source and IMR Electronic (n/k/a Expo International, Inc.) are hereby dismissed pursuant to the Stipulation of Pro Tanto Dismissal.

2.     The Plaintiff's Motion to Issue Process for Service of Foreign Defendant, Shenzhen Smoore and Shenzhen Evva Technology Co. Limited, as set out in the motion is GRANTED.

3.     That the hearing scheduled on the Motion to Issue Process for Service of Foreign Defendant and Motion for Summary Judgment scheduled for the 27th day of June, 2018 at 11:00 a.m. is canceled.

4.      That the Motion for Summary Judgment filed on behalf of the

Defendants, Vaper's Source and IMR Electronics is MOOT.

5.      That a copy of this Order be forwarded to counsel of record for all

parties.

This the 26th day of June, 2018.

s/Julian M. King_____
JULIAN M. KING
PRESIDING CIRCUIT JUDGE



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   BROGDON JONATHAN LYN
      jonathan@churchbrogdon.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JMK

Notice Date:    6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STEVENS JOSEPH DWAYNE
joeystevens01@gmail.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To: PEDDY ALBRY JOE
ajp@ssp-law.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:       GRANTED
Judge:             JMK

Notice Date:       6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  RIVERS CLARENCE IV
     Chip@ssp-law.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  STOKES HANNAH HOOKS
hstokes@ssp-law.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   CLARK JOHN WESLEY JR.
jclark@chslaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   LG ELECTRONICS, INC. (PRO SE)
      C/O KYU M. YU
      201 JAMES RECORD ROAD
      HUNTSVILLE, AL, 35806-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JMK

Notice Date:    6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:  CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

Judge: JULIAN M KING

To:   SHENZHEN EVVA TECHNOLOGY CO. LTD. (PRO SE)
      4F BUILDING A3, NEW MATER
      INDRL. PK SILICON VALLEY
      SHENZHEN, XX, 00000-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

A court action was entered in the above case on 6/26/2018 11:26:47 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JMK

Notice Date:     6/26/2018 11:26:47 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice


ELECTRONICALLY FILED
7/9/2018 4:16 PM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following complaint was FILED on 5/23/2017 11:33:29 AM

Notice Date:     5/23/2017 11:33:29 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



ELECTRONICALLY FILED
3/29/2019 11:33 AM
61-CV-2016-900361.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| CLAYTON GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: CV-2016-900361 |
| | ) | |
| LG ELECTRONICS U.S.A., INC., | ) | |
| VAPOR'S SOURCE, CC'S TOBACCO | ) | |
| and PACKAGE, IMR ELECTRONICS, | ) | |
| LLC, SHENZHEN SMOORE | ) | |
| TECHNOLOGY LIMITED, and | ) | |
| FICTITIOUS DEFENDANTS A | ) | |
| THROUGH C, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

**COMES NOW,** the Plaintiff, Clayton Gardner, by and through the undersigned counsel of record and for his Second Amendment to the Complaint would state as follows:

### PARTIES

1. The Plaintiff adopts and incorporates any and all facts, averments and parties identified in his original Complaint and First Amended Complaint.

2. Defendant IMR Electronics, LLC (hereinafter "IMR") is, upon information and belief a Texas corporation doing business in Alabama by way of agent and/or distribution. Further, upon information and belief, IMR was the distributor of the LG battery at issue in this case. As such, IMR is being substituted in place of fictitious Defendant A.

3. Shenzhen SMOORE Technology Limited (hereinafter "Shenzhen") is, upon informant and belief, a Chinese manufacturer of vaping machines under the brand name of "Vaporesso". Further, upon information and belief, Shenzhen is the manufacture of the device

utilized by Gardner at the time of the incident made the basis of this action.  Shenzhen does business in the State of Alabama by way of agent and/or distribution.

## FACTS

4.    Plaintiff hereby adopts and incorporates all facts and averments set forth in his original Complaint as well as the First Amended Complaint.

## COUNT ONE
### Negligence

5.    Plaintiff hereby adopts and incorporations paragraphs 1 through 4, above as well as all paragraphs set forth in his original Complaint and Amended Complaint as if fully set forth herein.

6.    Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to IMR and Shenzhen as well as all other Defendants previously identified.

## COUNT TWO
### Wantonness

7.    Plaintiff hereby adopts and incorporations paragraphs 1 through 6, above as well as all paragraphs set forth in his original Complaint and Amended Complaint as if fully set forth herein.

8.    Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to IMR and Shenzhen as well as all other Defendants previously identified.

## COUNT THREE
### Alabama Extended Manufacturers Liability Doctrine

9.       Plaintiff hereby adopts and incorporations paragraphs 1 through 8, above as well as all paragraphs set forth in his original Complaint and Amended Complaint as if fully set forth herein.

10.      Plaintiff hereby adopts the averments, claims and prayers for relief set forth in Count One of his original Complaint as if fully set forth herein with said averments, claims and prayers for relief applying to IMR and Shenzhen as well as all other Defendants previously identified.

Done this the 23rd day of May, 2017.

*/s/Jonathan L. Brogdon*
JONATHAN L. BROGDON (BRO211)
Attorney for Plaintiff

**OF COUNSEL:**
**CHURCH BROGDON, PC**
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-338-5715
F. 205-338-5717

*/s/Joey Stevens*
JOEY STEVENS (STE138)
Attorney for Plaintiff

**OF COUNSEL:**
The Law Office of Joey Stevens
2101 1st Avenue North
Pell City, Alabama 35125
T. 205-814-0011

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 23rd day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the Alafile system, which will send notification of such filing to all parties of record.


*/s/Jonathan L. Brogdon*
Of Counsel



PLEASE SERVE THE FOLLOWING DEFENDANTS VIA CERTIFIED MAIL:

IMR Electronics, LLC
c/o Philip Levin
5330 Vista Road
Pasadena, TX 77505

Shenzhen SMOORE  **(HOLD ON SERVICE)**
Building 16, Dongcai; Industrial Park
Gushu Village, Xixiang Town
Bao'an District, Shenzhen, China 518102



AlaFile E-Notice

61-CV-2016-900361.00

To:   JONATHAN LYN BROGDON
      jonathan@churchbrogdon.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:     7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  SHENZHEN SMOORE
     BLDG. 16 DONGCAI, IND. PK
     GUSHU VILL. XIXIANG TOWN
     SHENZHEN, AL, 35125

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:    7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  LG ELECTRONICS, INC. (PRO SE)
C/O KYU M. YU
201 JAMES RECORD ROAD
HUNTSVILLE, AL, 35806-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:     7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: CC'S TOBACCO & PACKAGE (PRO SE)
8045 STEMLEY BRIDGE ROAD
TALLADEGA, AL, 35160-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:     7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To: SHENZHEN EVVA TECHNOLOGY CO. LTD. (PRO SE)
4F BUILDING A3, NEW MATER
INDRL. PK SILICON VALLEY
SHENZHEN, XX, 00000-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:     7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STEVENS JOSEPH DWAYNE
     joeystevens01@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:     7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  PEDDY ALBRY JOE
ajp@ssp-law.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:     7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   RIVERS CLARENCE IV
      Chip@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:    7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:   STOKES HANNAH HOOKS
      hstokes@ssp-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:     7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



AlaFile E-Notice

61-CV-2016-900361.00

To:  CLARK JOHN WESLEY JR.
jclark@chslaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL
61-CV-2016-900361.00

The following alias summons was FILED on 7/9/2018 4:16:49 PM

Notice Date:      7/9/2018 4:16:49 PM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2016-900361.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**CLAYTON GARDNER V. LG ELECTRONICS, INC. ET AL**

**NOTICE TO:** SHENZHEN SMOORE, BLDG. 16 DONGCAI, IND. PK GUSHU VILL. XIXIANG TOWN, SHENZHEN, AL 35125

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JONATHAN LYN BROGDON                                                            ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 2101 1st Avenue North, Pell City, AL 35125                                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of GARDNER CLAYTON

pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 7/9/2018 4:16:49 PM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.         /s/ JONATHAN LYN BROGDON

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                        .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                         County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on                              .

*(Date)*

*(Type of Process Server)*         *(Server's Signature)*         *(Address of Server)*

*(Server's Printed Name)*         *(Phone Number of Server)*